

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

DARUS LEON HUNTER and KENYA JUANITA

SHUJAA

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

CITY OF PHILADELPHIA

17 0889

Amended

**COMPLAINT**

Jury Trial: ☑Yes  ☐ No

(check one)

**FILED**

**MAR 0 8 2017**

**KATE BARKMAN, Clerk**
By_____Dep. Clerk

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your identification
        number and the name and address of your current place of confinement. Do the same for any additional
        plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | DARUS LEON HUNTER, KENYA JUANITA SHUJAA |
|---|---|---|
| | Street Address | 1242 S. 51st Street, 1st floor (both parties) |
| | County, City | Philadelphia, Philadelphia (city) |
| | State & Zip Code | Pennsylvania 19143 |
| | Telephone Number | 215-303-8787, 215-727-1508 [home] |

*Rev. 10/2009*

**B.** List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name __City of Philadelphia__
Street Address __1515 Arch street, 17th floor__
County, City __Philadelphia county, Philadelphia city__
State & Zip Code __Philadelphia, Pennsylvania 19104__

Defendant No. 2
Name __Officer Naveedo__ __((City of Philadelphia police officer)__
Street Address __65th street and Woodland ave.__
County, City __Philadelphia county, Philadelphia city__
State & Zip Code __Pennsylvania 19142__

Defendant No. 3
Name __Officer Schute__ __(City of Philadelphi a police officer)__
Street Address __65th street and Woodland ave.__
County, City __Philadelphia county, Philadelphia city__
State & Zip Code __Pennsylvania 19142__

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

**A.** What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions      ○ Diversity of Citizenship

**B.** If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __Title 42 section 1983; use of excessive force. Deprivation of freedom.__
_____
_____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __The events occurred at 1242 South 51st__ __street, 1st floor in Philadelphia, Pennsylvania 19143__

B. What date and approximate time did the events giving rise to your claim(s) occur? __The events occurred__ __from approximately 11:50 pm on 09/13/2015 until approximately 1:30 am on 09/14/20__15

| | |
|---|---|
| What happened to you? | C. Facts: __Please see attached page which details the events for which I seek relief.__ |
| Who did what? | |
| Was anyone else involved? | |
| Who else saw what happened? | |

I DARUS LEON HUNTER was in my home on approximately 09/13/2015 at approximately 11:50 pm, when I heard a load banging on my front door. I got out of bed and walked into the living room. I noticed that my son Darus Jr. (16 yrs. old at the time of the incident) had opened the front door and two police officers were standing in the doorway and shining their flashlights into the faces of my daughters' Syriana Hunter (5 yrs. old at the time) and Khadira Muhammad. As they began to proceed into my home, I walked over and stood in their way and asked what they wanted. They asked where Khadira (my 7 year-old-daughter) was. As I escorted the officers to my front porch, I explained that she was in bed asleep. One of the officers told me to get Khadira up and out of bed. Her bed was a cot in my living room and she was in plain view of the officer. Officer Schute said that Khadira's mother (Cinquetta Muhammad) had come into the police station, complaining that our daughter was not home on time. After I woke her up I asked what he wanted me to do. While we were speaking, my girlfriend at the time and now my wife, Kenya Shujaa retrieved a copy of our existing custody order. I explained to the officer that all district schools were closed the following day and that my daughter Khadira was spending the night. I displayed the text messages in my telephone from the week before which demonstrated that Khadira's mother (Cinquetta Muhammad) and I had followed the same plan (Khadira spending Monday night at my house) when school was off for Labor Day. The officer looked at the documents and he and his partner left. I called the 12th district and stated that I wished to file a complaint against the (2) officers for attempting to walk into my home and shining their flashlights into my children's faces. I was told that I needed to call 911 in order to file a complaint. I called 911 and stated that I wanted to file a complaint against the officers. The 911 operator told me that I needed to call the police district where the incident occurred. I called the 12th district again and asked for a supervisor. My call was referred to a Sgt. Melner. He told me

that I needed to dial 911 in order to file a complaint against the officers and that he didn't have their names. At approximately 1:00 am, the officers (later discovered to be Naveedo and Schute) returned to my home. They were again banging on my door very loudly and violently. My then girlfriend and now wife, Kenya J Shujaa began opening the door when one of the officers forcefully pushed the door into her belly, knocking her backward. She was 18 ½ weeks pregnant at the time. I asked the officer "what the hell he was doing?" He told me to calm down and warned me not to get myself "locked-up". He stated "Oh you want to file a complaint against me, right?" I just said that I wanted him to leave me alone. He again shined his flashlight into my home. He and his partner left again. I called the 12th district again and was referred to Sgt. Melner who again told me that I needed to call 911 in order to file a complaint. The officers returned to my home for a third time at approximately 1:30 am and banged on and kicked my door. I opened the door and asked what the officers wanted. The officer (Schute) asked if I had a problem with him. I said that it was over and I just wanted to go to bed. The officers again left. I called 911 again and asked for a supervisor. The call was transferred to a Sgt. Hameen police radio #358. I told him what Sgt. Melner had stated and he (Sgt. Hameen) said that Sgt. Melner was lying if he claimed to not have the officers' names. I called back to the 12th district and asked for a supervisor and was again transferred to Sgt. Melner, who again told me that I needed to call 911 in order to file a complaint. I informed him of my conversation with Sgt. Hameen and that he had given me his police radio number. Sgt. Melner then informed me that the officers' names were Naveedo and Schute. I returned to bed. The following day, my daughter Khadira asked why the police were in my home. I told her that the police had made a mistake in coming to our house. On 09/14/2015, my girlfriend Kenya J. Shujaa, who was 18 1/2 weeks pregnant at that time, noticed a very slight, clear discharge of fluid on her leg. She continued to notice this

(usually when showering) for the next couple of days. She did not think this was anything serious. On the night of 09/16 /2015, Kenya began feeling very painful cramps. I Darus Hunter called 911 and Kenya was transported by a paramedic to Mercy Hospital. Kenya was then transported to HUP (Hospital at the University of Pennsylvania) where she was placed in the labor and delivery unit. Kenya Shujaa experienced a miscarriage. She has not been able to become pregnant since the incident which spanned from approximately 11:59 pm on 09/13/2015 until approximately 1:30 am on 09/14/2015.

03/08/2017

Darus Hunter Sr.                                                               Date

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any,

you required and received. I Darus Leon Hunter continue to experience mental anguish and depression as a result of the US Constitutionally protected freedoms of Darus Hunter's family being violated. Kenya Shujaa continues to experience depression and mental anguish as well as being unable to become pregnant since the miscarriage of 09/17/2015. The entire family has experienced loss, after the miscarriage of an impending family member.

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I ask that the court enter a judgment in the amount of $5,000,000.00. The basis of the award is $2,000,000.00 in damages to the family of Darus Leon Hunter and the additional $3,000,000.00 is sought in punative damages and as a deterrent to the Philadelphia police department's abuse of Philadelphia's citizens.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of **February** _____ , 20 **17** .

Signature of Plaintiff

Mailing Address __1242 South 51st street, 1st floor__

__Philadelphia, Pennsylvania 19143__

Telephone Number __215-303-8787, 215-727-1508 [home]__

Fax Number *(if you have one)* _____

E-mail Address __darus@sas.upenn.edu__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____ , 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____



Exhibit B

# CITY OF PHILADELPHIA
## POLICE ADVISORY COMMISSION
P.O. BOX 147
Philadelphia, PA 19105-0147

**215-685-0891**

September 18, 2015

Mr. Darus Leon Hunter
1242 South 51st Street
Philadelphia, PA 19143

Exhibit A



# pennsylvania
OFFICE OF OPEN RECORDS

## STANDARD RIGHT-TO-KNOW REQUEST FORM

**DATE REQUESTED:** 09/28/2015

**REQUEST SUBMITTED BY:** ☑ E-MAIL  ☐ U.S. MAIL  ☐ FAX  ☐ IN-PERSON

**REQUEST SUBMITTED TO (Agency name & address):** Lt. Edward Egenlauf

Philadelphia Police Department, 750 Race street Suite. # 203, Philadelphia, PA 19102

**NAME OF REQUESTER :** DARUS LEON HUNTER

**STREET ADDRESS:** 1242 South 51st Street

**CITY/STATE/COUNTY/ZIP(Required):** Philadelphia, Pennsylvania 19143

**TELEPHONE (Optional):** (215) 303-8787  **EMAIL (optional):** darus@sas.upenn.edu

**RECORDS REQUESTED:** *Provide as much specific detail as possible so the agency can identify the information.*
***Please use additional sheets if necessary***

I request the 911 recording transcripts of my 911 emergency calls placed on:

09/13/2015 at approximately 11:50 PM. and all subsequent calls placed on 09/14/2015 at
approximately 12:00 am and later that day (09/14/2015).

**DO YOU WANT COPIES?** YES or NO : Yes, I request (3) copies of the transcript.
**DO YOU WANT TO INSPECT THE RECORDS?** YES or NO : I want to inspect the records.
**DO YOU WANT CERTIFIED COPIES OF RECORDS?** YES or NO  I want certified copies



Exhibit B



CITY OF PHILADELPHIA
**POLICE ADVISORY COMMISSION**
P.O. Box 147
Philadelphia, PA 19105-0147

Mr. Darus Leon Hunter
1242 South 51si Street
Philadelphia, PA 19143

191438444 C058

Exhibit C



## The following document is a
## Provider Exchange Document
This document provides information about your hospital stay
for your primary care provider (family doctor).

# ˙PLEASE TAKE THIS DOCUMENT WITH YOU
# TO YOUR PRIMARY CARE PROVIDER AT
# YOUR FOLLOW UP APPOINTMENT

Exhibit C

# Exchange Document

**Patient Name: SHUJAA, KENYA**

**Admit Date: 9/17/2015 3:45:00 AM**

**Discharge Date: 9/17/2015 4:28:48 PM**

### Penn Medicine
**Hospital of the University of Pennsylvania**

**MRN/Visit#: 16772907 / 134381699**

**Birth Date: 7/23/1973**

---

HUP
Philadelphia, PA
SHUJAA, KENYA

| | | | |
|---|---|---|---|
| July 23, 1973 | Female | , , | 1004011062 |
| Born | Sex | Insurer | Patient Id |

| | | |
|---|---|---|
| 1242 S. 51ST ST<br>PHILADELPHIA, PA 19143<br>Address | (215) 748-4164<br>Home Phone | Declined to Specify<br>Language<br>Black or African American<br>Race<br>Not Hispanic or Latino<br>Ethnicity<br>Never Married<br>Marital Status |

## Emergency Contact

REGINA SHUJAA
Guarantor

KENYA SHUJAA

## Discharge Summary

### Reason for Visit

Reason For Visit excluded/not available

### Chief Complaint

Chief Complaint excluded/not available

### Functional Status

| • Name | Dates | Details |
|---|---|---|

**Functional Status Health Issues excluded/not available**

| • Name | Dates | Details |
|---|---|---|

**Cognitive Status Health Issues excluded/not available**

### Problems

| Name | Dates | Details |
|---|---|---|

**Active Problems excluded/not available**

### Hospital Admission Diagnosis

| Name | Dates | Details |
|---|---|---|

**Labor and delivery indication for care or intervention (659.90)**

### Hospital Discharge Diagnosis

| Name | Dates | Details |
|---|---|---|

**Status post vaginal delivery (V13.29, Z87.42)**

### Medications

# Exhibit C

## Exchange Document

**Patient Name: SHUJAA, KENYA**

**Admit Date: 9/17/2015 3:45:00 AM**

**Discharge Date: 9/17/2015 4:28:48 PM**

### Penn Medicine
Hospital of the University of Pennsylvania

**MRN/Visit#: 16772907 / 134381699**

**Birth Date: 7/23/1973**

---

| Name | Dates | Details |
|------|-------|---------|
| **Medications excluded/not available** | | |

## Medications Administered

| Name | Dates | Details |
|------|-------|---------|
| **Medications Administered excluded/not available** | | |

## Hospital Discharge Medications

| Name | Dates | Details |
|------|-------|---------|
| **ibuprofen 600 mg oral tablet**<br>1 tab(s) orally every 6 hours as needed for pain<br>Quantity: 60 | | Started 17-Sep-2015<br>*Comments:* It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor.<br>May cause drowsiness or dizziness.<br>Obtain medical advice before taking any non-prescription drugs as some may affect the action of this medication.<br>Take with food or milk. |
| **Colace 100 mg oral capsule**<br>1 cap(s) orally 2 times a day<br>Quantity: 60 | | Started 17-Sep-2015<br>*Comments:* Medication should be taken with plenty of water. |
| **Prenatal Multivitamins with Folic Acid 0.4 mg oral tablet**<br>1 cap(s) orally once a day<br>Quantity: 30 | | Started 17-Sep-2015<br>*Comments:* May discolor urine or feces.<br>Take with food or milk. |
| **Feosol 325 mg (65 mg elemental iron) oral tablet**<br>1 cap(s) orally 2 times a day<br>Quantity: 60 | | Started 17-Sep-2015<br>*Comments:* Check with your doctor before becoming pregnant.<br>Do not chew, break, or crush.<br>May discolor urine or feces. |

## Allergies

| Name | Dates | Details |
|------|-------|---------|
| **No Known Allergies** | | |

## Procedures

| Procedure | Dates | Details |
|-----------|-------|---------|
| **Procedures excluded/not available** | | |

## Immunizations

| Name | Dates | Details |
|------|-------|---------|
| **Immunizations excluded/not available** | | |

## Social History

- Unknown if ever smoked

## Vitals

| Date | Test | Result | Details |
|------|------|--------|---------|

# Exhibit C

## Exchange Document

**Patient Name: SHUJAA, KENYA**

**Admit Date: 9/17/2015 3:45:00 AM**

**Discharge Date: 9/17/2015 4:28:48 PM**

**Penn Medicine**

Hospital of the University of Pennsylvania

**MRN/Visit#: 16772907 / 134381699**

**Birth Date: 7/23/1973**

---

**Vital Signs excluded/not available**

## Results

| Date | Description | Value | Details |
|------|-------------|-------|---------|
| 17-Sep-2015 14:38 | ABO Rh Type | | |
| | ABO Rh Interpretation | O POS | |
| 14:38 | Indirect Antiglob Test (Antibody Screen) | | |
| | Antibody Screen Interpretation (A) | Negative ABSC | |
| 14:38 | Indirect Antiglob Test (Antibody Screen) | | |
| | Antibody Screen Interpretation (A) | Negative ABSC | |
| 10:01 | CBC- w/out Diff (Heme Profile ) | | |
| | WBC (CBC) | 21.0 THO/uL (High) | Range: 4.0 - 11.0 THO/uL |
| | RBC | 3.25 MIL/uL (Low) | Range: 3.80 - 5.30 MIL/uL |
| | Hemoglobin | 10.3 g/dL (Low) | Range: 12.0 - 16.0 g/dL |
| | Hematocrit (HCT) | 31 % (Low) | Range: 36 - 46 % |
| | MCV | 95 fL | Range: 80 - 100 fL |
| | MCH | 32 pg | Range: 27 - 33 pg |
| | MCHC | 33 g/dL | Range: 31 - 36 g/dL |
| | Platelet Count (PLT) | 263 THO/uL | Range: 150 - 400 THO/uL |
| | RDW. | 13.9 % | Range: 11.5 - 14.5 % |
| 10:01 | Urine Drug Screen | | |
| | Ecstasy | Negative | |
| | Oxycodone | Negative | |
| | Drug Scr Notes | See Comment | |

Unconfirmed screening results must not be used for non-medical purposes (e.g., employment testing, legal testing). Unless indicated, the results of all screening tests for drugs of abuse will be confirmed by another chemical method (e.g. gas chromatography with mass spectrometry detection) and reported separately; however, the benzodiazepine drug class screening results are not routinely confirmed. The cutoff concentrations used for drugs of abuse

Exhibit C

**Exchange Document**

🛡 **Penn Medicine**

Hospital of the University of Pennsylvania

**Patient Name: SHUJAA, KENYA**

**Admit Date: 9/17/2015 3:45:00 AM**

**MRN/Visit#: 16772907 / 134381699**

**Discharge Date: 9/17/2015 4:28:48 PM**

**Birth Date: 7/23/1973**

screening are:
**Amphetamines including**
**MDMA (ecstasy) 500 ng/mL**
**Barbiturates 200 ng/mL**
**Benzodiazapines 200 ng/mL**
**Cocaine metabolite 300**
**ng/mL**
**Ethanol 10 mg/dL**
**Methadone 300 ng/mL**
**Opiates (including**
**Oxycodone) 300 ng/mL**
**PCP 25 ng/mL**
**Tetrahydrocannibinol (THC)**
**50 ng/mL**
**Additional Information:**
**Screening for drugs of abuse**
**is performed by**
**immunoassays that detect a**
**drug, drug metabolite or drug**
**class. The concentration at**
**which the screening test can**
**detect a drug or metabolite**
**varies within a drug class.**
**The urine drug concentration**
**must be greater than or equal**
**to the cut-off concentration to**
**be reported as positive.**
**The ethanol screening test,**
**an alcohol dehydrogenase**
**enzymatic test, is selective**
**for ethyl alcohol.**
**For any questions regarding**
**these screening tests or to**
**request benzodiazepine**
**confirmation test, please**
**contact the Toxicology**
**Laboratory at 215-662-3474 or**
**the Clinical Chemistry**
**Resident at 215-980-9770.**

**Amphetamines**
**(AMPHI)**

**Negative**

**Coc Metabolite**
**(COC-I)**

**Negative**

**Opiates (OPIA-I)**

**Positive**
**Positive results will be**
**confirmed by HPLC/Tandem**

Exhibit C

**Exchange Document**

**Penn Medicine**
Hospital of the University of Pennsylvania

**Patient Name: SHUJAA, KENYA**

**Admit Date: 9/17/2015 3:45:00 AM**

**MRN/Visit#: 16772907 / 134381699**

**Discharge Date: 9/17/2015 4:28:48 PM**

**Birth Date: 7/23/1973**

| Time | Test | Result | Reference |
|---|---|---|---|
| | | **Mass spectrometry.** **(Abnormal)** | |
| | **Barbiturates (BAR-I)** | **Negative** | |
| | **Benzodiazepines (BENZO-I)** | **Negative** | |
| | **PCP (PCP-I)** | **Negative** | |
| | **THC Interpretation** | **Positive** **THC 50ng/mL cutoff --** **Positive by EMIT** **immunoassay screening test.** **(Abnormal)** | |
| | **Ethanol (ETOH-I)** | **Negative** | |
| | **Methadone (METH-I)** | **Negative** | |
| 06:58 | **Thyroid Stimulating Hormone** | **0.72 uIU/mL** | Range: 0.27 - 4.20 uIU/mL |
| 06:00 | **HIV Antibody Screen** | **NONREACTIVE** **Specimen is considered** **NONREACTIVE for HIV-1 p24** **Ag and HIV-1/HIV-2 Ab** | |
| 05:09 | **Beta-2-Microglobulin (Serum)** | **1.27 mg/L** | Range: 1.10 - 2.40 mg/L |
| 05:09 | **SPCPT** | | |
| | **Prothrombin Time** | **16.9 second(s) (High)** | Range: 11.2 - 13.5 second(s) |
| | **INR.** | **1.4** | |
| 05:09 | **SPCPTT** | | |
| | **APTT** | **34.7 second(s) (High)** | Range: 20.8 - 34.4 second(s) Comments: The recommended therapeutic aPTT range for unfractionated heparin for most clinical indications is 55-80 seconds. |
| 05:09 | **Blood Fetal Hemoglobin** | **<0.05** | Range: <=.04 |

## Treatment Plans

| • Name | Dates | Details |
|---|---|---|
| | | Intent |

**Please follow up at the Helen O Dickens Center in 2 weeks for an appointment. You should receive a call from Dena Baker regarding this**

Exhibit C

**Exchange Document**

**Patient Name: SHUJAA, KENYA**

**Admit Date: 9/17/2015 3:45:00 AM**

**Discharge Date: 9/17/2015 4:28:48 PM**

### Penn Medicine

Hospital of the University of Pennsylvania

**MRN/Visit#: 16772907 / 134381699**

**Birth Date: 7/23/1973**

---

appointment, if you have not heard from her within a week, please call
(215) 662-2730 to make an appointment or if you have any questions. The
center is located on the first floor of the Gates Pavilion.

| | Name | Dates | Details | |
|---|------|-------|---------|---|
| • | Plan Of Care Entries excluded/not available | | Goal | |

Instructions

- Instructions excluded/not available

Discharge Diet

- Additional Nutrition Information for Patient: A heart healthy diet is low in animal fat. Do not eat foods like bacon, sausage, whole milk, butter and fried foods. Instead eat foods that are baked, grilled or broiled. Eat fresh vegetables, whole grains, beans and fish.
- Standard Nutritional Information for All Patients: Eat healthy foods to decrease the risk of stroke, heart disease and other health problems. For a healthy diet, eat a wide variety of foods. Choose lean meats and fish. Eat fresh fruits and vegetables. Avoid fried foods. Choose foods that are low in sodium (low salt), sugar and fat.

Hospital Discharge Instructions

- Important Procedures (document date, operator, and complications if applicable): Spontaneous vaginal delivery after admission for preterm labor
- Vaccines Administered: No vaccines were given for this visit.
- Pending Test Results: Request DateName
  17 Sep 2015 03:58:00R/O Gonorrhea & Chlamydia DNA Assay
  17 Sep 2015 03:58:47RPR (Maternal)
  17 Sep 2015 05:09:20Blood Fetal Hemoglobin
  17 Sep 2015 05:09:20Beta-2-Microglobulin (Serum)
  17 Sep 2015 05:09:20Anticardiolipin Antibody
  17 Sep 2015 09:10:00Dilute Russel Viper Venom Time
  17 Sep 2015 09:10:00Beta 2 Glycoprotein 1
- Explain Reason for Admission (Patient Friendly): Preterm labor
- Standard Medication Instructions for All Patients: Take each medication as prescribed by your doctor. Keep a current list of your medication. If you have questions about your medications, ask your doctor or nurse.
- Core Measure Diagnosis: Not Applicable
- Standard Activity Level Information for All Patients: Once you are feeling better, make a plan to exercise. Discuss the plan with your doctor. The risk for heart disease and stroke goes down when you are active and normal weight.
- Activity Level for Patient (document any limitation, weight bearing status, and driving instructions): "Pelvic Rest" for 6 weeks: This means nothing in the vagina (no intercourse, tampons, douching, etc.) and no tub baths or swimming for the next 6 weeks.
  You may have irregular bleeding for several weeks following your delivery. This is normal. If you have heavy bleeding such that you are soaking 1 pad in an hour for 2 hours, you should call your doctor or come

Exhibit C

**Exchange Document**



🛡 **Penn Medicine**

**Patient Name: SHUJAA, KENYA**

Hospital of the University of Pennsylvania

**Admit Date: 9/17/2015 3:45:00 AM**

**MRN/Visit#: 16772907 / 134381699**

**Discharge Date: 9/17/2015 4:28:48 PM**

**Birth Date: 7/23/1973**

to the Emergency Room.
If you have a fever of 100.4 or greater you should call your doctor or return to the Emergency Room.
It is normal to feel emotional and teary following delivery. If you experience the blues that last for more than two weeks or feel like you want to hurt yourself, or someone else, please call your doctor, go to the nearest emergency room or call the Psychiatry Emergency and Evaluation Center (PEEC) at 215 662 2121. The PEEC is located on the ground floor of the Ravdin building and is open 24 hours a day, 7 days a week. You should take it easy for 2 weeks. Only up/down stairs 1-2 times daily. No heavy lifting (heavier than the or a gallon of milk).

- How to reach your doctor for questions related to your hospital stay?: You were under the care of Obstetrics & Gynecology. Please call this doctor's office if you have any questions regarding your hospitalization or discharge instructions. If you need assistance locating your doctor's phone number, please call the hospital operator at 215-662-4000.
- Attending at Discharge: Dr. Kyra Williams
- Call Your Doctor If You Have Any of the Following Signs or Symptoms: Chest pain
  Shortness of breath
  Pain unrelieved with prescribed medicine
  Redness, swelling or pus-like drainage from incision/wound
  Unable to urinate
  Nausea/vomiting
  Diarrhea
  Constipation
  Fever greater than 100.4
- Heart Failure Instructions: Weigh yourself at the same time each day. Write your weight down to remember it. Talk to your doctor about your usual weight. Call your doctor if you go over your weight by more than 2 pounds in 2 days or 4 pounds in a week.
  Call your doctor if you have:
  Chest pain, pressure, or tightness
  Problems breathing when resting or lying down
  Constant cough
  Weight gain of 2 pounds over 2 days
  Feel faint or dizzy, or falling
- Call 911 If: Call 911 if you have a medical emergency or if you have any of the following sudden signs and symptoms of stroke:
  Weakness or numbness on one side of the body
  Drooping of the face on one side
  Not able to talk or understand others' speech
  Suddenly cannot see
  Bad headache for no reason

Hospital Course

- .: 42 yo G3P0020 @ 18 weeks by FL in PEC presents with cramping, bleeding and leakage of fluid for several days. She was first examined in the PEC and found to have fetal parts in the vagina. US revealed no amniotic fluid and no fetal heart tones. Patient counseled for vaginal delivery and moved to labor and delivery.
  Location of PNC: No prenatal care

Exhibit C

## Exchange Document

**Patient Name: SHUJAA, KENYA**

**Admit Date: 9/17/2015 3:45:00 AM**

**Discharge Date: 9/17/2015 4:28:48 PM**

**Penn Medicine**

**Hospital of the University of Pennsylvania**

**MRN/Visit#: 16772907 / 134381699**

**Birth Date: 7/23/1973**

---

Delivery Date: 9/17/2015
Labor: spontaneous
Anesthesia: IV fentanyl
Gestational Age at delivery: 18w0d
Delivery MD/CNM: Edelson / Vasquez
Mode of delivery:
vaginal: SVD c/b no laceration, with EBL 200
Intrapartum complications:
Neonatal Information: female; birthweight: 270g; Apgars: 0/0
Postpartum Course: No complications.
Feeding: n/a
Contraception: not decided

## Advance Directives

Advance Directives excluded/not available

## Encounters

**Inpatient**
Encounter Diagnosis: Status post vaginal delivery    On **17-Sep-2015**
LD-0012-X                                            03:45
Srinivas, Sindhu
**Emergency**                                       On **10-Nov-2005**
HUP Emergency Room Service                           12:41
**Emergency**                                       On **2-Nov-2005**
HUP Emergency Room Service                           05:03

## Health Care Providers

General Acute Care Hospital (Attending)
                          ssrinivas11931
Sindhu Srinivas           direct.uphs.upenn.edu
                          Address

## Patient Contacts

Emergency Contact

REGINA SHUJAA             Unknown
                          Address

Guarantor

                          1242 S. 51ST ST
KENYA SHUJAA              PHILADELPHIA, PA 19143          (215) 748-4164
                          Address                         Home Phone

## Document Details

HUP
34th & Spruce St
Philadelphia, PA 19104
Address

Exhibit C

**Exchange Document**

**Penn Medicine**
Hospital of the University of Pennsylvania

**Patient Name: SHUJAA, KENYA**

**Admit Date: 9/17/2015 3:45:00 AM**

**Discharge Date: 9/17/2015 4:28:48 PM**

**MRN/Visit#: 16772907 / 134381699**

**Birth Date: 7/23/1973**

Sunrise Clinical Manager ; Transform 4.1.4.9
September 17, 2015 16:07 -0400
services services
Published

**Powered by Allscripts**

Style Sheet V2.4

Exhibit C

# DISCHARGE SUMMARY

 **Penn Medicine**

**Patient Name: SHUJAA, KENYA**

**Hospital of the University of Pennsylvania**

**Admit Date: 9/17/2015 3:45:00 AM**

**MRN/Visit#: 16772907 / 134381699**

**Discharge Date: 9/17/2015 4:28:48 PM**

**Birth Date: 7/23/1973**

## Attending at Discharge

Dr. Kyra Williams

## Diagnoses

**Discharge Diagnosis:**

Status post vaginal delivery

## Procedures

**Important Procedures:**

Spontaneous vaginal delivery after admission for preterm labor

**Vaccines:**

No vaccines were given for this visit.

## Hospital Course

42 yo G3P0020 @ 18 weeks by FL in PEC presents with cramping, bleeding and leakage of fluid for several days. She was first examined in the PEC and found to have fetal parts in the vagina. US revealed no amniotic fluid and no fetal heart tones. Patient counseled for vaginal delivery and moved to labor and delivery.

Location of PNC: No prenatal care
Delivery Date: 9/17/2015
Labor: spontaneous
Anesthesia: IV fentanyl
Gestational Age at delivery: 18w0d
Delivery MD/CNM: Edelson / Vasquez
Mode of delivery:
vaginal: SVD c/b no laceration, with EBL 200
Intrapartum complications:
Neonatal Information: female; birthweight: 270g; Apgars: 0/0
Postpartum Course: No complications.
Feeding: n/a
Contraception: not decided

## Important Test Results

**Pending Test Results:**

Request Date Name
17 Sep 2015 03:58:00 R/O Gonorrhea & Chlamydia DNA Assay
17 Sep 2015 03:58:47 RPR (Maternal)
17 Sep 2015 05:09:20 Blood Fetal Hemoglobin
17 Sep 2015 05:09:20 Beta-2-Microglobulin (Serum)
17 Sep 2015 05:09:20 Anticardiolipin Antibody
17 Sep 2015 09:10:00 Dilute Russel Viper Venom Time
17 Sep 2015 09:10:00 Beta 2 Glycoprotein 1

## Allergies

No Known Allergies

Exhibit C

# DISCHARGE SUMMARY

 **Penn Medicine**

## Patient Name: SHUJAA, KENYA

**Hospital of the University of Pennsylvania**

## Admit Date: 9/17/2015 3:45:00 AM

**MRN/Visit#: 16772907 / 134381699**

## Discharge Date: 9/17/2015 4:28:48 PM

**Birth Date: 7/23/1973**

## Discharge Medications

| Medication | Instruction |
|---|---|
| Colace 100 mg oral capsule | 1 cap(s) orally 2 times a day |
| | Medication should be taken with plenty of water. |
| Feosol 325 mg (65 mg elemental iron) oral tablet | 1 cap(s) orally 2 times a day |
| | Check with your doctor before becoming pregnant. Do not chew, break, or crush. May discolor urine or feces. |
| ibuprofen 600 mg oral tablet | 1 tab(s) orally every 6 hours as needed for pain |
| | It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. May cause drowsiness or dizziness. Obtain medical advice before taking any non-prescription drugs as some may affect the action of this medication. Take with food or milk. |
| Prenatal Multivitamins with Folic Acid 0.4 mg oral tablet | 1 cap(s) orally once a day |
| | May discolor urine or feces. Take with food or milk. |

## Discharge Plans

Please follow up at the Helen O Dickens Center in 2 weeks for an appointment. You should receive a call from Dena Baker regarding this appointment, if you have not heard from her within a week, please call (215) 662-2730 to make an appointment or if you have any questions. The center is located on the first floor of the Gates Pavilion.

### Disposition:

The patient was discharged to home in good condition.

## Signatures

Discharge Summary Completed By: Lee, Daniel D ( MD ) [ Sep 17 2015 12:14PM ]



Exhibit D

Name: Shujaa, Kenya
Age: 42Y DOB: Jul 23, 1973
Gender: F Wt: 63.50Kg Ht: 162.56 cm
MedRec: M000695537
AcctNum: PA1309041246
Attending: PLS
Primary RN: AVAR
Bed: ED ED ED11

# MERCY PHILADELPHIA
# DISCHARGE INSTRUCTIONS

Please provide information below, this is very important and you are the most important piece in your ongoing healthcare or following.

**FINAL DIAGNOSES**
Threatened abortion

**FOLLOWUP CONTACT**

Follow up with your physician office immediately after D/C

**SPECIAL INSTRUCTIONS**
You will be transferred to HUP OB for further evaluation

**MEDICAL INSTRUCTIONS**

**ABORTION, THREATENED**

POSSIBLE MISCARRIAGE [Threatened Abortion]

During early pregnancy (first three months), it is not uncommon to have a small amount of bleeding. This can be entirely normal. But if heavy bleeding or severe cramping occur it can be an early sign of miscarriage. A "miscarriage" means one ruptured loss of your pregnancy.

In about half of patients with threatened miscarriage early in pregnancy, the symptoms will stop and the pregnancy will continue normally. In the other half, a miscarriage will occur. A miscarriage may occur due to a variety of causes. These include ... growth of the fetus, blow to the lower abdomen (rarely) or in rare case ... that this is not the result of anything that you did wrong, and it will not make it ... become pregnant in the future.

HOME CARE: To improve the chance ... home] you should do the following:

1) Restrict both activity (strenuous or ...

2) Avoid sexual intercourse until ... days).

3) Restrict douche or use tampons.

FOLLOWUP: Make an appointment with your doctor within the next week, or as directed by our staff

[NOTE: you may find it is required, it will be reviewed by a specialist. You will be notified of any new findings that may affect your care.]

GET PROMPT MEDICAL ATTENTION if any of the following occur:

Vaginal bleeding persists more than three days.



Exhibit D

Name: Shujaa, Kenya
Age: 42Y DOB: Jul 23, 1971
Gender: F Wt: 63.50 kg Ht: 162.56 cm
MedRec: M000695537
AcctNum: PA1309041246
Attending: PLS
Primary RN: AVAR
Bed: ED ED EDIT

## MERCY PHILADELPHIA
## DISCHARGE INSTRUCTIONS

— Heavy bleeding (soaking one pad an hour for three hours)

— Fever over 100.9° F (37.8° C)

— Worse pain

— Weakness, dizziness or fainting

— Passage of anything that resembles tissue, pink or grayish membrane or solid material (save and bring to the doctor)

© 2000– 2010 The MayWell Company, 340 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

VERY IMPORTANT INSTRUCTIONS

You have agreed to make the necessary appointments/follow-up and take the prescribed medications/treatment. Do not drive if you have seizures, drink alcohol, use drugs, or are taking mind-altering medications, OR IF WE GAVE YOU MEDICINES THAT MAKE YOU DROWSEY OR SEDATED. Call your doctor TODAY and tell him/her about that your and get further advice or make an appointment, if your problem persists or worsens, or if you develop any other symptoms of concern, return to the Emergency Room 215-748-9400. The exam and treatment you received today has been provided on an emergency basis only. You must follow-up with your family doctor or with one of the Philadelphia Health District clinics. DON'T STAY HOME WITH PROBLEMS. FOLLOW-UP CARE IS NOT ABILITY TO PAY.

Although you have been examined and are examined at discharge, it is impossible to always predict how any medical condition affects everyone. Therefore, do not drive or place yourself in any dangerous situation for the next 24 hours. Medicines have been given medication in the ER. Many medications given in the ER may impair your ability to drive, cloud your judgement, impair your coordination, or otherwise decrease your ability to function that. If you and your doctor in writing: 2) you have agreed to arrange for a safe way to get home from the ER after today's visit and you understand your discharge instructions and follow-up plan.



Exhibit D

Name: Shojaa, Kenya
Age: 42Y DOB: Jul 23, 1973
Gender: F Wt: 63.50 kg Ht: 162.56 cm
MedRec: M000693537
AcctNum: PA1303041266
Attending: PLS
Primary RN: AVAR
Bed: ED ED ED11

# MERCY PHILADELPHIA
# PROCEDURES AND TESTS

You were seen in the Emergency Department on: Thu Sep 17, 2015

**PROCEDURES PERFORMED**
Emergency Dept Visit; 3 Key Components: Detailed Hx; Detailed Exam; Mod Decision Mod Complexity
ULTRASOUND OB

**TESTS PERFORMED**
CBC WITH DIFF
HCG QUANTITATIVE
Set up for Pelvic Exam
TYPE AND SCREEN
Urine Dip (POC)
Urine HCG (POC)

**RESULTS**
No Information Available



Exhibit D

Name: Shujaa, Kenya
Age: 42Y DOB: Jul 23, 1973
Gender: F Wt: 63.50 kg Ht: 162.56 cm
MedRec: M000695537
AcctNum: PA1503041266
Attending: PLS
Primary RN: AVAR
Bed: ED ED ED11

## MERCY PHILADELPHIA
## MEDICATION RECONCILIATION

You were seen in the Emergency Department on Thu Sep 17, 2015

### KNOWN ALLERGIES
No Known Drug Allergies

### MEDICATIONS GIVEN WHILE IN THE EMERGENCY DEPARTMENT
sodium chloride 0.9 % IV (0.9 %) sodium chloride) - Dose: 1000 milliliter(s) IV Fluids

### HOME MEDICATIONS
Med History Obtund

### Notes from the emergency department
Reviewed with Patient

| Penn Medicine | Hospital *of the* University *of* Pennsylvania |

**NAME** Exhibit E  SEX M F

MRI

**SHUJAA ,KENYA**                              F
**CSN** 134381699          Age  42
**MR** 016772907          BD 07/23/1973
**HAR** 233753005          AD 09/17/15


**HUP**

(PATIENT PLATE IMPRINT)

## INSTRUCTIONS FOR NURSING STAFF
## PLANS FOR THE INFANT/FETUS REMAINS

We received notification in December that the Pennsylvania Human Gift Registry will no longer accept fetal or infant remains beginning on January 1, 2009.

In the event of a fetal loss or death of a newborn, the nursing staff will need to explain the options to the mother and document the plan.

### Nursing Responsibilities include

1. Explain the options as outlined on the attached form for handling the fetus/infant remains to the mother and family members.

2. Assist mother/family members to determine the plan.
   - If the mother is unsure about the plan (picks the third option on the form), the HUP morgue needs to know her plan within 10 days. Place this date on the form (10 days from fetal/infant loss).

3. Contact Pastoral Care if requested.

4. Place a patient identification sticker on the form titled: **"Instructions for Mothers/Families - Plans for the Fetus/Infant Remains"**.

5. Ensure that the mother indicates which option she is choosing by initialing one of the boxes and then signs the **"Instructions for Mothers/Families – Plans for Fetus/Infant Remains"** before she leaves the hospital.

6. Place the original signed form on the mother's chart.

7. Distribute copies
   - Send one copy to the HUP Morgue
   - Place one copy in Baby's chart (if baby had a medical record number generated at any time after birth)
   - Give one copy to the mother

**WHITE - ORIGINAL   YELLOW - BABY'S CHART   PINK - MOTHER'S COPY   GOLDENROD - MORGUE**

## INSTRUCTIONS FOR MOTHERS/FAMILIES
## PLANS FOR THE INFANT/FETUS REMAINS

Exhibit E



We are very sorry for the loss (death) of your fetus/baby. Your nurse will help you plan the next steps. Please tell us how you want your baby's remains to be handled.

You may decide that you want to make arrangements for burial/cremation privately for your baby. The funeral director that you choose will help you. Your nurse can give you a list of funeral homes.

Some families want a funeral and others ask for the hospital to arrange for cremation and burial.

The hospital staff can arrange through a local funeral director for the cremation of your baby and burial of the ashes in Ivy Hill Cemetery.

Please let us know your choice by putting your initials in one of the boxes below and signing this form.

| Initial One Box Below | Options |
|---|---|
| | I will choose and call a funeral director to handle my baby's remains/body.<br>• Name of Funeral Director is: _____<br>• The Hospital can dispose of my baby's remains by cremation if I do not contact the Hospital of University of Pennsylvania morgue at 215-662-3214 within 10 days. |
| √. | I want the hospital staff to contact a local funeral director to handle my baby's remains by cremation and burial at Ivy Hill Cemetery in a group grave.<br><br>I understand that there is no charge for this service to me but that by choosing this option, I will not be able to obtain my baby's individual ashes after this happens. |
| | I am not sure what I want to do with my baby's remains. I know that I have 10 days to contact the Hospital of the University of Pennsylvania morgue with my plan.<br><br>I know that I must call the Hospital of the University of Pennsylvania morgue 215-662-3214 by _____ (date) to tell the Hospital how I want the remains handled. If I do not do this in 10 days, I know that the baby will be cremated and the ashes buried in Ivy Hill Cemetery in a group grave. I understand that I will not be able to obtain my baby's ashes after this happens.<br><br>The Hospital can dispose of my baby's remains by cremation if I do not contact the Hospital of the University of Pennsylvania morgue at 215-662-3214 by the date above. |

Please let your nurse know if you need help with planning for the fetus/baby's remains. The nurses and the staff in Pastoral Care Department will help you.

**SIGNATURES**

X _____     Mother    _____
                                 Relationship to baby       Date and Time

_____ RN    _____
Witness                                   Title                       Date and Time

Exhibit F

# DISCHARGE INSTRUCTIONS

 **Penn Medicine**

**Patient Name: SHUJAA, KENYA**

Hospital of the University of Pennsylvania

**Admit Date: 9/17/2015 3:45:00 AM**

**Discharge Date: 9/17/2015 4:28:48 PM**

**MRN/Visit#: 16772907 / 134381699**

**Birth Date: 7/23/1973**

## Important Discharge Instructions

**Reason for Visit:**

Preterm labor

**Diet:**

A heart healthy diet is low in animal fat. Do not eat foods like bacon, sausage, whole milk, butter and fried foods. Instead eat foods that are baked, grilled or broiled. Eat fresh vegetables, whole grains, beans and fish.

Eat healthy foods to decrease the risk of stroke, heart disease and other health problems. For a healthy diet, eat a wide variety of foods. Choose lean meats and fish. Eat fresh fruits and vegetables. Avoid fried foods. Choose foods that are low in sodium (low salt), sugar and fat.

**Activity:**

"Pelvic Rest" for 6 weeks: This means nothing in the vagina (no intercourse, tampons, douching, etc.) and no tub baths or swimming for the next 6 weeks.

You may have irregular bleeding for several weeks following your delivery. This is normal. If you have heavy bleeding such that you are soaking 1 pad in an hour for 2 hours, you should call your doctor or come to the Emergency Room.

If you have a fever of 100.4 or greater you should call your doctor or return to the Emergency Room.

It is normal to feel emotional and teary following delivery. If you experience the blues that last for more than two weeks or feel like you want to hurt yourself, or someone else, please call your doctor, go to the nearest emergency room or call the Psychiatry Emergency and Evaluation Center (PEEC) at 215 662 2121. The PEEC is located on the ground floor of the Ravdin building and is open 24 hours a day, 7 days a week.

You should take it easy for 2 weeks. Only up/down stairs 1-2 times daily. No heavy lifting (heavier than the or a gallon of milk).

Once you are feeling better, make a plan to exercise. Discuss the plan with your doctor. The risk for heart disease and stroke goes down when you are active and normal weight.

## Information About Your Hospital Stay

**Attending Physician:**

Your main doctor in the hospital was: Dr. Kyra Williams

**Health Issues Addressed during the Hospital Visit:**

Status post vaginal delivery

**Procedures:**

Spontaneous vaginal delivery after admission for preterm labor

# DISCHARGE INSTRUCTIONS

**Penn Medicine**

**Patient Name: SHUJAA, KENYA**

Hospital of the University of Pennsylvania

**Admit Date: 9/17/2015 3:45:00 AM**

**MRN/Visit#: 16772907 / 134381699**

**Discharge Date: 9/17/2015 4:28:48 PM**

**Birth Date: 7/23/1973**

---

**Pending Test Results:**

Request Date  Name
17 Sep 2015 03:58:00 R/O Gonorrhea & Chlamydia DNA Assay
17 Sep 2015 03:58:47 RPR (Maternal)
17 Sep 2015 05:09:20 Blood Fetal Hemoglobin
17 Sep 2015 05:09:20 Beta-2-Microglobulin (Serum)
17 Sep 2015 05:09:20 Anticardiolipin Antibody
17 Sep 2015 09:10:00 Dilute Russel Viper Venom Time
17 Sep 2015 09:10:00 Beta 2 Glycoprotein 1

## Medicines

**Allergies:**

No Known Allergies

**Your Medicines and When to Take Them:**

| Medication | Instruction |
|---|---|
| Colace 100 mg oral capsule | 1 cap(s) orally 2 times a day |
| | Medication should be taken with plenty of water. |
| Feosol 325 mg (65 mg elemental iron) oral tablet | 1 cap(s) orally 2 times a day |
| | Check with your doctor before becoming pregnant. Do not chew, break, or crush. May discolor urine or feces. |
| ibuprofen 600 mg oral tablet | 1 tab(s) orally every 6 hours as needed for pain |
| | It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. May cause drowsiness or dizziness. Obtain medical advice before taking any non-prescription drugs as some may affect the action of this medication. Take with food or milk. |
| Prenatal Multivitamins with Folic Acid 0.4 mg oral tablet | 1 cap(s) orally once a day |
| | May discolor urine or feces. Take with food or milk. |

**Information about Your Medicines:**

Take each medication as prescribed by your doctor. Keep a current list of your medication. If you have questions about your medications, ask your doctor or nurse.

## Care After You Leave The Hospital

# DISCHARGE INSTRUCTIONS

**Penn Medicine**

**Patient Name: SHUJAA, KENYA**

**Admit Date: 9/17/2015 3:45:00 AM**

**Discharge Date: 9/17/2015 4:28:48 PM**

Hospital of the University of Pennsylvania

**MRN/Visit#: 16772907 / 134381699**

**Birth Date: 7/23/1973**

---

### Future Doctors Appointments:

Please follow up at the Helen O Dickens Center in 2 weeks for an appointment. You should receive a call from Dena Baker regarding this appointment, if you have not heard from her within a week, please call (215) 662-2730 to make an appointment or if you have any questions. The center is located on the first floor of the Gates Pavilion.

Also, for your records, your blood type is O POSITIVE.

Follow up with primary or heart doctor upon discharge and keep all return appointments with your doctor.

### Contact Your Doctor:

You were under the care of Obstetrics & Gynecology. Please call this doctor's office if you have any questions regarding your hospitalization or discharge instructions. If you need assistance locating your doctor's phone number, please call the hospital operator at 215-662-4000.

Please call your doctor if you have any of the following symptoms:
Chest pain
Shortness of breath
Pain unrelieved with prescribed medicine
Redness, swelling or pus-like drainage from incision/wound
Unable to urinate
Nausea/vomiting
Diarrhea
Constipation
Fever greater than 100.4

### When to Call 911:

Call 911 if you have a medical emergency or if you have any of the following sudden signs and symptoms of stroke:
Weakness or numbness on one side of the body
Drooping of the face on one side
Not able to talk or understand others' speech
Suddenly cannot see
Bad headache for no reason

Exhibit F

# DISCHARGE INSTRUCTIONS

 **Penn Medicine**

**Patient Name: SHUJAA, KENYA**

**Admit Date: 9/17/2015 3:45:00 AM**

**Discharge Date: 9/17/2015 4:28:48 PM**

**Hospital of the University of Pennsylvania**

**MRN/Visit#: 16772907 / 134381699**

**Birth Date: 7/23/1973**

---

### Information for Patients with Heart Failure:

Weigh yourself at the same time each day. Write your weight down to remember it. Talk to your doctor about your usual weight. Call your doctor if you go over your weight by more than 2 pounds in 2 days or 4 pounds in a week.

Call your doctor if you have:
Chest pain, pressure, or tightness
Problems breathing when resting or lying down
Constant cough
Weight gain of 2 pounds over 2 days
Feel faint or dizzy, or falling

### Smoking Information:
If you are a current smoker or have smoked in the past 12 months, the most important things you should do to live better and longer are to stop smoking and avoid being around other people while they smoke. PLEASE call: 1-800-QUIT-NOW (1-800-784-8669) or go online to http://www.smokefree.gov/ for help.

### Access Your Personal Records:
You can now access an electronic copy of your hospital discharge instructions on a mobile device or computer. If you have an outpatient doctor at Penn, you can also view test results, request appointments, referrals and prescription renewals. Visit myPennMedicine.org, click on "Request an Activation Code" and follow the instructions provided.

### Completed By:
Lee, Daniel D (MD) [ Sep 17 2015 12:12PM ]

$$Exhibit \ 6$$


**AR^UP LABORATORIES**

Patient Name: **SHUJAA, KENYA**

HUP/William Pepper S2K  011177
3400 Spruce Street
Philadelphia PA 19104

Date of Birth:   23-Jul-73
Gender:   Female
ARUP ID:   1ARUP0001190374
Requisition #:   PREQ00001141892
Client Supplied ID:   16772907 ; 15-260-09117
Physician:   1824531 -edllson,
Printed:   30-Sep-15 14:16:04

| Procedure | Result | Units | Ref Interval | Accession | Collected | Received | Verified |
|---|---|---|---|---|---|---|---|
| SNP Microarray, Products of Conception | **Abnormal *f** | | [Normal] | 15-261-402916 | 17-Sep-15 07:00:00 | 19-Sep-15 10:08:00 | 30-Sep-15 10:40:34 |
| EER SNP Microarray, Products of Concept | EERUnavailable | | | 15-261-402916 | 17-Sep-15 07:00:00 | 19-Sep-15 10:08:00 | 30-Sep-15 10:40:34 |

17-Sep-15 07:00:00    SNP Microarray, Products of Conception:

Specimen Received
Specimen Type:          Products of Conception (Villi)
Reason for Referral:   Stillbirth
Test Performed:         ARRAY POC
--------------------------------------------------------------

ABNORMAL MICROARRAY RESULT

Copy number change: 18pterqter gain
Base pair coordinates: 136,226-78,014,123 (hg build 19)
Approximate Size: 77.9 Mb

Copy number change: 16p13.11 gain (Clinical significance for pregnancy loss is uncertain, see interpretation below)
Base pair coordinates: 15,481,747-16,516,109 (hg build 19)
Approximate Size: 1.0 Mb

Sex chromosome complement:  XX (female)

Genetic results:
ISCN: arr[hg19] 16p13.11(15,481,747-16,516,109)x3,18p11.32q23(136,226-78,014,123)x3

The cytogenomic microarray analysis indicated that there was a gain involving chromosome 18 (77.9 Mb duplicated) from 18pter to 18qter, suggesting trisomy for chromosome 18.

Autosomal trisomy is the most frequent type of chromosomal abnormality in pregnancy loss and is usually sporadic.

In addition, the cytogenomic microarray analysis showed an interstitial gain involving chromosome 16 (1.0 Mb duplicated) within 16p13.11, indicating trisomy for this region.  This duplication involves 17 genes: MPV17L, C16orf45, KIAA0430, NDE1, MIR484, MYH11, FOPNL, ABCC1, ABCC6, NOMO3, MIR3179-1, MIR3179-3, MIR3179-2, MIR3180-1, MIR3180-3, MIR3180-2, PKD1P1.

This is a duplication of the recurrent 16p13.11 (NDE1/MYH11) copy number variable (CNV) region. The duplicated region includes two adjacent low-copy repeat (LCR)-flanked regions (sometimes referred to as Intervals I and II in the literature). Note that the reported size of this duplication may vary from patient to patient due to flanking segmental duplication architecture.

The 16p13.11 duplication has been reported in association with a variety of clinical findings, including developmental delay/intellectual disability, psychiatric/behavioral problems (whether there is a specific association to Tourette's disorder is uncertain), speech delay, dysmorphic features, motor delay, ADHD, congenital anomalies (most commonly involving the heart), autism, seizures and obesity. 16p13.11 duplications have also been identified in studies of control populations and in parents who are mildly affected or unaffected, indicating that the phenotype associated with this CNV is incompletely penetrant and shows variable expressivity. One hypothesized explanation for this phenotypic variability is that the developmental pathways

\* = Abnormal, # = Corrected, **C** = Critical, **f** = Footnote, **H** = High, **L** = Low, **t** = Interpretive Text, @ = Reference Lab

Patient Name: **SHUJAA, KENYA**

Chart ID: 11218974
Page 1 of 4

ARUP Laboratories 500 Chipeta Way SLC, UT 84108 – (800)522-2787 – www.aruplab.com – Jerry W. Hussong, MD - Director of Laboratories

18716 (ARR-L-400) 4/04

Exhibit G


ARUP LABORATORIES

HUP/William Pepper S2K    011177
3400 Spruce Street
Philadelphia PA 19104

| | |
|---|---|
| Date of Birth: | 23-Jul-73 |
| Gender: | Female |
| ARUP ID: | 1ARUP0001190374 |
| Requisition #: | PREQ00001141892 |
| Client Supplied ID: | 16772907 ; 15-260-09117 |
| Physician: | 1824531 -edlison, |
| Printed: | 30-Sep-15 14:16:04 |

affected by 16p13.11 genes may require a second hit for expression of 16p13.11 associated features. Although
undefined, this second hit may be another CNV, a sequence-level alteration, or involve environmental,
epigenetic, or stochastic factors (Girirajan et al. 2012). Thus, in the absence of associated clinical findings,
16p13.11 duplication may represent a predisposing or susceptibility risk factor for expression of these
features.

* = Abnormal, # = Corrected, C = Critical, f = Footnote, H = High, L = Low, t = Interpretive Text, @ = Reference Lab

ARUP Laboratories 500 Chipeta Way SLC, UT 84108 – (800)522-2787 – www.aruplab.com – Jerry W. Hussong, MD - Director of Laboratories

**LABORATORY REPORT**

18716 (ABRJ-400) 4/04



**ARUP** LABORATORIES

Patient Name: **SHUJAA, KENYA**

HUP/William Pepper S2K   011177
3400 Spruce Street
Philadelphia PA 19104

| | |
|---|---|
| Date of Birth: | 23-Jul-73 |
| Gender: | Female |
| ARUP ID: | 1ARUP0001190374 |
| Requisition #: | PREQ00001141892 |
| Client Supplied ID: | 16772907 ; 15-260-09117 |
| Physician: | 1824531 -edlson. |
| Printed: | 30-Sep-15 14:16:04 |

The exact risk for expression for 16p13.11 duplication-associated features is not currently known. Estimates of penetrance, and thus for an abnormal phenotype with any level of expression, were recently published for several of the CNV regions with highly variable phenotypes (Rosenfeld et al. 2013). The penetrance for the reciprocal 16p13.11 deletion were estimated to be 13.1% (7.9-21.3, 95 percent confidence interval); this includes both males and females. The overall penetrance for the duplication is expected to be lower than for the deletion; however, the penetrance in a male may be higher than for a female based on the study by Tropeano et al. (2013). Also, any estimate of penetrance does not define the risk for a specific phenotype, but includes all levels of expression that have been observed for a specific duplication or deletion.

Please note that it is currently unknown whether 16p13.11 duplication is over-represented in cases of pregnancy loss. Therefore, the association between this finding and pregnancy loss is unknown.

Both de novo and inherited duplications of 16p13.11 have been detected. Over 80 per cent of CNVs (deletions and duplications) were inherited from a parent in the study by Tropeano et al. (2013). As familial duplications may be inherited from a normal or mildly affected parent, parental studies to determine the inheritance of this CNV would not be useful for predicting the clinical significance of the duplication in this patient, but may be considered for reproductive counseling.

References:
1) Cooper GM et al. 2011. A copy number variation morbidity map of developmental delay. Nat Genet. 43:838-46.
2) Girirajan et al. 2012. Phenotypic heterogeneity of genomic disorders and rare copy-number variants. N Engl J Med. 367(14):1321-31.
3) Hannes FD et al. 2009. Recurrent reciprocal deletions and duplications of 16p13.11: The deletion is a risk factor for MR/MCA while the duplication may be a rare benign variant. J Med Genet.46:223-32.
4) Ingason et al. 2011. Copy number variations of chromosome 16p13.1 region associated with schizophrenia. Mol Psychiatry. 16(1):17-25.
5) Kuang et al. 2011. Recurrent chromosome 16p13.1 duplications are a risk factor for aortic dissections. PLoS Genet. Jun;7(6):e1002118.
6) Mefford HC et al. 2009. A method for rapid, targeted CNV genotyping identifies rare variants associated with neurocognitive disease. Genome Res. 19;1579-85.
7) Magri et al. 2010. New copy number variations in schizophrenia. PLoS One. 2010 Oct 13;5(10):e13422.
8) Nagamani et al. 2011. Phenotypic manifestations of copy number variation in chromosome 16p13.11. Eur J Hum Genet. 19(3):280-6.
9) Ramalingam et al. 2011. 16p13.11 duplication is a risk factor for a wide spectrum of neuropsychiatric disorders. J Hum Genet. 56(7):541-4.
10) Tropeano et al. 2013. Male-biased autosomal effect of 16p13.11 copy number variation in neurodevelopmental disorders. PLoS One. 2013 Apr 18;8(4):e61365.
11) Vassos et al. 2010. Penetrance for copy number variants associated with schizophrenia. Hum Mol Genet.19(17):3477-81.
12) Ullmann et al.2007. Array CGH identifies reciprocal 16p13.1 duplications and deletions that predispose to autism and/or mental retardation. Hum Mutat. 28;674-82.
13) Williams et al. 2010. Rare chromosomal deletions and duplications in attention-deficit hyperactivity disorder: a genome-wide analysis. Lancet. 376;1401-8.

Recommendations:
1. Genetic counseling
2. Parental studies for the 16p13.11 duplication may be considered for reproductive counseling

Certain copy number variants (CNV) have been observed in many individuals with no phenotypic associations and are believed to be clinically insignificant. Any such CNVs which have been detected in this patient are thus not specifically listed in this report.

\* = Abnormal, # = Corrected, C = Critical, f = Footnote, H = High, L = Low, t = Interpretive Text, @ = Reference Lab

Patient Name: **SHUJAA, KENYA**

Chart ID: 11218974
Page 3 of 4

**LABORATORY REPORT**

18716 (ARR-L-400) 4/04



Exhibit G

LABORATORIES

**Patient Name: SHUJAA, KENYA**

HUP/William Pepper S2K    011177
3400 Spruce Street
Philadelphia PA 19104

| | |
|---|---|
| Date of Birth: | 23-Jul-73 |
| Gender: | Female |
| ARUP ID: | 1ARUP0001190374 |
| Requisition #: | PREQ00001141892 |
| Client Supplied ID: | 16772907 ; 15-260-09117 |
| Physician: | 1824531 -edllson, |
| Printed: | 30-Sep-15 14:16:04 |

If you would like additional information, please contact an ARUP genetic counselor at (800) 242-2787 extension
2141. ARUP genetic counselors are available to help health care providers with test selection, result
interpretation and identifying local clinical genetic services.

Chromosomal Microarray Analysis (CMA) Methodology
This CMA was performed using Affymetrix Cytoscan HD Array. The array offers a total of 2,696,550 markers across
the entire genome, including 1,953,246 unique non-polymorphic markers, and 743,304 SNP markers. This technique
will detect imbalances that are relatively small by cytogenetic standards. Patient hybridization parameters are
compared to data derived from 100 individuals with normal microarray results. Gains and losses are reported
based on genomic content. Duplications smaller than 400 kb and deletions smaller than 50 kb may not be
investigated. Long continuous stretches of homozygosity (LCSH) may indicate either a uniparental disomy (UPD)
if it occurs within a chromosome or regions identical by descent (IBD) if it occurs across numerous independent
regions. Haplotype structure within populations allows for normal stretches of homozygosity, usually under 8 to
10 Mb in size. Therefore, a size filter for a LCSH is important to distinguish between normal homozygosity for
a region versus homozygosity due to potential UPD or IBD. LCSH on imprinted chromosomes (6, 7, 11, 14 and 15)
less than 8 Mb (telomeric) or 10 MB (interstitial) may not be investigated or reported. LCSH less than 10 Mb
(telomeric) or 15 Mb (interstitial) on non-imprinted chromosomes may also not be investigated or reported.
Homozygosity of approximately 3 percent of the genome or greater may be reported as it suggests an increased
risk for a recessive condition.

This microarray and associated software (Chromosome Analysis Suite) are manufactured by Affymetrix and used by
ARUP Laboratories for the purpose of identifying DNA copy number gains and losses associated with the large
chromosomal imbalances and long continuous stretches of homozygosity. It will not detect balanced
rearrangements, such as translocations, inversions and balanced insertions. Although triploidy can be detected
due to the associated allelic imbalance, tetraploidy is not detectable by this method. Additionally base pair
mutations, genomic imbalances below the resolution of this array platform, and aberrations in regions of the
genome not represented on the array platform will not be detected. Low-level mosaicism (<25 percent) may also be
undetectable, and in some cases, mosaicism will result in discrepancies between the karyotype and microarray
analysis. The failure to detect an alteration at any locus does not exclude the diagnosis of any of the
disorders represented on the microarray. While ARUP Laboratories and other clinical laboratories per American
College of Medical Genetics (ACMG) guidelines have extensively validated this assay, it is not feasible to
validate every potential genomic imbalance in the human genome. Furthermore, this technique only identifies the
regions of imbalance; it does not provide information regarding rearrangement mechanisms.

This result has been reviewed and approved by Xinjie Xu, PhD, FACMG
Electronic Signature

17-Sep-15 07:00:00 SNP Microarray, Products of Conception:
INTERPRETIVE DATA: SNP Microarray, Products of Conception

Counseling and informed consent are recommended for genetic testing. Consent forms are
available online at www.aruplab.com.

Test developed and characteristics determined by ARUP Laboratories. See Compliance
Statement C: aruplab.com/CS

* = Abnormal, # = Corrected, C = Critical, f = Footnote, H = High, L = Low, t = Interpretive Text, @ = Reference Lab

Patient Name: SHUJAA, KENYA

ARUP Laboratories 500 Chipeta Way SLC, UT 84108 – (800)522-2787 – www.aruplab.com – Jerry W. Hussong, MD - Director of Laboratories

**LABORATORY REPORT**

18716 (ARR-L-400) 4/04

Exhibit 6...

MR #: 016772907 HUP HUP
ShuJaa, Kenya



=016772907=

ACCN #: 15-260-09117

10.00mL Steril C (A) RT/RT
Refrigerate
GENOSNP

DR. Srinivas, Sindhu K M

DSCH
42 Y F 23 JUL 73

PT #: 134381699

17SEP15 1722 (18:30)
TIME:_____
INIT:_____


---

## incident/complaint

3 messages

---

**DARUS HUNTER** <darus@sas.upenn.edu>                                                                Sun, Sep 20, 2015 at 1:13 PM
To: r.william.michael@phila.gov, joseph.chaffin@phila.gov

Hi Mr. Michael,
I met with you on 09/18/2015 in your office. I am copying your colleague in this email. This was a description of the incident which I described to you on 09/18.


Darus Leon Hunter

1242 South 51st street, Philadelphia PA 19143

(215) 303-8787 [cell], (215) 727-1508 [home]


I was in my home on 09/16/2015 at approximately 11:59 pm, when I heard a load banging on my front door. I got out of bed and walked into the living room. I noticed that my son had opened the front door and two police officers were standing in the doorway. As they began to proceed into my home, I walked over and stood in their way and asked what they wanted. They asked where Khadira (my 7 year-old-daughter) was. As I escorted the officers to my front porch, I explained that she was in bed asleep. One of the police officers told me to get her up. He said that her mother (Cinquetta Muhammad) had come into the station, complaining that our daughter was not home on time. After I woke her up I asked what he wanted me to do. While we were speaking, my girlfriend retrieved a copy of our existing custody order. I explained to the officer that all district schools were closed the following day and that she was spending the night. I displayed the messages from the week before which demonstrated that we had followed the same plan when school was off for labor day. The officer looked at the documents and he and his partner left. I called the 12th district and stated that I wished to file a complaint against the (2) officers for attempting to walk into my home and shining their flashlights into my children's faces. I was told that I needed to call 911 in order to file a complaint. I called 911 and stated that I wanted to file a complaint against the officers. The 911 operator told me that I needed to call the police district where the incident occurred. I called the 12th district again and asked for a supervisor. My call was referred to a Sgt. Melner. He told me that I needed to dial 911 in order to file a complaint against the officers and that he didn't have their names. At approximately 1:00 am, the officers Naveedo and Schute returned to my home. They were again banging on my door very loudly and violently. My girlfriend Kenya J Shujaa began opening the door when one of the officers forcefully pushed the door into her belly, knocking her backward. I asked the officer "what the hell he was doing?" He told me to calm down and warned me not to get myself "locked-up". He stated "Oh you want to file a complaint against me, right?" I just said that I wanted him to leave me alone. He again shined his flashlight into my home. He and his partner left again. I called the 12th district again and was referred to Sgt. Melner who again told me that I needed to call 911 in order to file a complaint. The officers returned to my home for a third time at approximately 1:30 am and banged on and kicked my door. I opened the door and asked what the officers wanted. The officer asked if I had a problem with him. I said that it was over and I just wanted to go to bed. The officers again left. I called 911 again and asked for a supervisor. The call was transferred to a Sgt. Hameen police radio #358. I told him what Sgt. Melner had stated and he (Sgt. Hameen) said that Sgt. Melner was lying if he claimed to not have the officers' names. I called back to the 12th district and asked for a supervisor and was again transferred to Sgt. Melner, who again told me that I needed to call 911 in order to file a complaint. I informed him of my conversation with Sgt. Hameen and that he had given me his police radio number. Sgt. Melner then informed me that the officers names were Naveedo and Schute. I returned to bed. The following day, my daughter Khadira asked why the police were in my home. I told her that the police had made a mistake in coming to our house. On 09/14/2015, my girlfriend Kenya J. Shujaa, who was 18 1/2 weeks pregnant at that time, noticed a slight clear discharge of fluid on her leg. She continued to notice this for the next

Exhibit H

couple of days. We did not think this was anything serious. On 09/16/2015, Kenya began feeling very painful cramps. We called 911 and she was transported by paramedic to Mercy Hospital. She was then transported to HUP (Hospital at the University of Pennsylvania) where she was transported to labor and delivery. She experienced a miscarriage. The doctors informed us that our baby was developing healthily and normally. Her amniotic sac lost too much fluid to support our developing baby. Our baby died as a result. I believe the loss of fluid was the direct result of the blunt force trauma experienced when the officer forcefully pushed my front door into my girlfriend's belly during his second visit to our home on this night.

Darus Hunter Sr.

---

**Joseph Chaffin** <Joseph.Chaffin@phila.gov>                                          Mon, Sep 21, 2015 at 3:52 PM
To: DARUS HUNTER <darus@sas.upenn.edu>
Cc: R William Michael <R.William.Michael@phila.gov>

I am so sorry for your loss. Mr. Hunter. We will follow through with your complaint. If you have and further questions or need a status on this complaint it is best for you to contact Mr. Michael since he will be handling your complaint. However if you cannot reach him I will be glad to assist you to the extent I can.

**From:** DARUS HUNTER [mailto:darus@sas.upenn.edu]
**Sent:** Sunday, September 20, 2015 1:13 PM
**To:** R William Michael; Joseph Chaffin
**Subject:** incident/complaint

[Quoted text hidden]

---

**DARUS HUNTER** <darus@sas.upenn.edu>                                          Wed, Sep 21, 2016 at 1:32 PM
To: DARUS HUNTER <darus@sas.upenn.edu>

[Quoted text hidden]

Exhibit H


## RE: Official Police Misconduct Complaint: W-IAD-3976

**DARUS HUNTER** <darus@sas.upenn.edu>
To: joseph.chaffin@phila.gov, JOSEPH.MCGARREY@phila.gov, r.william.michael@phila.gov

Mon, Dec 14, 2015 at 10:11 AM

Dear Internal Affairs and Police Advisory Commission,
Please read the attached document which references the event on 09/16/2015 at the Hunter household.


Sincerely,
Darus Hunter Sr. (on behalf of Hunter household)
[Quoted text hidden]

**Darus Hunter Sr.pdf**
98K

 Penn
Arts & Sciences

Exhibit I

DARUS HUNTER &lt;darus@sas.upenn.edu&gt;

---

## police incident
1 message

---

**DARUS HUNTER** &lt;darus@sas.upenn.edu&gt;
To: usapae.usattorney@usdoj.gov

Wed, Oct 21, 2015 at 6:49 PM

Dear US Attorney,

I sent this message to internal affairs division and they are investigating.

I was in my home on 09/16/2015 at approximately 11:59 pm, when I heard a load banging on my front door. I got out of bed and walked into the living room. I noticed that my son had opened the front door and two police officers were standing in the doorway. As they began to proceed into my home, I walked over and stood in their way and asked what they wanted. They asked where Khadira (my 7 year-old-daughter) was. As I escorted the officers to my front porch, I explained that she was in bed asleep. One of the police officers told me to get her up. He said that her mother (Cinquetta Muhammad) had come into the station, complaining that our daughter was not home on time. After I woke her up I asked what he wanted me to do. While we were speaking, my girlfriend retrieved a copy of our existing custody order. I explained to the officer that all district schools were closed the following day and that she was spending the night. I displayed the messages from the week before which demonstrated that we had followed the same plan when school was off for labor day. The officer looked at the documents and he and his partner left. I called the 12th district and stated that I wished to file a complaint against the (2) officers for attempting to walk into my home and shining their flashlights into my children's faces. I was told that I needed to call 911 in order to file a complaint. I called 911 and stated that I wanted to file a complaint against the officers. The 911 operator told me that I needed to call the police district where the incident occurred. I called the 12th district again and asked for a supervisor. My call was referred to a Sgt. Melner. He told me that I needed to dial 911 in order to file a complaint against the officers and that he didn't have their names. At approximately 1:00 am, the officers Naveedo and Schute returned to my home. They were again banging on my door very loudly and violently. My girlfriend Kenya J Shujaa began opening the door when one of the officers forcefully pushed the door into her belly, knocking her backward. I asked the officer "what the hell he was doing?" He told me to calm down and warned me not to get myself "locked-up". He stated "Oh you want to file a complaint against me, right?" I just said that I wanted him to leave me alone. He again shined his flashlight into my home. He and his partner left again. I called the 12th district again and was referred to Sgt. Melner who again told me that I needed to call 911 in order to file a complaint. The officers returned to my home for a third time at approximately 1:30 am and banged on and kicked my door. I opened the door and asked what the officers wanted. The officer asked if I had a problem with him. I said that it was over and I just wanted to go to bed. The officers again left. I called 911 again and asked for a supervisor. The call was transferred to a Sgt. Hameen police radio #358. I told him what Sgt. Melner had stated and he (Sgt. Hameen) said that Sgt. Melner was lying if he claimed to not have the officers' names. I called back to the 12th district and asked for a supervisor and was again transferred to Sgt. Melner, who again told me that I needed to call 911 in order to file a complaint. I informed him of my conversation with Sgt. Hameen and that he had given me his police radio number. Sgt. Melner then informed me that the officers names were Naveedo and Schute. I returned to bed. The following day, my daughter Khadira asked why the police were in my home. I told her that the police had made a mistake in coming to our house. On 09/14/2015, my girlfriend Kenya J. Shujaa, who was 18 1/2 weeks pregnant at that time, noticed a slight clear discharge of fluid on her leg. She continued to notice this for the next couple of days. We did not think this was anything serious. On 09/16/2015, Kenya began feeling very painful cramps. We called 911 and she was transported by paramedic to Mercy Hospital. She was then transported to HUP (Hospital at the University of Pennsylvania) where she was transported to labor and delivery. She experienced a miscarriage. The doctors informed us that our baby was developing healthily and normally. Her amniotic sac lost too much fluid to support our developing baby. Our baby died as a result. I believe the loss of fluid was the direct result of the blunt force trauma experienced when the officer forcefully pushed my front door into my girlfriend's belly during his second visit to our home on this night.

Sincerely,

Darus Leon Hunter

Exhibit I

**From:** DARUS HUNTER [darus@sas.upenn.edu]
**Sent:** Wednesday, October 21, 2015 6:24 PM
**To:** Joseph Mcgarrey; Joseph Chaffin; R William Michael
**Subject:** INCIDENT

Hello Lieutenant McGarrey,

It has been a couple of weeks since you visited my home to investigate the incident involving officers Naveedo and Schute. When can I expect these officers to be charged criminally for the events that led to my wife Kenya Shujaa, miscarrying our baby? The officers had not received an assignment which required their presence at my home on the second and third visits that night. They were originally contacted by Cinquetta Muhammad at the 12th district, with her stating that my daughter was not home on time. The (2) officers came to my home, banged on the front door and shined flashlights inside and eventually left. After their initial visit, there was no practical reason for the officers to return to my home for a second or third time. Their actions violated both state and federal laws. Do you intend to allow their actions to go without the officers being criminally charged? Aren't they subject to the laws of the Pennsylvania criminal code as is everyone else? It was obvious that their supervisor Sgt. Melner went to some effort to obscure the names of the officers when I asked for them. I called Sgt. Hameen via 911 [recorded line] and was given his police radio number and badge number as verification of his truthfulness. It appears as if the safety and sanctity of my family are not important and that police officers can break the laws and violate the rights of "others" whenever they choose to. By doing nothing, you communicate the message that police officers are not subject to prosecution when they break the laws and harm good citizens. This is the United States of America and the rights of my family are as important and unalienable as anyone else. The police officers who terrorized us and assaulted my wife should be charged as the criminals they are.


Darus Hunter Sr.

---

**R William Michael** <R.William.Michael@phila.gov>                                                Thu, Oct 22, 2015 at 12:14 PM
To: DARUS HUNTER <darus@sas.upenn.edu>
Cc: Kelvyn Anderson <Kelvyn.Anderson@phila.gov>

The investigation into your complaint is being conducted as we speak. It is our intention to interview all the officers involved and attain all the facts regarding this matter, your patience is indeed appreciated.

---

**From:** DARUS HUNTER [darus@sas.upenn.edu]
**Sent:** Wednesday, October 21, 2015 6:24 PM
**To:** Joseph Mcgarrey; Joseph Chaffin; R William Michael
**Subject:** INCIDENT

Hello Lieutenant McGarrey,

It has been a couple of weeks since you visited my home to investigate the incident involving officers Naveedo and Schute. When can I expect these officers to be charged criminally for the events that led to my wife Kenya Shujaa, miscarrying our baby? The officers had not received an assignment which required their presence at my home on the second and third visits that night. They

were originally contacted by Cinquetta Muhammad at the 12th district, with her stating that my daughter was not home on time. The (2) officers came to my home, banged on the front door and shined flashlights inside and eventually left. After their initial visit, there was no practical reason for the officers to return to my home for a second or third time. Their actions violated both state and federal laws. Do you intend to allow their actions to go without the officers being criminally charged? Aren't they subject to the laws of the Pennsylvania criminal code as is everyone else? It was obvious that their supervisor Sgt. Melner went to some effort to obscure the names of the officers when I asked for them. I called Sgt. Hameen via 911 [recorded line] and was given his police radio number and badge number as verification of his truthfulness. It appears as if the safety and sanctity of my family are not important and that police officers can break the laws and violate the rights of "others" whenever they choose to.By doing nothing, you communicate the message that police officers are not subject to prosecution when they break the laws and harm good citizens. This is the United States of America and the rights of my family are as important and unalienable as anyone else. The police officers who terrorized us and assaulted my wife should be charged as the criminals they are.

Darus Hunter Sr.

Exhibit K

Penn
Arts & Sciences

# INCIDENT

3 messages

---

**DARUS HUNTER** <darus@sas.upenn.edu>
Wed, Oct 21, 2015 at 6:24 PM
To: JOSEPH.MCGARREY@phila.gov, joseph.chaffin@phila.gov, r.william.michael@phila.gov

Hello Lieutenant McGarrey,
It has been a couple of weeks since you visited my home to investigate the incident involving officers Naveedo and Schute. When can I expect these officers to be charged criminally for the events that led to my wife Kenya Shujaa, miscarrying our baby? The officers had not received an assignment which required their presence at my home on the second and third visits that night. They were originally contacted by Cinquetta Muhammad at the 12th district, with her stating that my daughter was not home on time. The (2) officers came to my home, banged on the front door and shined flashlights inside and eventually left. After their initial visit, there was no practical reason for the officers to return to my home for a second or third time. Their actions violated both state and federal laws. Do you intend to allow their actions to go without the officers being criminally charged? Aren't they subject to the laws of the Pennsylvania criminal code as is everyone else? It was obvious that their supervisor Sgt. Melner went to some effort to obscure the names of the officers when I asked for them. I called Sgt. Hameen via 911 [recorded line] and was given his police radio number and badge number as verification of his truthfulness. It appears as if the safety and sanctity of my family are not important and that police officers can break the laws and violate the rights of "others" whenever they choose to.By doing nothing, you communicate the message that police officers are not subject to prosecution when they break the laws and harm good citizens. This is the United States of America and the rights of my family are as important and unalienable as anyone else. The police officers who terrorized us and assaulted my wife should be charged as the criminals they are.


Darus Hunter Sr.

---

**Joseph Mcgarrey** <Joseph.Mcgarrey@phila.gov>
Thu, Oct 22, 2015 at 8:39 AM
To: DARUS HUNTER <darus@sas.upenn.edu>

Mr. Hunter,


The investigation is ongoing and you will be notified when it has been completed.


Joseph McGarrey

Lieutenant   451

Philadelphia Police Department

Internal Affairs Division

Exhibit K

support our developing baby. Our baby died as a result. I believe the loss of fluid was the direct result of the blunt force trauma experienced when the officer forcefully pushed my front door into my girlfriend's belly during his second visit to our home on this night.


Darus Hunter Sr.

---

**DA_Northwest** <DA_Northwest@phila.gov>                                        Fri, Nov 13, 2015 at 12:40 PM
To: DARUS HUNTER <darus@sas.upenn.edu>

Per our Asst. Chief, please contact Internal Affairs.


Thank you.

---

**From:** DARUS HUNTER [darus@sas.upenn.edu]
**Sent:** Sunday, September 20, 2015 12:53 PM
**To:** DA_Northwest
**Subject:** complaint/incident

[Quoted text hidden]



## complaint/incident

2 messages

**DARUS HUNTER** <darus@sas.upenn.edu>
To: DA_Northwest@phila.gov

Sun, Sep 20, 2015 at 12:53 PM

Darus Leon Hunter

1242 South 51st street, Philadelphia PA 19143

(215) 303-8787 [cell], (215) 727-1508 [home]

I was in my home on 09/16/2015 at approximately 11:59 pm, when I heard a load banging on my front door. I got out of bed and walked into the living room. I noticed that my son had opened the front door and two police officers were standing in the doorway. As they began to proceed into my home, I walked over and stood in their way and asked what·they wanted. They asked where Khadira (my 7 year-old-daughter) was. As I escorted the officers to my front porch, I explained that she was in bed asleep. One of the police officers told me to get her up. He said that her mother (Cinquetta Muhammad) had come into the station, complaining that our daughter was not home on time. After I woke her up I asked what he wanted me to do. While we were speaking, my girlfriend retrieved a copy of our existing custody order. I explained to the officer that all district schools were closed the following day and that she was spending the night. I displayed the messages from the week before which demonstrated that we had followed the same plan when school was off for labor day. The officer looked at the documents and he and his partner left. I called the 12th district and stated that I wished to file a complaint against the (2) officers for attempting to walk into my home and shining their flashlights into my children's faces. I was told that I needed to call 911 in order to file a complaint. I called 911 and stated that I wanted to file a complaint against the officers. The 911 operator told me that I needed to call the police district where the incident occurred. I called the 12th district again and asked for a supervisor. My call was referred to a Sgt. Melner. He told me that I needed to dial 911 in order to file a complaint against the officers and that he didn't have their names. At approximately 1:00 am, the officers Naveedo and Schute returned to my home. They were again banging on my door very loudly and violently. My girlfriend Kenya J Shujaa began opening the door when one of the officers forcefully pushed the door into her belly, knocking her backward. I asked the officer "what the hell he was doing?" He told me to calm down and warned me not to get myself "locked-up". He stated "Oh you want to file a complaint against me, right?" I just said that I wanted him to leave me alone. He again shined his flashlight into my home. He and his partner left again. I called the 12th district again and was referred to Sgt. Melner who again told me that I needed to call 911 in order to file a complaint. The officers returned to my home for a third time at approximately 1:30 am and banged on and kicked my door. I opened the door and asked what the officers wanted. The officer asked if I had a problem with him. I said that it was over and I just wanted to go to bed. The officers again left. I called 911 again and asked for a supervisor. The call was transferred to a Sgt. Hameen police radio #358. I told him what Sgt. Melner had stated and he (Sgt. Hameen) said that Sgt. Melner was lying if he claimed to not have the officers' names. I called back to the 12th district and asked for a supervisor and was again transferred to Sgt. Melner, who again told me that I needed to call 911 in order to file a complaint. I informed him of my conversation with Sgt. Hameen and that he had given me his police radio number. Sgt. Melner then informed me that the officers names were Naveedo and Schute. I returned to bed. The following day, my daughter Khadira asked why the police were in my home. I told her that the police had made a mistake in coming to our house. On 09/14/2015, my girlfriend Kenya J. Shujaa, who was 18 1/2 weeks pregnant at that time, noticed a slight clear discharge of fluid on her leg. She continued to notice this for the next couple of days. We did not think this was anything serious. On 09/16/2015, Kenya began feeling very painful cramps. We called 911 and she was·transported by paramedic to Mercy Hospital. She was then transported to HUP (Hospital at the University of Pennsylvania) where she was transported to labor and delivery. She experienced a miscarriage. The doctors informed us that our baby was developing healthily and normally. Her amniotic sac lost too much fluid to

Exhibit M





## police misconduct

3 messages

**DARUS HUNTER** <darus@sas.upenn.edu>                                      Tue, Nov 17, 2015 at 1:33 PM
To: philadelphia.complaints@ic.fbi.gov

Dear FBI of Philadelphia,
please review the following events which took place on September 16th of this year:

Darus Leon Hunter

1242 South 51st street, Philadelphia PA 19143

(215) 303-8787 [cell], (215) 727-1508 [home]

I was in my home on 09/16/2015 at approximately 11:59 pm, when I heard a load banging on my front door. I got out of bed and walked into the living room. I noticed that my son had opened the front door and two police officers were standing in the doorway. As they began to proceed into my home, I walked over and stood in their way and asked what they wanted. They asked where Khadira (my 7 year-old-daughter) was. As I escorted the officers to my front porch, I explained that she was in bed asleep. One of the police officers told me to get her up. He said that her mother (Cinquetta Muhammad) had come into the station, complaining that our daughter was not home on time. After I woke her up I asked what he wanted me to do. While we were speaking, my girlfriend retrieved a copy of our existing custody order. I explained to the officer that all district schools were closed the following day and that she was spending the night. I displayed the messages from the week before which demonstrated that we had followed the same plan when school was off for labor day. The officer looked at the documents and he and his partner left. I called the 12th district and stated that I wished to file a complaint against the (2) officers for attempting to walk into my home and shining their flashlights into my children's faces. I was told that I needed to call 911 in order to file a complaint. I called 911 and stated that I wanted to file a complaint against the officers. The 911 operator told me that I needed to call the police district where the incident occurred. I called the 12th district again and asked for a supervisor. My call was referred to a Sgt. Melner. He told me that I needed to dial 911 in order to file a complaint against the officers and that he didn't have their names. At approximately 1:00 am, the officers Naveedo and Schute returned to my home. They were again banging on my door very loudly and violently. My girlfriend Kenya J Shujaa began opening the door when one of the officers forcefully pushed the door into her belly, knocking her backward. I asked the officer "what the hell he was doing?" He told me to calm down and warned me not to get myself "locked-up". He stated "Oh you want to file a complaint against me, right?" I just said that I wanted him to leave me alone. He again shined his flashlight into my home. He and his partner left again. I called the 12th district again and was referred to Sgt. Melner who again told me that I needed to call 911 in order to file a complaint. The officers returned to my home for a third time at approximately 1:30 am and banged on and kicked my door. I opened the door and asked what the officers wanted. The officer asked if I had a problem with him. I said that it was over and I just wanted to go to bed. The officers again left. I called 911 again and asked for a supervisor. The call was transferred to a Sgt. Hameen police radio #358. I told him what Sgt. Melner had stated and he (Sgt. Hameen) said that Sgt. Melner was lying if he claimed to not have the officers' names. I called back to the 12th district and asked for a supervisor and was again transferred to Sgt. Melner, who again told me that I needed to call 911 in order to file a complaint. I informed him of my conversation with Sgt. Hameen and that he had given me his police radio number. Sgt. Melner then informed me that the officers names were Naveedo and Schute. I returned to bed. The following day, my daughter Khadira asked why the police were in my home. I told her that the police had made a mistake in coming to our house. On 09/14/2015, my girlfriend

Exhibit M

Kenya J. Shujaa, who was 18 1/2 weeks pregnant at that time, noticed a slight clear discharge of fluid on her leg. She continued to notice this for the next couple of days. We did not think this was anything serious. On 09/16/2015, Kenya began feeling very painful cramps. We called 911 and she was transported by paramedic to Mercy Hospital. She was then transported to HUP (Hospital at the University of Pennsylvania) where she was transported to labor and delivery. She experienced a miscarriage. The doctors informed us that our baby was developing healthily and normally. Her amniotic sac lost too much fluid to support our developing baby. Our baby died as a result. I believe the loss of fluid was the direct result of the blunt force trauma experienced when the officer forcefully pushed my front door into my girlfriend's belly during his second visit to our home on this night.

Sincerely,

Darus Hunter Sr.

---

**Philadelphia Complaints** <Philadelphia.Complaints@ic.fbi.gov>                    Tue, Nov 17, 2015 at 1:57 PM
To: DARUS HUNTER <darus@sas.upenn.edu>

Thank you for your email to the FBI.  After evaluating your information, it is our determination that your case is one in which the FBI does not have jurisdiction to further investigate.   You are advised to Internal Affairs and an attorney.

**From:** DARUS HUNTER [mailto:darus@sas.upenn.edu]
**Sent:** Tuesday, November 17, 2015 1:34 PM
**To:** Philadelphia Complaints
**Subject:** police misconduct

[Quoted text hidden]

---

**DARUS HUNTER** <darus@sas.upenn.edu>                    Tue, Nov 17, 2015 at 2:13 PM
To: Philadelphia Complaints <Philadelphia.Complaints@ic.fbi.gov>

FBI,
**OK, thanks.**

Darus Hunter

[Quoted text hidden]

Exhibit M



---

### RE: Official Police Misconduct Complaint: W-IAD-3976

---

**Police Cpl_IAD_Intake** <Police.Cpl_IAD_Intake@phila.gov>     Mon, Sep 21, 2015 at 10:19 AM
To: Darus Hunter <darus@sas.upenn.edu>

Good morning Mr. Hunter,

Your complaint has been received. We are working on it. Thank you for your patience.

Officer Harris #5641

Internal Affairs

---

**From:** admin=phillypolice.com@mg.phillypolice.com [admin=phillypolice.com@mg.phillypolice.com] on behalf of Philadelphia Police Department [admin@phillypolice.com]
**Sent:** Sunday, September 20, 2015 12:10 PM
**To:** PPD Internal Affairs
**Subject:** Official Police Misconduct Complaint: W-IAD-3976

A new submission from the **Official Complaint** form has been received.

# Complainant

**Complainant First Name** Darus
**Complainant Middle Name** L
**Complainant Last Name** Hunter
**Complainant Street** 1242 South 51st street
**Complainant City** Philadelphia
**Complainant State** Pennsylvania
**Complainant Zip Code** 19143
**Complainant Age** 42

**Complainant DOB** 10/27/1972

**Complainant Gender** Male

**Complainant Race** Black or African American

**Complainant Occupation** graduate student .

**Complainant Phone** 215-303-8787

**Complainant Email** darus@sas.upenn.edu

Exhibit N

- - - - -

# Victim of Incident

**Victim Full Name** Kenya J Shujaa

**Victim Phone** 215-727-1508

**Victim Email** shujaak@gmail.com

**Victim Street** 1242 South 51st street

**Victim City** Philadelphia

**Victim State** Pennsylvania

**Victim Zip Code** 19143

**Assistant State** Select State...

- - - - -

# Witnesses

## Witness 1

**Witness1 Full Name** Khadira Muhammad

**Witness1 Tel** 2157271508

**Witness1 Email** n/a

**Witness1 Street** 1242 South 51st street

**Witness1 City** Philadelphia

**Witness1 State** Pennsylvania

**Witness1 Zip Code** 19143

**Witness2 State** Select State...

**Witness3 State** Select State...

- - - - -

# Officer(s) Complained Against

## Officer 1

Exhibit N

| | |
|---|---|
| **Officer1 Full Name** | Schutte |
| **Officer1 Rank** | Police Officer |
| **Officer1 District** | 12th district |
| **Officer1 Uniform** | Uniform |
| **Officer1 Duty Status** | On-Duty |
| **Officer1 Transportation** | Van |
| **Officer1 Height** | 5'9 |
| **Officer1 Weight** | 180 |
| **Officer1 Hair** | Brown |
| **Officer1 Eyes** | Select Eyes... |
| **Officer1 Gender** | Male |
| **Officer1 Age** | aaproximately 25 |
| **Officer1 Race** | White |
| **Officer1 Additional Details** | |

- - - - -

## Officer 2

| | |
|---|---|
| **Officer2 Full Name** | Naveedo |
| **Officer2 Rank** | Police Officer |
| **Officer2 District** | 12th district |
| **Officer2 Uniform** | Uniform |
| **Officer2 Duty Status** | On-Duty |
| **Officer2 Height** | 5'8 |
| **Officer2 Weight** | 175 |
| **Officer2 Hair** | Brown |
| **Officer2 Eyes** | Select Eyes... |
| **Officer2 Gender** | Male |
| **Officer2 Age** | approximately 27 |
| **Officer2 Race** | Asian |
| **Officer2 Additional Details** | |

- - - - -

# Description of Complaint

| | |
|---|---|
| **Date of Incident** | 09/16/2015 |
| **Time of Incident** | 11:59 pm |
| **Location of Incident** | 1242 South 51st steet, Philadelphia PA 19143 |

Exhibit N

**Incident Description**

I was in my home on 09/16/2015 at approximately 11:59 pm, when I heard a load banging on my front door. I got out of bed and walked into the living room. I noticed that my son had opened the front door and two police officers were standing in the doorway. As they began to proceed into my home, I walked over and stood in their way and asked what they wanted. They asked where Khadira (my 7 year-old-daughter) was. As I escorted the officers to my front porch, I explained that she was in bed asleep. One of the police officers told me to get her up. He said that her mother (Cinquetta Muhammad) had come into the station, complaining that our daughter was not home on time. After I woke her up I asked what he wanted me to do. While we were speaking, my girlfriend retrieved a copy of our existing custody order. I explained to the officer that all district schools were closed the following day and that she was spending the night. I displayed the messages from the week before which demonstrated that we had followed the same plan when school was off for labor day. The officer looked at the documents and he and his partner left. I called the 12th district and stated that I wished to file a complaint against the (2) officers for attempting to walk into my home and shining their flashlights into my children's faces. I was told that I needed to call 911 in order to file a complaint. I called 911 and stated that I wanted to file a complaint against the officers. The 911 operator told me that I needed to call the police district where the incident occurred. I called the 12th district again and asked for a supervisor. My call was referred to a Sgt. Melner. He told me that I needed to dial 911 in order to file a complaint against the officers and that he didn't have their names. At approximately 1:00 am, the officers Naveedo and Schute returned to my home. They were again banging on my door very loudly and violently. My girlfriend Kenya J Shujaa began opening the door when one of the officers forcefully pushed the door into her belly, knocking her backward. I asked the officer "what the hell he was doing?" He told me to calm down and warned me not to get myself "locked-up". He stated "Oh you want to file a complaint against me, right?" I just said that I wanted him to leave me alone. He again shined his flashlight into my home. He and his partner left again. I called the 12th district again and was referred to Sgt. Melner who again told me that I needed to call 911 in order to file a complaint. The officers returned to my home for a third time at approximately 1:30 am and banged on and kicked my door. I opened the door and asked what the officers wanted. The officer asked if I had a problem with him. I said that it was over and I just wanted to go to bed. The officers again left. I called 911 again and asked for a supervisor. The call was transferred to a Sgt. Hameen police radio #358. I told him what Sgt. Melner had stated and he (Sgt. Hameen) said that Sgt. Melner was lying if he claimed to not have the officers' names. I called back to the 12th district and asked for a supervisor and was again transferred to Sgt. Melner, who again told me that I needed to call 911 in order to file a complaint. I informed him of my conversation with Sgt. Hameen and that he had given me his police radio number. Sgt. Melner then informed me that the officers names were Naveedo and Schute. I returned to bed. The following day, my daughter Khadira asked why the police were in my home. I told her that the police had made a mistake in coming to our house. On 09/14/2015, my girlfriend Kenya J. Shujaa, who was 18 1/2 weeks pregnant at that time, noticed a slight clear discharge of fluid on her leg. She continued to notice this for the next couple of days. We did not think this was anything serious. On 09/16/2015, Kenya began feeling very painful cramps. We called 911 and she was transported by paramedic to Mercy Hospital. She was then transported to HUP (Hospital at the University of Pennsylvania) where she was transported to labor and delivery. She experienced a miscarriage. The doctors informed us that our baby was developing healthily and normally. Her amniotic sac lost too much fluid to support our developing baby. Our baby died as a result. I believe the loss of fluid was the direct result of the blunt force trauma experienced when the officer forcefully pushed my front door into my girlfriend's belly during his second visit to our home on this night.

- - - - -

# Signature

**Signed**       DARUS LEON HUNTER
**Sign Date**     09/20/2015

Submitted: 2015-09-20 4:10 PM
Submission ID: W-IAD-3976

Exhibit O



**CITY OF PHILADELPHIA**
PHILADELPHIA POLICE DEPARTMENT
8th & Race Streets
Philadelphia, PA 19106



**CERTIFIED MAIL**

7014 0150 0000 0151 3338

ZIP 19106
011D11617000

Closing Letter #15-0568
Office of Professional Responsibility
7790 Dungan Road
Philadelphia, PA 19111

Ms. Kenya Shujaa
1242 S. 51st Street
Philadelphia, PA 19143

## POLICE EMERGENCY
## DIAL 9-1-1

19143434442

Exhibit O



# CITY OF PHILADELPHIA

December 23, 2015

Ms. Kenya Shujaa
1242 S. 51st Street
Philadelphia, PA 19143

Dear Ms. Shujaa,

I am responding for the Police Commissioner with regard to the complaint you filed with the Internal Affairs Division on September 21, 2015. Lieutenant Joseph McGarrey, Internal Affairs Division, conducted an investigation regarding your allegations of physical abuse, harassment, and did not receive proper service.

The investigation did not support the allegation and was closed with a conclusion of **UNFOUNDED**.

If you are interested in personally reviewing your case, please call the Internal Affairs Division Administrative Officer, Lieutenant Brad Lukach, at 215-685-5008 for an appointment. The Internal Affairs Division is located at 7790 Dungan Road and business hours are between 9 AM and 5 PM weekdays. Your case number is #15-0568.

Sincerely,

Christopher Flacco
Chief Inspector
Office of Professional Responsibility

cc: District Attorney, Seth Williams
    Police Officer Michael Melvin, 12th Police District
    Police Officer Robert Schutte, 12th Police District
    Police Officer Michael Navedo, 12th Police District
    IAD #15-0568

Sent by Certified Mail 7014 0150 0000 0151 3338

Exhibit

CITY OF PHILADELPHIA
PHILADELPHIA POLICE DEPARTMENT
8th & Race Streets
Philadelphia, PA 19106

Open Records Office, Rm 203

MAILED 01 98   15

Hasler
10/06/2016
US POSTAGE   $00.47¹

ZIP 19106
011D11617820

Mr. Darus Hunter
1242 South 51st St.
Philadelphia, PA 19143

**POLICE EMERGENCY**
**DIAL 9-1-1**

HAHRSMP 19143

Exhibit P



**CITY OF PHILADELPHIA**

**POLICE DEPARTMENT**
HEADQUARTERS, FRANKLIN SQUARE
PHILADELPHIA, PENNSYLVANIA 19106

**CHARLES H. RAMSEY**
Commissioner

October 5, 2015

Mr. Darus Hunter
1242 South 51st St.
Philadelphia, PA 19143

RE:     Pennsylvania Right-To-Know Act Request

Dear Mr. Hunter:

Your Pennsylvania Right-To-Know Act request dated 09-28-15 was received by this office on 09-28-15 for:

1. I request the 911 recording transcripts of my 911 emergency calls placed on 9/13/15 at approximately 11:50pm and all subsequent calls placed on 9/14/15 at approximately 12:00am and later that day 9/14/15.

After processing your request, the Philadelphia Police Department's determination is as follows:

Your request is initially *denied* **[in whole]** pursuant to Section **708(b)(16)** et seq. and Section **708(b)(17)** et seq. of the RTKA. The requested information pertains to a record of an agency that may be related to a criminal investigation. The investigation may also be related to a non-criminal investigation. The Right-to-Know Law **clearly** exempts **all** records <u>consistent</u> <u>with</u> a criminal or non-criminal investigation, whether ongoing or closed, from disclosure (65 P.S. § 67.708(b)(16) et seq.) & (65 P.S. § 67.708(b)(17) et seq.).

Your request is additionally *denied*. "*Records or parts of records...pertaining to **audio** recordings, **telephone** or radio **transmissions** received by emergency dispatch personnel, **including** 911 recordings*" is exempt from disclosure pursuant to 65 P.S § 67.708(b)(18)(i).

Exhibit P

Should you wish to contest any part of this decision, other than the denial pursuant to 65 P.S. § 67.708(b)(16) regarding records relating to a criminal investigation, you may file an appeal with the Office of Open records as provided for in 65 P.S. § 67.1101. You have 15 business days from the mailing date of the City's response to challenge the response. Please direct any appeal to the :

> Office of Open Records
> Commonwealth Keystone Building
> 400 North Street, 4th Floor
> Harrisburg, PA 17120-0225

To appeal the denial pursuant to 65 P.S. § 67.708(b)(16) regarding records relating to a criminal investigation, you may file an appeal with the Philadelphia District Attorney's Office as provided in 65 P.S. § 67.1101 and 65 P.S. § 503(d)(2). You have 15 business days from the mailing date of the City's response to challenge the response. Please direct any appeal to:

> DA Appeals Officer
> Attn: Priya Travassos
> Three South Penn Square
> Philadelphia PA 19107-3499

Please be sure to copy **Mr. Jeffrey Cohen, Assistant City Solicitor for the City of Philadelphia Law Department** on your appeal if an appeal is made. Mr. Cohen is located at One Parkway Building, 17th Floor, 1515 Arch Street, Philadelphia, PA 19102.

Be advised that if no appeal is made within the listed period, then this correspondence will service to close this particular request with our office as permitted by law. Thank you for contacting the Philadelphia Police Department's Open Records Office.

**FOR THE POLICE COMMISSIONER**

Respectfully submitted,

Lieutenant Edward Egenlauf
Open Records Officer
Philadelphia Police Department
750 Race Street, Room 203
Philadelphia, PA 19106
Fax: 215-686-1183
Email: police.righttoknow@phila.gov