# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARUS HUNTER, *et al.*, | |
| *Plaintiffs*, | CIVIL ACTION NO. 17-0889 |
| v. | |
| | Honorable Paul S. Diamond |
| CITY OF PHILADELPHIA, *et al.*, | |
| *Defendants*. | **Filed Under Seal** |

**PLAINTIFFS' COUNTER STATEMENT OF MATERIAL FACTS**