# EXHIBIT A

# DISPATCHER AND RADIO TRANSMISSIONS

**Monday, 9/14/15, 00:14:20**

-1201 to Radio, "1201"

-Radio to 1201, "1201"

-1201 to Radio, "Make us available using the same, hold us out to 1242 S. 51st Street, <u>Investigate Premise</u>

-Radio to 1201, "Received"


**Monday, 9/14/15, 00:45:24**

-Operator 83 (Op. 83) response, "Philadelphia Operator 83, how can I help you?

-Darus Hunter (DH) to Op. 83, "How can I file a complaint. Two officers just came to my house, banging on my door."

-Op. 83 to DH, "What is your address?"

-DH to Op. 83, "I'm at 1242 S 51st Street."

-Op. 83 to DH, "They came to your house banging on the door?"

-DH to Op. 83, "Yes, just now they came to my house banging on the door, and demanding entrance." "I opened the door, once I did, the officer then demanded that I wake my child up because he thought my civil order, which police officers have nothing to do with, which isn't a criminal act." "It's a civil order that her mother and I have as far as custody visitation."

-Op. 83 to DH, "Alright, so it's a domestic?"

-DH to Op. 83, "Excuse me."

-Op. 83 to DH, "It's a domestic, it's a child custody thing?"

-DH to Op. 83, "Yes, just child custody, not a domestic, it's just child custody."

Op. 83 to DH, "While that is what a domestic is, it involves child custody."

-DH to Op. 83, "Ok, and my child visiting me and on days when there is no school, she stays until Monday."

-Op. 83 to DH, "So, there is a court order?"

-DH to Op. 83, "Yes, there is no school tomorrow but for whatever reason, I guess the officer was under the false impression that there was, but either way, he still came to my house, he

banged on my door, he demanded that I wake my child up, and then he, then only then, after I showed him the order, he said, "Oh I'm sorry."" "But the point is you shouldn't have been here." "He didn't have any reason to believe that I had done anything wrong." "Specifically not criminal."

Op. 83 to DH, "It's not criminal sir, it's a custody dispute."

DH to Op. 83, "Right and that is what I am saying is, is what I know, is that police officers have no right to enforce custody orders."

Op. 83 to DH, "They do."

DH to Op. 83, "So are you telling me." "You know this is recorded, right?"

Op. 83 to DH, "And so are you."

DH to Op. 83, "Ok, this is all, so my name is Darus Hunter." "Yea, I know this is being recorded."

Op. 83 to DH, "So, it's a custody dispute?"

DH to Op. 83, "There was no custody dispute."

DH to Op. 83, "Ok, I'll just come into the station, I come into the station and file a complaint."

Op. 83 to DH, "Ok"

DH to Op. 83, "Fine"


**Monday, 9/14/15, 00:48:58**

-Radio request, "Do I have a 12th District supervisor on the air?"

-12 DC to Radio, "12 Command."

-Radio to 12DC, "Sir, be advised we have a supervisor only at 1242 S. 51st Street." "We have 1201 on location there, it's a domestic custody dispute."

-12 DC to Radio, "12 Command, can you drop it down."

-Radio to 12DC, "Sure sir."


**Monday, 9/14/15, 0058:46**

-Operator 86 (Op. 86) response, "Op. 86, how can I help you?"

-Kenya Shajaa (KS) to OP. 86, "I am actually calling because the police are knocking at my door a second time and what's going on is that there is a child custody matter." "But, I have two children asleep in the front room." 'The first one it's just her five year old birthday." "It's over

a child custody matter. There is no school on Monday and Tuesday. This woman sent in a paper to the court requesting that the child not go home until Monday when there is no school on Monday. And now the police keep calling." "We have a court date already set for this matter." "It's a civil court matter." "She should file for contempt if she has a problem, there is no real, she set these rules in place." "She wanted the child and has the police knocking on my door again." "We have kids here and I feel harassed. My name is Kenya Shajaa."

-Op. 86 to KS, "Ok mame what do…"

-KS to Op. 86, "I am at 1242 S 51st Street, I feel extremely harassed. There are two kids here. They are not gonna keep coming to this house. This is a civil matter. There is a court date in place. This is very upsetting. If anything, I have a real problem, because I am a citizen, I am not violating any law. This is over a custody matter."

-Op. 86 to KS, "…unreadable…"

-KS to Op. 86, "The kids are asleep, this is the second time they came banging on my door. I don't feel comfortable now."

-Op. 86 to KS, "I will let you speak to my Sergeant."

-KS to Op. 86, "Thank you very much."

-KS to 1201 Officers who responded, "I didn't call you to my house, I called because you are here. Yes, we don't need anyone here."

-Police Radio Sergeant Hameen (Sgt. Hameen) to KS, "Sgt. Hameen."

-KS to Sgt. Hameen, "Yes, I am calling because I would like to express concern because I have police banging on my door again, this is the second time in like a half hour."

-Sgt. Hameen to KS, "Alright, there is actually a supervisor out there, so if you tell that supervisor. We can deal with those calls like right now. We can have the supervisor…"

-KS to Sgt. Hameen, "No, these are not the supervisor, these are the same people that were just here."

-Sgt. Hameen to KS, "I am showing 12 Command."

-KS to Sgt. Hameen, "I just saw these, I am not stupid sir, I went to Penn. I'm not stupid."

-Sgt. Hameen to KS, "Ok, well what would you like me to do mame?"

-KS to Sgt. Hameen, "What I would like is for them to go away because this is a civil custody matter." "I have children asleep here. Their shining a light here. Look their children sleep here. You want to look in my house. Because I am no NIGGER, you are not going to treat me like one." I am extreme. I don't feel comfortable. I have kids sleep right here. This is very upsetting, this is not a criminal matter. This is a civil matter between this woman and him."

Sgt. Hameen to KS, "Ok."

KS to Sgt. Hameen, "And she expressed in writing that her wishes is that when there is no school on a Monday, the child be returned on a Monday, and if you do want the child returned on Monday, why would you wait until 1 O'clock in the morning to wake a child up when they have school in the morning. It doesn't make sense."

-Sgt. Hameen to KS, "Mame, why did you dial 911?"

-KS to Sgt. Hameen, Because I feel harassed right now, because you are banging on my door."

-Sgt. Hameen to KS, "So, you are calling the police on the police?"

-KS to Sgt. Hameen, That's right, that's what I am doing Sir."

-Sgt. Hameen to KS, "Ok, don't hang up, the way you handle that is with a supervisor. We will send a supervisor out to your location."

-KS to Sgt. Hameen, "Ok."

-Sgt. Hameen to KS, "Did you hear me, did you hear me mame?" "You can even go to the window and you could ask them if they could send a supervisor out there. Tell them you only want to talk to a supervisor." "Ok."

-KS to Sgt. Hameen, "Sorry sir, we just cleared up the misunderstanding. What happened was he called to make a complaint and they sent them back out."

-Sgt. Hameen to KS, "Alright, Ok."


**Monday, 9/14/15, 01:06:08**

-1201 to Radio, "1201"

-Radio to 1201, "That last unit?"

-1201 to Radio, "1201"

-Radio to 1201, "1201"

-1201 to Radio, "You can Report to Follow (RTF) us, and you can resume Command." "They no longer need a supervisor."

-Radio to 1201, "They just called back again for another one." "Are you sure about that?"

-12 DC to Radio, "12 Command, let them know that I am almost there, I was coming from the Wawa. I am almost there."

-Radio to 12 DC, "Ok."

**Monday, 9/14/15, 01:13:58**

12 DC to Radio, "12 Command, I knocked three times with no response." "The officers explained the situation." "The officers will give you a 48 to that affect." "12 Command, no numbers for me."

-Radio to 12 DC, "Ok."