# EXHIBIT B

Kenya Shujaa
September 14, 2018

Page 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION


DARUS HUNTER, et al.   : NO. 17-0889
                       :
        Plaintiffs,    :
                       :
    - vs -             :
                       :
CITY OF PHILADELPHIA,  :
et al.,                :
                       :
        Defendants.    :
- - - - - - - - - - -

                    - - -

        Friday, September 14, 2018

                    - - -


            TRANSCRIPT OF DEPOSITION OF KENYA

SHUJAA, taken by and before ALEXANDRA ALVARADO,

Professional Reporter and Notary Public, at CITY OF

PHILADELPHIA LAW DEPARTMENT, 1515 Arch Street, 14th

Floor, Philadelphia, Pennsylvania, commencing

at 9:03 a.m.


            STREHLOW & ASSOCIATES, INC.
        FULL SERVICE COURT REPORTING AGENCY
            54 FRIENDS LANE, SUITE 116
            NEWTOWN, PENNSYLVANIA 18940
                (215) 504-4622
            SERVING NJ, PA, NY & DE

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

---

Page 2

1  A P P E A R A N C E S:
2
3  MORGAN LEWIS
   BY:  MICHAELA DRAGALIN YOUNG, ESQUIRE
4  1701 Market Street
   Philadelphia, Pennsylvania 19103
5  (215) 963-5608
   Alexandra.lastowski@morganlewis.com
6  Counsel for Plaintiffs
7
   DECHERT, LLP
8  BY:  JOHN P. MCCLAM, ESQUIRE
   2929 Arch Street
9  14th Floor
   Philadelphia, Pennsylvania 19104
10 (215) 994-2046
   Counsel for Kenya Shujaa
11
12 CITY OF PHILADELPHIA LAW DEPARTMENT
   BY:  TARA FUNG, ESQUIRE
13 1515 Arch Street
   14th Floor
14 Philadelphia, Pennsylvania 19102
   (215) 683-5389
15 Counsel for Defendants
16
17
18
19
20
21
22
23
24

---

Page 3

1              I N D E X
2                 - - -
3  WITNESS
4  KENYA SHUJAA
5  EXAMINATION                    PAGE
6  By: Ms. Fung                    4
7  By: Mr. McClam                 124
8
9
10
11
12          E X H I B I T S
13                    PAGE
14 NUMBER      DESCRIPTION      MARKED
15 Shujaa-1    Drawing            41
16 Shujaa-2    Birth Certificate 105
17 Shujaa-3    Records           119
18
19
20
21
22
23
24

---

Page 4

1                  - - -
2      (TRANSCRIPT MARKED CONFIDENTIAL)
3                  - - -
4        (By agreement of counsel, the
5  reading, signing, sealing, filing, and
6  certification of the transcript have been
7  waived; and all objections, except as
8  to the form of the question, have been
9  reserved until the time of trial.)
10
11        KENYA SHUJAA, after having
12 been duly sworn, was examined and testified
13 as follows:
14                  - - -
15        DIRECT EXAMINATION
16                  - - -
17 BY MS. FUNG:
18 Q.    Good morning, Ms. Shujaa.
19 A.    Good morning.
20 Q.    Can you please state your full name?
21 A.    Kenya Juanita Shujaa.
22 Q.    Is Juanita, J-U-A-N-I-T-A?
23 A.    Yes.
24 Q.    And with Shujaa is with two As or one A?

---

Page 5

1  A.    Two As.
2  Q.    Do you have any aliases or nicknames?
3  A.    No.
4  Q.    And you understand that you're under oath
5  today?
6  A.    Yes.
7  Q.    The court reporter is transcribing
8  everything you say, so make sure that you speak
9  clearly and verbally.  So no shaking your head, no
10 uh-uhs.  It's important for us to not speak over
11 each other.  So when I'm asking you a question, wait
12 for me to finish my question.  And when you're
13 answering questions, I'll wait for you to finish
14 answering.  Okay?
15 A.    Okay.  Thank you.
16 Q.    If you don't understand a question, just
17 let me know and I'll rephrase it for you.  Okay?
18 A.    Okay.
19 Q.    Is there anything preventing you from
20 testifying truthfully today?
21 A.    No.
22 Q.    Before coming in today, what documents did
23 you review?
24        MR. MCCLAM:  I'll instruct you

---

2 (Pages 2 to 5)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 6

1    not to describe the actual documents that
2    you reviewed with me in preparing for the
3    deposition.
4              THE WITNESS:  Talking about this
5    morning or --
6    BY MS. FUNG:
7    Q.    What did you review before coming in?
8    A.    I actually --
9              MR. MCCLAM:  Besides what you
10   reviewed with me.
11             THE WITNESS:  I actually didn't
12   review anything.
13   BY MS. FUNG:
14   Q.    Okay.  And what about outside of meeting
15   with your attorney -- what day did you meet with
16   your attorney?
17   A.    I met with my attorney on -- what was --
18   Wednesday.
19   Q.    Wednesday this week?
20   A.    Wednesday the 12th.
21   Q.    And outside of meeting with your attorney,
22   did you review any documents?
23   A.    No, I did not.
24   Q.    Okay.  And have you spoken with anyone

Page 7

1    regarding -- outside of your counsel regarding this
2    matter?
3    A.    Yes, I have.
4    Q.    Who have you spoke to?
5    A.    I spoke with my husband, Darus Hunter.
6    Q.    What did you guys discuss?
7    A.    I discussed my need to be here a little
8    early so I could meet my attorney this morning.
9    Q.    Okay.  Anything else?
10   A.    No.
11   Q.    Any specifics regarding the case?
12   A.    No.
13   Q.    Have you ever had your deposition taken
14   before?
15   A.    No, I have not.
16   Q.    Have you ever been arrested?
17   A.    No, I have not.
18   Q.    Have you ever been charged with a criminal
19   offense?
20   A.    No, I have not.
21   Q.    How old are you?
22   A.    I am 45.
23   Q.    And what is your date of birth?
24   A.    July 23, 1973.

Page 8

1    Q.    Happy belated birthday.  What city and
2    state were you born?
3    A.    I was born in Parsons, Kansas.
4    Q.    When did you move to Philadelphia?
5    A.    I moved to Philadelphia in 1997.
6    Q.    And what's your current address?
7    A.    My current address is 2521 North Spangler
8    Street, Philadelphia, PA 19132.
9    Q.    And how long have you lived at this
10   address?
11   A.    I've lived there for two months now.
12   Q.    And why did you move to this address?
13   A.    I moved to the address because my husband
14   and I were separated and we reconciled.
15   Q.    When did you separate?
16   A.    We separated in November of 2017.
17   Q.    And when did you reunite?
18   A.    We reunited around June of 2018.
19   Q.    And why did you separate?
20   A.    We separated for numerous personal reasons
21   in our marriage.
22   Q.    Any of which you could share today?
23   A.    I guess I was distrustful and frustrated.
24   Q.    Was there infidelity?

Page 9

1    A.    No, there was no --
2              MR. MCCLAM:  I'm going object.
3    This is outside anything relevant,
4    borderline harassment.  If you can tie this
5    to --
6              MS. FUNG:  This is harassment?
7              MR. MCCLAM:  You're talking about
8    what caused the separation between Ms.
9    Shujaa and her husband temporarily years
10   after the incident at issue, I think it is.
11             MR. FUNG:  Okay, John.
12   BY MS. FUNG:
13   Q.    Where were you living before your Spangler
14   Street address?
15   A.    942 South 49th Street.
16   Q.    And how long were you at this address?
17   A.    I was there for approximately six -- five
18   months.  From February until the end of June.
19   Q.    February?
20   A.    The day of the Super Bowl.  So I think that
21   was February 4th.
22   Q.    Okay.  And when you're currently at
23   Spangler address who do you live with?
24   A.    I live with my husband and his two

3 (Pages 6 to 9)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 10

1    children, Syriana Hunter and Darus Nadeer (ph)
2    Hunter (ph).
3    Q.    And how old are they, the children?
4    A.    Darus Nadeer Hunter just turned 19 on
5    August 12, and Syriana hunter just turned 8
6    yesterday.
7    Q.    And why did you move to this address at --
8    sorry.  Why did you move to the 942 South 49th
9    Street?
10   A.    Because I wanted to remain in the city
11   while my husband and I worked things out.
12   Q.    Okay.  And who were you living with at that
13   address?
14   A.    It was a rooming house.  There were two
15   people there -- well, actually there was one person
16   there at the time and her name was Casey Romanic
17   (ph).
18   Q.    Was that a friend of yours or just a
19   roommate?
20   A.    She was a roommate.
21   Q.    And where did you live prior to that?
22   A.    Prior to that I lived with my husband at
23   1242 South 51st Street.
24   Q.    And how long did you live in that home?

Page 11

1    A.    I lived there until the end November of
2    2017.
3    Q.    And who lived in that home with you?
4    A.    My husband, those same two children,
5    Syriana Hunter, Darus Nadeer Hunter and the middle
6    child, Kassim Hunter who is now 14.
7    Q.    Where does Kassim currently live?
8    A.    Kassim is currently in foster care.
9    Q.    And how long has he been in foster care?
10   A.    I'm not entirely sure.  I was not present
11   when he entered that.
12   Q.    Okay.  No problem.  And what's your current
13   marital status today?  I've heard you mention Mr.
14   Hunter as your husband.  Is he legally your husband?
15   A.    Yes.
16   Q.    When did you get married?
17   A.    We got married January 20, 2016.
18   Q.    And you mentioned at some point you were
19   separated.  Were you legally separated?
20   A.    There were no -- there was no paperwork
21   completed for a separation.
22   Q.    Okay.  How long have you been with
23   Mr. Hunter, just relationship in general not
24   necessarily marriage?

Page 12

1    A.    I met Mr. Hunter in 2011.  We really began
2    our relationship in earnest in 2012.
3    Q.    Has there ever been domestic violence
4    between yourself and Mr. Hunter?
5    A.    No.
6    Q.    To your knowledge, has there ever been
7    domestic violence with Mr. Hunter and any other
8    individuals?
9    A.    Yes.
10   Q.    Can you explain?
11         THE WITNESS:  Should I explain
12   this?
13         MR. MCCLAM:  I'm going to object
14   to foundation.
15         MS. YOUNG:  I object to the form.
16         MS. FUNG:  Excuse me?
17         MS. YOUNG:  I'm going to object
18   to form as well.
19         MS. FUNG:  What is your
20   objection?
21         MS. YOUNG:  That her knowledge of
22   any actions by my client has not -- you
23   have not laid that foundation.
24   BY MS. FUNG:

Page 13

1    Q.    Okay.  I'm still going to instruct you to
2    answer the question.
3    A.    I'm aware of some things.  I've read
4    materials from a past situation that he had with his
5    ex-wife.  And his ex-wife told me some things.
6    Q.    Who is his ex-wife?
7    A.    His ex-wife's name is Keeshama Hunter.
8    Q.    And to your knowledge, was there a
9    protection from abuse order?
10   A.    There was one a few years ago.
11   Q.    Any other domestic violence that you're
12   aware of?
13   A.    Not that I'm aware of.
14   Q.    Standing here today, are you afraid of
15   Mr. Hunter?
16   A.    No, I'm not.
17   Q.    Were you afraid of him in 2015?
18   A.    No, I was not.
19   Q.    Do you have any biological children?
20   A.    No, I do not.
21   Q.    Do you have any adopted children?
22   A.    No, I do not.
23   Q.    Do Mr. Hunter's children call you mom?
24   A.    Sometimes.

4 (Pages 10 to 13)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 14

1   Q.      Ms. Shujaa, I would like to ask you a few
2   questions about your educational background.  Where
3   did you go to high school?
4   A.      I went to high school -- I started off at
5   -- my first two years were at a school called
6   Princeton Day School.  And my second two years were
7   at school called Parks School of Buffalo in Amherst,
8   New York.
9   Q.      And what years did you attend Princeton Day
10  School?
11  A.      I attended Princeton Day School from the
12  age of 12 to the age of 16.  So from 1985 until
13  1990.
14  Q.      And then what about Parks School of
15  Buffalo?
16  A.      I completed my last two years of high
17  school, so 1989/1990 to 1991.
18  Q.      And you said you obtained a high school
19  diploma?
20  A.      Yes.
21  Q.      Okay.  And what about college?
22  A.      I attended undergraduate at Howard
23  University from 1991 to 1995.
24  Q.      Did you graduate?

Page 15

1   A.      Yes.
2   Q.      And what degree did you receive?
3   A.      Anthropology, bachelor's of arts.
4   Q.      And did you go further in school?
5   A.      I also spent several years in a Ph.D.
6   program at the University of Pennsylvania.
7   Q.      Okay.  From what years?
8   A.      From 1997 and officially until 2003.
9   Q.      Did you graduate?
10  A.      No, I did not.
11  Q.      Is there any reason that you didn't finish?
12  A.      Well, my financial situation began to get
13  out of control at the time and I also developed an
14  interest in social services.  So I took off time to
15  go into social services.
16  Q.      Okay.  What did you do in social services?
17  A.      I began by doing GED teaching.  Then I
18  began doing 00 teaching for an after-school program.
19  And then I became a school-based case manager and a
20  truancy case manager.  So working with truancy
21  children, children who were in -- court order to
22  attend for truancy.  And --
23  Q.      Sorry to cut you off.  But what company?
24  A.      That was the -- most of that was with

Page 16

1   Congresso de Latinos Unidos.  And then after I was a
2   recess coordinator and an academic coordinator at
3   the Netter Center.  There was a -- Wilson Community
4   School.
5   Q.      What years was that?
6   A.      That was from 2009 to the end of 2011.
7   Q.      And what about with Congresso?
8   A.      I was with Congresso owe from 2006 till
9   2009.
10  Q.      What is your current occupation?
11  A.      I'm currently a combination.  Mostly I am a
12  freelance editor.  I also do journal support --
13  journal submission support.  So I do pre-submission
14  peer reviews and I do journal selection services.  I
15  also do copy editing and substantive editing.
16  Q.      Okay.  Any company specifically?
17  A.      I'm currently working for three companies.
18  One of them was called Enago.
19  Q.      Can you spell that, please?
20  A.      E-N-A-G-O.  They're also known as Crimson
21  Interactive.  I'm also working with Cactus
22  Communications and University proofreading.  And I'm
23  often on -- I also do social media in linguistic
24  annotations for a company call Apin (ph)

Page 17

1   Communications.
2   Q.      How long have you been working for these
3   companies?  Are they all different times?
4           MR. MCCLAM:  Object to form.
5           THE WITNESS:  I was working at
6   Cactus, I believe, late 2013 from late
7   2013.  I started University Proofreading
8   around early -- I believe early -- maybe
9   late 2014.  And Enago, I just began working
10  for them this January.  Apin
11  Communications, I started working for them
12  I believe in either late 2015, maybe early
13  2016.
14  BY MS. FUNG:
15  Q.      Are any of these full-time jobs?
16  A.      No, they're all freelance positions.
17  Q.      Generally about how many hours a week do
18  you work?
19  A.      I probably work about maybe 50 to 60 hours
20  a week right now.
21  Q.      Okay.  What about in 2015?
22  A.      2015 I would say I was probably working
23  about maybe 40 hours a week.  At the time I was
24  still working -- I was working with Cactus.  I was

5 (Pages 14 to 17)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 18

1    working with University Proofreading at the time and
2    I was also working for a company called the
3    Linguistic Data Consortium at UPenn.
4    Q.    How long did you work there?
5    A.    I worked there for about two years.
6    Q.    What did you do there?
7    A.    I annotated various types of linguistic
8    language documents to videos and audio recordings as
9    well as documents to annotate them to basically
10   glean particular terms from those documents.
11   Q.    Prior to and after September of 2015, have
12   the police ever been called out to your home?
13   A.    Yes, they had. Maybe a couple of times
14   before -- maybe once or twice before I can recall
15   them specifically being called to the home.
16   Q.    Why were they called to the home?
17   A.    On one occasion they were called with a
18   custody dispute usually. Actually all the calls I
19   can think of were custody disputes between Mr.
20   Hunter and either one or the other mother of the
21   children.
22   Q.    And what are the mother's names?
23   A.    The first mother's name is the ex-wife,
24   Keeshama Hunter. And the other mother's name of

Page 19

1    Kadir Muhammad is named Cinquetta Muhammad.
2    Q.    So on the two occasions that the police
3    were called out to your home regarding custody
4    disputes, do you know the details surrounding them?
5    A.    One situation was maybe about 10:30, 11:00
6    at night with Khadira. Her mother was actually
7    present with the police at the time. And they
8    knocked on the door and we answered. And he
9    informed us that there was a dispute about what time
10   she should be back. And he asked if -- the
11   policeman asked if Khadira was there. We showed him
12   that she was there. He let us know that the mother
13   was present. And so we brought her out and brought
14   her to her mother.
15          The other incident, I don't really -- I
16   don't recall if they came to the house or if I just
17   called to find out about that. That's the only time
18   before the incident that I specifically remember
19   that they came to the house. There were -- there
20   was another incident after that.
21          One in spring of 2016, the -- Keeshama
22   Hunter had come. She was supposed to have -- there
23   was a first week that she was allowed to have
24   unsupervised custody. And we had concerns about the

Page 20

1    child being with her. So we did not bring her for
2    her supervised custody.
3          So her mother came to our home and grabbed
4    Syriana from the street. She had called the police
5    at the time that she did it, so they arrived with
6    her. That incident ended with Syriana staying with
7    us. And then the last incident was also -- was in
8    2016 and it was -- that would have been May --
9    around May of 2016 just before Kassim came to live
10   with us. His mother had arrived home, I guess, at
11   1:00 a.m. and discovered that Kassim was not home.
12   So police called us and let us know that the mother
13   was saying that we had them, and then they came by
14   the house.
15   Q.    Okay. Have any complaints against the
16   police been filed as a result of any of these
17   incidents?
18   A.    I did not file a formal complaint after the
19   incident with Keeshama Hunter coming to the house,
20   but I did send an e-mail protesting certain aspects
21   of the event, protesting the police report, which
22   had described my husband's clothing inaccurately and
23   protesting the fact that she was there. But no
24   formal complaints for any of those other incidents.

Page 21

1    Q.    To your knowledge, has Mr. Hunter?
2    A.    I don't know.
3    Q.    What is your relationship like with
4    Cinquetta Muhammad?
5    A.    It's neutral. I would say not hostile.
6    Last time I spoke to her we were cordial with each
7    other. We talked about Khadira at time. I'll ask
8    her things -- like if you're going back to school
9    shopping, I'll ask her questions if anything that
10   Khadira needs. I would it's cordial, not warm.
11   Q.    What about in 2015?
12   A.    In 2015 there wasn't really much of a
13   relationship either way. We didn't really -- we
14   still -- we've spoken a couple of times, but it
15   wasn't hostile or cordial. It was just nothing at
16   the time.
17   Q.    And how is Ms. Muhammad's relationship with
18   Mr. Hunter?
19   A.    I don't know that much about it. I haven't
20   seen them interacting very much. The interactions I
21   have seen have been pretty level recently.
22   Q.    What about in 2015?
23                MR. MCCLAM: Object to form.
24                THE WITNESS: I don't recall any

6 (Pages 18 to 21)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 22

1    kind of volatility between the two of them
2    -- between Mr. Hunter and Ms. Muhammad.  I
3    never don't recall like -- I've never see
4    any volatile behaviors between them or any
5    extended arguments.
6    BY MS. FUNG:
7    Q.     Thank you.  And what about -- how is your
8    relationship with Keeshama Hunter?
9    A.     Well, Keeshama Hunter does not -- probably
10   would not let me know because I was very
11   instrumental in the custody situation based on some
12   information that I had about abuse that was
13   happening with the children.  So I did inform the
14   court about that and she knew that it was me who
15   informed them.  And at that point our relationship
16   was not very warm.
17   Q.     Okay.  And when was that?
18   A.     I believe I let them know this maybe late
19   2000- -- maybe 2015 -- late 2015 early -- sometime
20   in 2015.  Definitely some of it happened in 2016.
21   In fact, most of it, I believe -- let me see --
22   yeah.  Early 2016 would have been the time that
23   things went very sour.
24   Q.     Okay.  And how is Ms. Hunter's relationship

Page 23

1    with Mr. Hunter?
2           MR. MCCLAM:  Objection.
3    Foundation.
4           THE WITNESS:  They actually don't
5    have -- she hasn't communicated much with
6    us since we received custody of Kassim in
7    2016.  Every once in a while she sends text
8    messages.  But she hasn't -- we haven't
9    spoken to her or seen her since then.
10   BY MS. FUNG:
11   Q.     What about in 2015?
12   A.     In 2015 they were not friendly, no.
13   Q.     Taking you back to year of 2015, when did
14   you find out that you were pregnant?
15   A.     I found out I was pregnant around the
16   middle of June.  I took a pregnancy test about the
17   second or third week of June of 2015.
18   Q.     And how old were you?
19   A.     I am 45 now.  I was 42 at the time.  Well,
20   nearly 42.  I was actually 41 at the time I
21   discovered I was pregnant, but...
22   Q.     And how far along were you when you found
23   out you were pregnant?
24   A.     Well, I didn't know how far along until

Page 24

1    later.  But it turns out I would have been about
2    five or six weeks pregnant at that time.
3    Q.     And when you say later, do you mean after
4    September -- after --
5    A.     Yeah.  When I went in -- at Mercy Hospital
6    when I had the ultrasound, they let me know the
7    development actually was.
8    Q.     Okay.  And prior to September 13th of 2015,
9    did you have any complications with your pregnancy?
10   A.     No, I had not experienced any problems.
11   Q.     Did you have any spotting?
12   A.     No.
13   Q.     Any bleeding?
14   A.     No.
15   Q.     Did you ever need to seek out medical care
16   or attention?
17   A.     No.
18   Q.     Were you receiving prenatal care?
19   A.     No.
20   Q.     Why weren't you receiving prenatal care?
21   A.     Because I thought that I was still right
22   around the first trimester.  And I had talked to
23   people.  People that I knew felt perfectly
24   comfortable not having prenatal care.  I actually

Page 25

1    know people who have not gone through any of that
2    process.
3           I also knew that I had enough research,
4    enough information on my own to at least take care
5    of nutrition based on my own background and based on
6    my ability to read.  And I felt like -- oh, I also
7    did not have insurance.  So I felt like when I got
8    to my second trimester is when I would seek out
9    prenatal care.
10   Q.     You mentioned a background in nutrition.
11   Can you elaborate on that?
12   A.     I have done nutritional anthropology as
13   part of my osteological background.  A big focus of
14   that is growth and development and nutrition.
15          So from the other side of that, the bone
16   side, you also have to look at living population.
17   So I've taken courses with it and I've also done
18   work with it.  So some of my anthropological work
19   ends up -- ended up tieing in with living
20   populations as well.
21          I also did a lot of nutritional -- in
22   graduate school, mostly was the education and also
23   at work.  When I worked on the African burial
24   ground, and I've been hired to do osteology since

7 (Pages 22 to 25)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 26

1  then.  So what happens is the osteology -- my focus
2  is often on pathology.  So in order to understand
3  the pathologies with nutrition and infection, they
4  infect the bones, you have to be able to see them as
5  they affect living people as well.
6  Q.     And prior to 2015, how many other times
7  were you pregnant?
8  A.     I've been pregnant twice.
9  Q.     And that's prior to 2015 or does that
10 include --
11 A.     Prior to 2015.
12 Q.     And what happened with those pregnancies?
13 A.     I had abortions.
14 Q.     For both of them?
15 A.     Yes.
16 Q.     And when were you -- what were the two
17 times a year?
18 A.     It was 1997 when I first arrived here -- a
19 few months after I arrived here.  And then in 2011 I
20 had an abortion.
21 Q.     Okay.  So no miscarriage history prior to
22 this?
23 A.     No, I had never had a miscarriage.
24 Q.     Was Mr. Hunter the father of the child in

Page 27

1  2011?
2  A.     No.
3  Q.     Okay.  For the other two pregnancies, did
4  you ever receive prenatal care for them?
5  A.     No.
6  Q.     Prior to September 2015, were you under the
7  care of a primary care physician?
8  A.     Not at the time, no.
9  Q.     During your pregnancy in 2015, did you use
10 recreational drugs?
11 A.     I did occasionally use marijuana.
12 Q.     Did you have prescription for marijuana?
13 A.     No, I did not.
14 Q.     How often were you using marijuana?
15 A.     I would say every few days.  I would say on
16 occasion because -- yeah, on occasion.  Not every
17 day, but I -- at least four or five times a week
18 though.
19 Q.     And how often per day out of those four to
20 five times per week?
21 A.     It was usually at night.  I would usually
22 take one -- like two or three puffs, two or three
23 puffs at times when I felt a little nauseated or --
24 usually if I just felt a little nauseated or had

Page 28

1  difficulty getting my appetite going.  Because of
2  nausea I might take a couple of puffs.
3         At night I would take a couple of puffs to
4  relax.  I never smoke like a whole thing at a time.
5  So usually one or two puffs at a time.  Mostly at
6  night, though.
7  Q.     So when you say puffs, you mean -- is it a
8  blunt?
9  A.     It would be a blunt.  And literally take a
10 puff, take a puff, maybe a third puff.
11 Q.     For about how long?
12 A.     I would say each -- any smoking session
13 would take no more than maybe two minutes.  One or
14 two minutes.
15 Q.     Okay.  And were you smoking alone?
16 A.     Most of the time.
17 Q.     And the other times, who were you smoking
18 with?
19 A.     My husband.
20 Q.     Where were the children when you were
21 smoking?
22 A.     Never home.  At night they usually they
23 would be in bed.  Other times they might not -- they
24 wouldn't be home, they'd be out during the day.  If

Page 29

1  they were at school, I might take a puff.  During
2  the summer, usually just waited until nighttime
3  because obviously you don't want to do anything
4  during the day.
5  Q.     Okay.  So it would mostly take place in
6  your bedroom?
7  A.     Yes.  Oh, always in the bedroom.
8  Q.     Okay.  And during your pregnancy in 2015,
9  were you still smoking cigarettes?
10 A.     No, I did not.  I was smoking in May, but
11 when I got the pregnancy test I stopped.  I was
12 smoking about maybe two to three cigarettes a day at
13 the time.  So when I got the actual positive
14 pregnancy test I stopped smoking.
15 Q.     Okay.  Just cold turkey?
16 A.     Yeah.
17 Q.     Was it difficult to stop smoking?
18 A.     Yeah, but I had done it before.
19 Q.     What did you do help assist with dealing
20 with cravings?
21 A.     I have something that's called -- I call it
22 -- it's a Tweapa.  It's an African chewing stick.
23 And basically it -- I chewed the hell out of those
24 -- I just chewed those basically.

8 (Pages 26 to 29)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 30

1    Q.    Can you say that again?
2    A.    I call it -- people call it African chewing
3    stick. It's called Tweapa. It's T-W -- I guess
4    it's an E in this language, A-P-A. And it has, you
5    know, just natural -- it's just a natural
6    toothbrush, like an African toothbrush, but the
7    chewing made me feel better at the time.
8    Q.    Does it have anything in it medicinal?
9    A.    No, there's nothing medicinal in it.
10   Q.    And during your pregnancy in 2015, were you
11   using alcohol?
12   A.    No. No.
13   Q.    Prior to --
14   A.    No. Might have had like maybe a glass of
15   wine once in a while, but there was no regular
16   drinking at all.
17         MR. MCCLAM:  Make sure you let
18   her finish her question before you jump in
19   there.
20         THE WITNESS:  I apologize.
21   BY MS. FUNG:
22   Q.    And when you say a glass of wine here or
23   there, was that during your pregnancy?
24   A.    Oh, no. I can't even -- I couldn't even

Page 31

1    have remembered -- maybe New Year's would have been
2    the last time I would have had something to drink.
3    I just don't drink a lot. It might have been New
4    Year's Day.
5         I didn't recall -- definitely not during my
6    pregnancy. I just don't drink often enough to have
7    any kind of basis for that. But I know I wouldn't
8    have drunk during the pregnancy. It would have been
9    before that. I specifically remember wondering
10   about that.
11   Q.    And what about after the pregnancy, how was
12   your alcohol use?
13   A.    I don't drink very much now. We don't have
14   any alcohol in the house now. We generally don't
15   keep alcohol in the house. Once in a while
16   Mr. Hunter might buy a six pack of Corona. And that
17   usually lasts us about a good month or so.
18   Q.    Why do you generally not have alcohol in
19   the home?
20   A.    I guess because kids don't really like --
21   like even the times we've had, like, Coronas the
22   kids think it's kind of funny. And I think alcohol
23   -- just not interested in -- just not big drinkers,
24   I guess. That's the only thing I can tell you.

Page 32

1    Q.    So have you ever had a drinking issue?
2    A.    I would say that I drank too much when I
3    was working in social services. I was not -- no one
4    else said that I did, but I would say that I did.
5    Q.    And why do you say that?
6    A.    Because whenever -- when I got home at
7    night a lot of times I would drink.
8    Q.    Like how much?
9    A.    Maybe -- at least three -- maybe three,
10   four shots -- three or four drinks at night when I
11   would come home from social services.
12   Q.    What time period is that?
13   A.    More like around -- I guess towards the
14   end, like maybe 2010/2011.
15   Q.    And you'd have three to four shots of what?
16   A.    Usually hard liquor. Some kind of hard
17   liquor don't remember. Usually vodka.
18   Q.    And any point after 2015, did you ever have
19   a doctor discuss your alcohol usage with you?
20   A.    No. Not in that matter. I discussed it
21   with my therapist in terms of my past. They wanted
22   to know if I had ever had an issue, so I let them
23   know about that in the past. But since then, I've
24   never had a discuss it with me in that manner , no.

Page 33

1    Q.    And what therapist are you referring to?
2    A.    When I first started meeting with Zixuan
3    Wang. Before then, the psychiatrist who's name I
4    can't -- Mr. Hon (ph) -- Dr. Hon, I informed them of
5    my behaviors. And prior to that in December of 2017
6    I had like a biopsychosocial at the same hospital --
7    at Penn Hospital and I discussed my past behaviors
8    with them.
9    Q.    Okay. And did they make any
10   recommendations for you?
11   A.    No, because I wasn't drinking at the time.
12   We talked about marijuana use and they wanted me to
13   take medication instead of using marijuana. We
14   never really discussed alcohol because I wasn't
15   drinking at the time.
16   Q.    Why did they suggest taking medication as
17   opposed to marijuana?
18         MR. MCCLAM:  Object to form.
19         THE WITNESS:  He asked me -- he
20   thought that it might help me feel less
21   depressed.
22   BY MS. FUNG:
23   Q.    Okay. Did you tell the doctor you were
24   using marijuana to help treat depression?

9 (Pages 30 to 33)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 34

1    A.    No.
2    Q.    Okay.  Did you ever receive any treatment
3    for smoking cigarettes?
4    A.    Not treatment, no.  I did meet with my
5    doctor.  We've met -- I met with my doctor and went
6    on a plan and she gave me patches, so I guess that
7    is treatment, yes.
8    Q.    What doctor?
9    A.    Dr. Bonnie Van Uitert.
10   Q.    And did the patches help?
11   A.    Yeah, the patches were okay.  I actually
12   did better -- I've done better going cold turkey in
13   some ways because it's better just to not have
14   anything.
15   Q.    So you didn't find the patches were better
16   than the African chewing stick?
17   A.    No.  I prefer the chewing sticks.  I would
18   actually chew on the sticks anyway with the patch
19   anyway.  I just -- the patch -- the sticks I think
20   is just more for an oral motion I think.  I don't
21   think it really is about nicotine.
22   Q.    Were you smoking cigarettes during any of
23   your other pregnancies?
24   A.    I'm certain that I was in 1997.  I had no

Page 35

1    intention of completing that pregnancy.
2    Q.    Okay.  And what about marijuana?
3    A.    1997 I probably would not -- I had just
4    moved to the area, so I wouldn't have had any
5    marijuana.  I wouldn't have known where to get it.
6    Q.    What about in 2011?
7    A.    2011, I'm sure that I was.
8    Q.    And were you using alcohol during either of
9    those pregnancy?
10   A.    2011 I was drinking, not heavily at the
11   time, but I was drinking, yeah.  Not as extreme as
12   -- towards the end of my social services, but I was
13   drinking, yeah.  There was alcohol consumed for
14   sure.
15   Q.    To your knowledge, does Mr. Hunter use any
16   recreational drugs?
17   A.    I know that he smokes marijuana.
18   Q.    Anything else?
19   A.    No, he doesn't do anything else.
20   Q.    What about drinking?
21   A.    He rarely drinks.
22   Q.    What about smoking cigarettes?
23   A.    No, he does not smoke cigarettes.
24   Q.    Taking you to the day of September 13th of

Page 36

1    2015, can you tell me about your day?
2    A.    Well, September 13th is Syriana's birthday.
3    So most of the day was surrounded with that.  We got
4    her a cake.  That was her first -- that was her
5    first birthday with us because she had arrived in
6    October of 2014.  So it was her first day birthday.
7         We bought her some presents -- lots of
8    present, got her a cake, got some decorations.
9    There were a couple little girls on the block that
10   she was friendly with.  We allowed them to come in
11   and they sang happy birthday with us and cut the
12   cake, had some cake, then they left.  Then we
13   relaxed at home.
14        Eventually Syriana and her sister went to
15   bed.  And after that they were -- they would have
16   been in bed for some time.  Then around midnight we
17   started hearing -- well, actually before midnight
18   there were text exchanged, maybe about 9:30, 10:00
19   between Cinquetta Muhammad and Darus.  This has
20   happened before.
21        She said, What time are you going to bring
22   Khadira back in the text.  I recall that.  He said
23   we have no school tomorrow, so I don't need to bring
24   her back till tomorrow.  I think she said, No, there

Page 37

1    is.  I don't think that's true.  He said, Yes, it
2    is.
3         That was the extent of the text messages.
4    Then later that night, around 12:00, we started
5    hearing this noise on the door.
6    Q.    Ms. Shujaa, I apologize for interrupting
7    you.  I just want to kind of flush out during your
8    day and then we'll get to what I'll call the
9    incident.
10   A.    Okay.
11   Q.    So you mentioned that there was a birthday
12   party.  You had a bunch of friends over the house.
13   Around what time -- how long did the birthday party
14   occur and from what time?
15   A.    The birthday party would have been around
16   maybe 6:00 to maybe 7:00.  It wasn't a party per se.
17   It was just -- we were barbecuing and celebrating
18   and spilling out of the house, Oh, it's her
19   birthday.  She's playing outside.  Other girls --
20   two other girls that she was friendly with.  One of
21   them is closer to Khadira's age.  One is closer to
22   her age.
23        They had been friendly, so they were
24   playing together.  And then when we got the cake, we

10 (Pages 34 to 37)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 38

1   invited those two little girls over.  That would
2   have all been extended between maybe 4:30 to 7:30 to
3   8:00.
4   Q.      And around what time did the kids go to
5   sleep?
6   A.      Probably around 9:30, 10:00.
7            (Wherefore, a knock on the door
8   occurred.)
9            MS. FUNG:  Off the record.
10            (Whereupon, a discussion was held
11   off the record.)
12   BY MS. FUNG:
13   Q.      So prior to the birthday party that
14   occurred around 6:0 0 p.m., what did you do prior to
15   that?
16   A.      Most of the day we would have been
17   preparing, cooking, spending time with her.  Yeah,
18   it was pretty much Syriana day.  Spending a lot of
19   time with her that day, preparing food, giving her
20   presents, supervising them, taking them to the
21   playground across the street.  That's all I really
22   remember for the day and preparing for the
23   celebration.
24   Q.      How were you feeling that day?

Page 39

1   A.      I was feeling good.  It was a good day.
2   Q.      You were feeling well physically and
3   emotionally?
4   A.      Yes, I was.
5   Q.      You mentioned that there -- there was a
6   text exchange between Ms. Muhammad and Mr. Hunter?
7   A.      Yes.
8   Q.      Around what time did that begin?
9   A.      I believe it -- I don't have it -- I don't
10   recall completely, but I believe it was around maybe
11   9:00 to 9:30 that night.
12   Q.      And about how long did it continue?
13   A.      Maybe -- not very long.  Maybe -- I only
14   saw -- I saw two texts from her and two from him.
15   Both of -- her first one was, What time are you
16   bringing her over?  The other one I saw was, No, I
17   think she does have school tomorrow.  And his
18   statement was, I don't have to bring her till
19   Monday.
20            And I remember him being really succinct
21   saying, Oh, yes, she does.  It was a like a no, you
22   don't, yes, she does kind of thing.  And I don't --
23   I didn't see any other communications between, but I
24   did see at least two from her and a couple -- like

Page 40

1   his responses.
2   Q.      Okay.  So you would say 10, 15 minutes
3   interaction?
4   A.      Maybe half an hour with the amount of time
5   that text take to go back and forth.
6   Q.      Did they ever talk on the phone that day?
7   A.      Not that i --
8            OBJECTING ATTORNEY:  Object to
9   form.
10            THE WITNESS:  I don't know.  I
11   don't know if they did.
12   BY MS. FUNG:
13   Q.      How many bedrooms are in your home that's
14   located at 1242 South 51st Street?
15   A.      There was our bedroom in the back, there
16   was a bedroom in the middle and then the girls
17   tended to sleep up front.  So three -- we set it up
18   to three bedrooms.
19   Q.      How many stories?
20   A.      One floor.
21   Q.      So all of the bedrooms were on the first
22   floor?
23   A.      Yeah.
24   Q.      How many bathrooms are there?

Page 41

1   A.      There was one bathroom.
2   Q.      Can you draw a quick sketch for me of your
3   layout of your first floor?
4   A.      (Witness complies.)
5            MS. FUNG:  I'm going to mark this
6   as Shujaa-1.
7            (Whereupon, Shujaa-1 was marked
8   for identification.)
9   BY MS. FUNG:
10   Q.      And in this diagram, can you show me where
11   the phones are located?
12   A.      (Witness complies.)
13   Q.      Is there one phone in the house?
14   A.      There was one landline.
15   Q.      Is it a wall -- is it mounted to the wall
16   or is it --
17   A.      It was a cordless phone and it was seated
18   -- it was -- the hook was on the media stand -- on
19   the TV stand in the living room.
20   Q.      Okay.  So you're saying it was a cordless
21   phone?
22   A.      Yes.
23   Q.      Okay.  So you have the front door here and
24   here (indicating) --

11 (Pages 38 to 41)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 42

1    A.      These are the front windows.  Here's the
2    front door (indicating).
3    Q.      Oh, the front door is here (indicating)?
4    A.      Mm-hmm.
5         MR. MCCLAM:  Is there one window
6    or two windows?
7         THE WITNESS:  I believe -- I
8    thought it was two windows, but I keep
9    looking at -- it's just one window.  So
10   it's just a very big window.
11   BY MS. FUNG:
12   Q.      So the front door is here (indicating).
13   Entering from the street, you'd walk to the front
14   door here (indicating)?
15   A.      Mm-hmm.
16   Q.      These are -- you have cots labeled here?
17   A.      Mm-hmm.  And this is the doorway to the
18   kitchen (indicating).
19   Q.      Okay.  So you enter through the front door
20   and you had the cots in the -- is this the living
21   room area?
22   A.      Yes.
23   Q.      And that's where who was sleeping?
24   A.      Syriana and Khadira were sleeping there.

Page 43

1         MR. MCCLAM:  Just so we're on --
2    we're not on video, so when you're saying
3    here and you're pointing to go things,
4    let's use nouns and be clear.
5         THE WITNESS:  They were sleeping
6    on these cots on this side of the -- near
7    the -- yeah, on this side -- on the side
8    away from the door in the living room
9    (indicating).
10   BY MS. FUNG:
11   Q.      And then is through the living room there's
12   a doorway leading to the kitchen?
13   A.      Yes.
14   Q.      And then where's the door from the kitchen
15   to the bedroom?
16   A.      Here's the doorway (indicating).  And to be
17   honest, the bathroom should be on this side
18   (indicating).  I apologize.
19   Q.      Where is -- is there a hallway leading from
20   the bedroom of Darus, Jr. to yours?
21   A.      Yes, because there -- this bathroom is
22   actually more like -- it's really more towards the
23   rear.
24   Q.      Can you just label where the hallway would

Page 44

1    be?
2    A.      This would be the hallway (indicating).
3    Q.      Okay.  And can you just label this, that
4    this is yours and Mr. Hunter's bedroom, if it is?
5    A.      (Witness complies.)
6    Q.      Okay.  So later that night on September 13,
7    2015 into September 14, 2015 two officers arrived at
8    your home at some point?
9    A.      Yes.
10   Q.      Okay.  And do you know the officers name?
11   A.      I did not know them at the time.  I know
12   their names now.  Officer Schutte and Officer
13   Navedo.
14   Q.      Okay.  And there were only two officers who
15   came out to your home?
16   A.      Yes.
17   Q.      Tell me what happened -- sorry.  Strike
18   that.
19        How did you find out officers were at your
20   home?
21   A.      I heard a lot of loud noises, a lot of loud
22   banging on the door.  It seemed like it had been
23   going on.  It took a moment for it to register
24   because I was in bed.  I said, Oh, is someone -- I

Page 45

1    asked, Oh, is someone knocking on the door?  I think
2    someone's knocking on the door.
3         And then the two us of, my husband and I
4    walked up to the front to see what was going on.
5    When we got up there -- when I got up there --
6    Mr. Hunter was very close to me.  When I first got
7    there I saw the two officers standing just past the
8    doorway.  I saw Nadeer standing in the door -- like
9    just behind the door.  The officers were more over
10   to this side (indicating), not very far from him.
11   Q.      Sorry.  Can you just -- when you're
12   talking --
13   A.      Oh, yes.  I apologize.  The officers were
14   standing a little bit to -- from my vantage point to
15   the left of Nadeer.  Nadeer was standing very close
16   to the front door.
17        The officers were standing just slightly
18   from my vantage point to the left of Nadeer holding
19   their lights out on the cots -- shining their lights
20   on the girls's cots in the living room.
21   Q.      Sorry, Ms. Shujaa.  Since we have this
22   picture that you drew, can you possibly say, you
23   know, the officer was around this and say what that
24   area is or -- just so we can follow along when we're

12 (Pages 42 to 45)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 46

1   looking at the --
2          MR. MCCLAM:  We can note for the
3   record that she drew a circle to say where
4   Nadeer was and an arrow to show where the
5   officers were on Shujaa-1.
6          THE WITNESS:  So Darus, Jr. was
7   just behind the front door, maybe about a
8   couple -- maybe a foot and a half behind,
9   like, the threshold.  The officers were to
10  his -- from my vantage point, they were to
11  his left.
12         And they were to his left maybe
13  closer to -- close to the area of the front
14  window.  This drawing is not to scale.
15  They were close to the front window.  So --
16  and then the girls's cots were a couple of
17  feet away from them.  So they were holding
18  their cots -- their lights, as I recall,
19  the angle was like -- angle like maybe it
20  was about a 45 degree angle that they were
21  holding the lights on the girls when I
22  arrived to the front.  That did not last
23  very long.
24  BY MS. FUNG:

Page 47

1   Q.      So that the point you're saying -- you're
2   indicating that the officers were inside of the
3   home?
4   A.      Yes.
5   Q.      And they were by the cots of -- in the cots
6   -- near the cots in your living room?
7   A.      Yes.  They were midway between the front
8   door and the cots.
9   Q.      Do you know who let the officers in the
10  home?
11  A.      When I got to the door, the way that Nadeer
12  -- Nadeer was standing with his hand near the door.
13  He had on his shorts and his t-shirt, his night
14  clothes and he was just -- had his mouth open and
15  his hand was still on the doorknob when I got there.
16  The door was open.
17  Q.      So you saw Nadeer with his hand on the
18  doorknob, but you're not sure who let the officers
19  in?
20  A.      I'm assuming that it was him don't.  I
21  don't know because the girls were asleep.  The girls
22  were still in their cots, Mr. Hunter was with me.
23  So he was the only one who could have let them in.
24  Q.      Okay.  So you said the officers were

Page 48

1   signing their flashlights at the cots where the
2   children were sleeping?
3   A.      Yes.
4   Q.      And they were still sleeping?
5   A.      They were stirring.  I didn't see their
6   eyes like opening up wide at that time, but I could
7   see them kind of blinking and stirring a little bit.
8   Kind of moved very fast because as soon as we got up
9   there, Mr. Hunter walked them out of the door.
10         So after he had walked them out of the
11  door, they were kind of stirring, but then they were
12  mostly putting their pillows over their heads and
13  doing things like that when they first arrived.
14  Q.      So you mentioned the officers were flashing
15  -- or pointing their flashlights in the direction of
16  the children sleeping, but then you mentioned
17  Mr. Hunter walked them out.  Can you describe that
18  more?
19  A.      Well, we're walking up.  So what I'm
20  describing to you is a tableau as it looked when I
21  first arrived.  And then Mr. Hunter sees what's
22  happening, he's right behind me.  And he moves past
23  me and walks them out of the door.
24  Q.      How much time in between you leaving from

Page 49

1   your bedroom to making it over to the living room
2   and seeing the officer shining their lights to
3   Mr. Hunter taking the officers out on the porch?
4   A.      Not very long.  It literally -- maybe -- I
5   don't recall seeing that happening for very long.
6   Mr. Hunter almost immediately came behind me and
7   started walking them towards the door.  So they
8   wouldn't have -- maybe no more -- from -- going from
9   the back to the front, I would say the whole process
10  would have been about 30 seconds.
11  Q.      And was any of them speaking to each other?
12  Did you hear anything?
13  A.      I don't recall hearing too much at the time
14  when I -- I don't recall -- I remember hearing some
15  speaking, but I don't recall what was said at the
16  time immediately until he had walked them outside.
17  I remember him saying, Oh, what's going on? Let's
18  go on outside.
19  Q.      Who is he?
20  A.      Mr. Hunter said, Oh, what's going on?
21  Let's go on outside.  And he made a motion with his
22  hand to kind of usher them outside.  And they
23  immediately walked with him to just outside the
24  front door.

13 (Pages 46 to 49)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 50

1    Q.    Did you say anything to the officers when
2  you first noticed them shining lights at the cots?
3    A.    Not at first.  I don't recall saying
4  anything to them immediately.  I recall speaking to
5  them once.  They were outside and he was -- I heard
6  what they were saying to him.
7    Q.    So the officers were shining their lights
8  at the cots and you walk into the room and you see
9  officers doing this.  The officers aren't saying
10 anything, they're just shining their lights at the
11 cots?  Can you --
12   A.    Like, Oh -- you know, I just don't remember
13 any exact words that were said.  I remember, you
14 know, them saying is everything okay, you know, is
15 she okay.  I remembered something like that, but I
16 don't want to be on oath and say that I remember
17 exact words that I don't remember.
18        I know that they were speaking, but I just
19 don't remember exactly what they were saying.  I
20 remember asking -- you know, asking if -- I remember
21 specifically is she okay very briefly.  But they
22 weren't in the house very long from what I -- I did
23 not see them in the house for very long.
24   Q.    Who was saying "is she okay"?  Which

Page 51

1  officer?
2    A.    I can't -- I can't remember which one it
3  was.  I just remember seeing -- I just hearing
4  someone saying.  I wasn't looking at them when I
5  heard.  I was just hearing low talking as I'm
6  walking to the front.
7    Q.    Who were the officers speaking to and
8  asking is she okay?
9    A.    Well, at one point they were speaking with
10 Darus Nadeer.  And he was just kind of -- like when
11 they first were there, they were kind of speaking to
12 him and he obviously doesn't respond.  I heard him
13 say -- he has a way that he -- he'll say okay.  And
14 I heard him say okay once from the kitchen.  Like
15 okay.  And that was about it.
16        So they were asking -- they were kind of
17 turning the light and then one of them is like
18 looking back at him too.  And then Mr. Hunter came
19 right away, though.  It didn't last very long.
20   Q.    Were both the officers in your home?
21   A.    Yes.  At first, yes.
22   Q.    How are Darus, Jr.'s mobile abilities?  How
23 would you describe them?
24   A.    He doesn't have any problems with his

Page 52

1  mobility that I understand.
2    Q.    Or motor functions?
3    A.    No.  His motor functions are pretty normal.
4    Q.    So you mentioned at some point Mr. Hunter
5  walks with the officers to the porch?
6    A.    Mm-hmm.
7    Q.    What happens at that point?
8    A.    At that point I hear them speaking with
9  him.  They're saying he -- I hear him arguing, But
10 there's no school tomorrow.  So I asked them what
11 was going on.  They said, This is a custody matter.
12 We're here -- the mother said that you guys have her
13 and there's no -- and that she has to go home
14 because there's school tomorrow.
15        I stated, That's not true.  And I was
16 irate.  I stated, That is not true.  These people --
17 or something like that -- these people are always
18 saying things, but we know -- we have custody order.
19 I will go and get the custody order for you.
20        That's when I had -- I believe I had done
21 that -- not at night, but another time.  So I went
22 to the back.  I said, I'll just go get the custody
23 order for you.  That took me a minute or two to
24 actually find it.  And then I brought them the

Page 53

1  custody order.
2        Mr. Hunter was still talking with them on
3  the porch when I returned up there.  And they did
4  take the custody order and start looking at it.
5    Q.    And what were you wearing that night?
6    A.    I was wearing a loose dress gown.  A very
7  loose kind of like sun -- very loose sun dress gown.
8  I guess it tied up there, but it was a very loose
9  dress.
10   Q.    So was it clear that you were pregnant with
11 the gown that you were wearing?
12   A.    I don't know.  I would think that it was,
13 but it was clear -- that's such an objective
14 statement for me to say.  I don't know.  I don't
15 know if it was clear.  I know it was very loose
16 material.  I don't know how clear it would be to
17 other people.
18   Q.    Were you showing at this point?
19   A.    I was showing.  I had a belly at the time,
20 but with the clothes that I was wearing, I'm not
21 sure if it would have been as obvious.
22   Q.    And how were the officers behaving at this
23 point when they're on the porch speaking with
24 Mr. Hunter and yourself?

14 (Pages 50 to 53)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 54

1    A.    Well, I was not on the porch with them very
2  -- they seemed amused to me.  There was a lot of --
3  there was some laughing and smiling.  Well, he was
4  sharing with me that it's not a big deal that once I
5  had the custody order that this should be resolved.
6    Q.    When you say "he," just for the record, can
7  you say who you're referring to?
8    A.    One of the officers who -- he was balding.
9  I don't know which -- I can't tell you -- I don't
10 know, but no one has broken down the exact --
11   Q.    Nationality or anything?
12   A.    The one was white.  He was a white man.
13 There was one who was more -- I'm assuming that was
14 Navedo who had his eye -- he was darker and his eyes
15 were not -- he didn't look Caucasian to me.  And the
16 other one looked Caucasian.
17        The Caucasian one was doing the most of the
18 talking.  That was most of the interactions that I
19 recall was with the Caucasian.  I don't remember the
20 other one who looked more Latino to me.  I don't
21 recall him saying anything much.  I just recall the
22 white one speaking the most.
23   Q.    Okay.  And was there any yelling or
24 screaming occurring?

Page 55

1    A.    I know that I raised my voice saying "I
2  don't know why you're here late at night."  I don't
3  recall Mr. Hunter having his voice raised at that
4  time, no.
5        In fact, Mr. Hunter was standing with his
6  hands clasped in front of him and they there --
7  there was an officer on each side of him.  And he
8  was just kind of standing there waiting.  And then
9  when I brought the custody order, I made a couple of
10 comments -- I said loudly, I don't understand why
11 you're here this late at night.  We know that she
12 knows there's school tomorrow.  But there was no
13 cursing at that time, no.
14   Q.    So at this point the officers had explained
15 why they were at the home?
16   A.    Yeah, they explained why they were there.
17   Q.    Who did they explain it to?
18   A.    They explained to Mr. Hunter and they
19 explained it to me.
20   Q.    Okay.  And what was you are understanding
21 of why they were at your home?
22   A.    My understanding was that they were there
23 because there was a custody dispute and there was a
24 disagreement over whether or not Khadira should be

Page 56

1  taken home that night or on Monday.
2    Q.    Okay.  And at some point you said you
3  retrieved the custody documentation?
4    A.    That's correct.
5    Q.    And who did you give it to?  Which officer?
6    A.    I'm not sure which one I handed -- I just
7  handed it out.  I believe the white one took it from
8  me.  Most of my -- all of my interactions that I
9  remember were with the white one.  I don't recall
10 actually anything being even stated from the other
11 person.  He was very -- more passive.  I interacted
12 with the white officer.
13   Q.    And what happened after you showed them the
14 custody documentation?
15   A.    Well, he was laughing some more.  I went
16 back in.  I was -- I was starting to feel hyper, so
17 I just said, Well, now that they have the paperwork
18 Mr. Hunter can handle it.  So the next thing I knew
19 that -- he came in and said they were gone, but he
20 said that he was going to make a complaint and to
21 give him the phone so he could start making calls.
22   Q.    And he is Mr. Hunter?
23   A.    Mr. Hunter said that.
24   Q.    Okay.  And when you mentioned you were

Page 57

1  speaking with the white officer, who I'll say is
2  Officer Schutte, you said he was laughing.  What was
3  he laughing at?
4    A.    He was laughing because -- I don't know
5  what he was laughing at.  I know that he was
6  laughing while I was speaking.  And he was saying
7  that it shouldn't be a big deal -- that the issue --
8  that him being there and the matter was not a big
9  deal.  But I don't -- I can't tell you what he was
10 laughing at.
11   Q.    When you say "the matter," do you mean him
12 coming to --
13   A.    Him coming to the house and the custody
14 dispute.  He said that once I had the papers, that
15 there should be no problem.
16   Q.    Okay.  And why were you upset with the
17 officers responding to the custody dispute?
18   A.    I was upset, A, because there was paperwork
19 stating that she did not have school -- if there was
20 no school on Monday, she did not have to go.  I was
21 also upset because prior to then there had been
22 other interactions with the police.
23        The year before Mr. Hunter had -- there had
24 been issues where other people -- the women were not

15 (Pages 54 to 57)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 58

1    following their part of the custody agreement and no
2    one ever went to their houses to do anything when we
3    called them.
4            And I was also upset because I did not
5    understand why they would want about there at midnight
6    when children had school the next day.  It didn't
7    make sense to me.
8    Q.     So in September of 2015 is it fair to say
9    you were frustrated with officers?
10   A.     I was -- no, that's a very general
11   statement.  You said with officers?
12   Q.     Police officers.  You mentioned that you
13   were -- when I asked you why you were upset with
14   officers coming out to your home you mentioned that
15   in the past you had called officers regarding your
16   issues or custody disputes and they never responded
17   and were you frustrated with officers?
18   A.     No, not in general because those officers
19   that I spoke with explained to me why they couldn't
20   do what they could do.  And I can't judge a whole
21   group of people based on a couple of incidents.  We
22   handled the situation with the custody issue by
23   demonstrating at least in the one case that the
24   mother was not -- she was abusing the children.

Page 59

1            The other case, you know, we figured we
2    would handle that in court like we were told to do.
3    We were told it was a civil matter, so let's handle
4    it that way.  I didn't see any reason to be
5    frustrated with police officers.
6    Q.     Okay.  But on this particular night you
7    were frustrated with officers?
8    A.     I was frustrated with the officers who were
9    at my home, yes.
10   Q.     Okay.  At this point what did the officers
11   do that you felt warranted a complaint being called
12   in?
13          MR. MCCLAM:  Object to form.
14          THE WITNESS:  I objected -- like
15   I said, first I objected to them arriving
16   at midnight.  It did not make sense to me
17   that you would arrive at someone's house at
18   midnight if no one is accused of being in
19   danger.
20          I knew they custody November --
21   coming up in November.  It did not seem
22   sincere to me that you were interested in
23   returning a child home when I knew they had
24   been arguing hours earlier and it was after

Page 60

1    midnight.  It didn't make sense to me that
2    they would want to be there to deal with
3    someone who is seven or eight years old and
4    get her out of bed at midnight.
5            It just didn't make sense.  I
6    thought that that was -- I felt that it was
7    a form of harassment.  I was irritated.
8    Everyone was in bed and we felt -- and they
9    were in my home.  I didn't understand why
10   they were in my home at all.
11          Anyone can tell that Nadeer is
12   severe autistic especially at the time.  He
13   was barely verbal at all and I felt like
14   they were abusing the situation.  You know,
15   I was also frustrated -- they weren't only
16   the people I would have been frustrated,
17   not just the officers at my house.  But I
18   didn't think they should be there that
19   late.
20   BY MS. FUNG:
21   Q.     Who else were you frustrated with?
22   A.     I was frustrated with the people who had
23   called the police.  You know, at the time I didn't
24   understand -- yeah, there was a lot of that

Page 61

1    happening at the time.  There were attempts to get
2    in court before then.  There had been attempts to
3    get restraining orders based on spurious
4    information.
5            If I witnessed something and I know that
6    it's not correct, then I have -- I know it's
7    happening.  I knew that it was midnight and I didn't
8    understand if anybody really wanted their children
9    to be in bed and safe for the next day why any of
10   this would be going on this late.
11          I assumed that she might have called them
12   late at night.  So that was part of the frustration
13   too because I felt like that wasn't a sincere effort
14   if she was calling them that late.
15   Q.     So if Ms. Muhammad is the one who called
16   the officers out to your house, why were you
17   frustrated with the officers for doing their job?
18          MR. MCCLAM:  Object to form.
19          THE WITNESS:  Because I know that
20   sometimes people doing their job is a
21   matter of discretion.  I believe at the
22   time that they did not have to come as late
23   as they did.
24          I believed that -- for example,

16 (Pages 58 to 61)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 62

1    when I had asked them about the same issues
2    independently, I had been told that this
3    was a civil matter and that because there
4    was a court date that it should be handled
5    in civil court.
6            I did not understand -- I know if
7    I went to a police officer and I said I
8    lent this person and some money they did
9    not return this money they're not going to
10   go to the house and get that money.
11   They're going to tell me to sue that person
12   in small claims court.
13           I did not understand why the
14   police made it their business to interfere
15   in what was a civil matter.
16   BY MS. FUNG:
17   Q.     So if you were to find out that the
18   officers had a duty to investigate any custody
19   dispute, would you have felt it was still improper
20   for the officers to come out?
21           MR. MCCLAM:  Object to the form.
22   Incomplete hypothetical.  You can answer.
23           THE WITNESS:  No, I would not.
24   And -- no, I would not.  If I knew that

Page 63

1    that was part of their procedure and they
2    had to absolutely come out on every call,
3    then, no, I could not object to it.
4            And that night, yeah, I objected
5    more.  I spoke more about women to the
6    police officers than about officers.  When
7    I spoke to the officers, I spoke directly
8    about the mothers's actions at the time.
9    My feelings were not the same as
10   Mr. Hunter's.
11   BY MS. FUNG:
12   Q.     Can you explain what you mean by that?
13   A.     Well, Mr. Hunter chose -- asked to make the
14   complaint to the police.  I did not.  I spoke to the
15   police officers and I said I think it's ridiculous
16   that these women are calling and sending you over
17   here at night.  And that was our interaction at the
18   time.
19           I didn't like the fact that they were in my
20   house.  I do object to that.  I saw no reason for
21   them to be in the house -- be allowed in, like I
22   said, with some who is barely verbal.  So I objected
23   to them being in the house and so I supported his
24   interest in complaining.

Page 64

1            But, no, I was not interested in
2    complaining because they came to the house per se,
3    no, because I didn't know what the mother would have
4    said to them.
5    Q.     Thank you.  So after you give the custody
6    documentations to the officer and they review it,
7    what happened after that?
8    A.     They left at the time.  Mr. Hunter was
9    angry and he said, I'm going to start making some
10   phone calls right now.  I'm going to complain right
11   now.
12           So he began to do that.  He went and fixed
13   the kitchen and started making phone calls.  I
14   stayed in the kitchen for a brief moment and then I
15   just figured that it was over, so I went to the
16   bedroom again.
17   Q.     Okay.  And then what happened?
18   A.     Maybe Mr. Hunter was on the phone for a
19   while, back and forth then.  And maybe about 20
20   minutes to -- maybe 20, 25 minutes later I heard
21   more banging on the door.
22   Q.     So actually I meant to ask you, the first
23   time that you mentioned the officers came out to
24   your home, about how long were they at your home

Page 65

1    total?
2    A.     It didn't seem like they -- maybe five
3    minutes at most.
4    Q.     And at that time, do you feel the officers
5    felt the situation was resolved?
6            MR. MCCLAM:  Object to form.
7    Calls for speculation.
8            THE WITNESS:  When they left they
9    said everything was fine because they had
10   seen the paperwork.
11   BY MS. FUNG:
12   Q.     Thank you.  Okay.  So you said Mr. Hunter
13   called in a complaint about 20 to 25 minutes.  What
14   happened?
15   A.     There was another banging on the door.
16   More banging on the door.
17   Q.     And then what happened?
18   A.     Mr. Hunter was -- I think he was either --
19   I don't know if he was on the phone.  I'm not sure
20   what he was doing.  I was in the kitchen.  I went
21   to the door to find out what was going on and I was
22   told to open the door while they were still banging.
23           There was one person banging, then I went
24   to the window and I saw another person come over to

17 (Pages 62 to 65)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 66

1  the window and shine their light through the window.
2  So I started speaking to them, asking them what they
3  wanted. And they just asked me to open the door and
4  then they kept asking, Does someone here have a
5  problem.
6  Q.     And at this point are you on the phone with
7  anybody? What else is going on in the house?
8  A.     That the point -- well, after a few --
9  maybe 30 seconds of that I called 911. And so we
10  had -- I already had some exchange for a few -- for
11  about maybe 30 seconds to a minute. And I'm just
12  deciding, do I just ignore, what am I going to do.
13         And they kept banging and they kept
14  banging. And then someone was shining the light in
15  the window. One person was banging, I guess, and
16  the other person had the light in the window. So
17  then I called 911 and I explained -- you know, they
18  asked why I was calling. And I said that I was
19  calling because the police were at the house.
20  Q.     Okay. And you said that there was one
21  officer banging on the door and one shining the
22  light. Who was shining the light into the --
23  A.     I saw the -- the one who looked Latino was
24  shining the light. I knew -- I recognized the voice

Page 67

1  from the person that I was talking to as well. That
2  was the same one I had been talking to who had been
3  laughing earlier and who had -- the white one told
4  -- it was the same voice that I had spoken to
5  earlier.
6         So I -- and then the Latino one had his --
7  and then -- light in the door. So the banging kept
8  going and -- while I was on the phone with the
9  police.
10  Q.     When you're on the phone with 911, do you
11  know who you were speaking with?
12  A.     I know I first started speaking with a
13  woman. And the woman claimed that there was a
14  supervisor at the house already. I told -- I knew I
15  could look out the window. I told her I don't see
16  any supervisor, it was the same two police who were
17  there earlier.
18  Q.     Where were you standing when you were on
19  the phone with 911?
20  A.     I was standing in the living room close to
21  the door. I went to the media stand here
22  (indicating) next to the kitchen first to get the
23  phone, then I went near the door -- near the front
24  door when I was talking to them. So I was kind of

Page 68

1  pacing back and forth between the front door and the
2  media stand when I was on the phone with them.
3  Q.     Were the windows open at this time?
4  A.     The window was open, there was a screen in
5  the window. I don't recall if the window was up or
6  not, but I believe it was up, yes.
7  Q.     You could clearly hear the officers from
8  inside your home?
9  A.     Oh, I could clearly -- well, I could
10  clearly hear them for sure. And definitely --
11  mostly I heard them from the other side of the door.
12  But I'm sure the window being opened contributed to
13  my ability to hear them.
14  Q.     Okay. So you're on the phone with a 911
15  operator speaking with a female --
16  A.     And she put -- well, she said that a
17  supervisor was coming --
18  Q.     Just let me --
19         MR. MCCLAM: Let her finish her
20     question so we get a clean record.
21         THE WITNESS: I'm so sorry.
22  BY MS. FUNG:
23  Q.     Thank you. No problem. So you're on the
24  phone with the 911 operator speaking with a female.

Page 69

1  You are told by who that there's a supervisor at the
2  house already?
3  A.     The woman I was speaking with on the phone.
4  Q.     Okay. And then you told her what?
5  A.     I told her that that was not true, that
6  there was no supervisor at the house because I could
7  see out of the window and it was the same two
8  officers who had been there earlier.
9  Q.     What were the officers saying while they
10  were outside -- or on the porch? What were they
11  saying?
12  A.     Well, there was a lot banging. It was open
13  the door that was stated repeatedly and someone --
14  we heard someone here had a problem.
15  Q.     That's all they said?
16  A.     That's all I remember them saying. Open
17  the door -- they repeatedly said open the door. I
18  was asking them why were you here. They said, We
19  heard somebody here had a problem. Open the door.
20  Open the door.
21  Q.     Do you know who was saying we heard someone
22  had a problem?
23  A.     I didn't see who was speaking it.
24  Q.     Okay. So what happened while you were on

18 (Pages 66 to 69)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 70

1   the phone with the female operator from 911 after
2   she told you there was a supervisor, you said
3   supervisor there?  What happened next on your
4   conversation with her?
5   A.     She stated that she would put a supervisor
6   on the phone.  And so then she put a male on the
7   phone, and I spoke with a male for about a minute or
8   so.
9   Q.     Do you know his name?
10  A.     I don't recall his name.
11  Q.     Okay.  And what was your conversation like
12  with him?
13  A.     He was also asking me why I had called the
14  police.  I explained -- Why are you calling the
15  police on the police?  I told him, I don't feel
16  comfortable because these people were back at the
17  house and I didn't understand why they were there.
18  And I didn't feel comfortable with the fact that
19  they were still banging -- the way that they were
20  banging on the door.
21  Q.     And then what did he tell you?
22  A.     He said, Well, there's a supervisor on the
23  way.  Mr. Hunter was also in the background
24  explaining that he was trying to make a complaint at

Page 71

1   the time.  So I remember talking to the man, but I
2   could hear Mr. Hunter also talking about the fact
3   that no one would take his complaint at the station.
4         So they were asking me about that.  And he
5   assured me that a supervisor was coming.  So I said,
6   Okay.  Bye.  We wrapped up the conversation.  I said
7   Okay.  Bye-bye.  I think I told him I was going to
8   open the door.  I'm not sure.
9   Q.     Who was Mr. Hunter speaking to?  You said
10  he was speaking in the background about attempting
11  to file a complaint?
12         MR. MCCLAM:  Objection.  Calls
13         for speculation.
14         THE WITNESS:  I'm not sure.
15  BY MS. FUNG:
16  Q.     Was he on the phone?
17  A.     I don't remember if he was on his phone or
18  not or if he was speaking -- I believe he was
19  speaking to me because at the time he was not on the
20  phone because of the banging that was going on and I
21  was on the phone.  So I think he was -- I don't
22  remember who he was speaking to, but I know -- I
23  think he was speaking to us.
24  Q.     Okay.  And while all of that is occurring,

Page 72

1   you were on the phone with the male operator who was
2   a supervisor and you said at some point you hung up
3   the phone with him?
4   A.     Yeah.  Well, he said an officer -- a
5   supervisor was on the way.  And I told him -- I
6   said, Okay, then, I'll open the door.  And I hung up
7   with him.
8   Q.     You hung with him before opening the door?
9   A.     Yeah.  I'm pretty sure that I did.  I told
10  him -- because he said that there would be a
11  supervisor there any minute.  And I said, Okay,
12  then, I'll just open the door.  And I told him
13  bye-bye and I hung up the phone.
14  Q.     Is there any way that you were still on the
15  phone with the operator when you opened the door?
16  A.     I do not believe that I was on the phone
17  with anyone when I opened the door.  I specifically
18  remember concluding the conversation with him saying
19  specifically that I'm going to let them in and
20  specifically say bye-bye to him before I hung up.
21  So I did not -- like, I did not have -- I was not
22  speaking to anyone on the phone when I opened that
23  door.
24  Q.     And when you opened the door, where was

Page 73

1   Mr. Hunter?
2   A.     Mr. Hunter was somewhat -- he was -- I
3   believe he was -- I'm not sure exactly where he was.
4   I know that he was behind me and that he was not
5   far.
6         I don't know if he was in the kitchen or in
7   the living room.  I'm just not positive where he
8   was.  I knew I could hear him and I could see him
9   out of my peripheral vision, but I don't remember
10  precisely where he was.  He was nearby.
11  Q.     Okay.  So what happens at the point you
12  decide to open up the door?
13  A.     Well, they're still banging and, I guess,
14  I'm hearing banging noises from the bottom, too.  So
15  I don't know it they were kicking too.  So I hung up
16  the phone.  I said, Okay.  I'm going to open the
17  door.  And I put my hand on the door and there was
18  like some agitation happening when I opened the
19  door.
20        And as I'm turning the door, it just opens
21  and I stumbled back a little bit and I see the white
22  officer with his foot on the threshold of the door.
23  He's like leaning and he actually stumbles a little
24  bit himself.  I didn't -- you know, I recovered

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 74

1  quickly -- fairly quickly.
2       By that time, Mr. Hunter came back -- came
3  past me and started yelling at the officers, asking
4  them what they were doing.
5  Q.     So you mentioned you stumbled. How did you
6  stumble? What made you stumble?
7  A.     Because when I opened the door to pull it,
8  someone else is pushing it. So it opened faster
9  than I expected to. So the force -- it was just a
10 little force and I, you know, it's like if you're
11 opening up the door and someone else is pushing the
12 door while you're pulling, it moves faster than you
13 expect it to.
14      So by the time I'm turning it, I'm seeing
15 -- you know, this -- like I feel like I'm wrestling
16 with someone over the door because I could actually
17 see the knob, you know, like having a hard time.
18      So I finally open the door and then I just
19 stumble back. There's a like a radiator -- let's
20 see where the front door is. There's a radiator
21 just behind -- to the side there's like a wall and
22 there's a radiator just to the side. And so I kind
23 of like stumbled back. And I remember my back hit
24 the knob. There's like a knob at the top. I

Page 75

1  remember my back hitting that, but it wasn't -- it
2  wasn't super dramatic at the time. I just
3  remembered that I stumbled back when the door
4  opened.
5  Q.     Who opened the door? Which officer?
6  A.     It was the white one. His foot was on the
7  threshold, his leg -- he was leaning forward and his
8  foot was on the threshold and his hand was actually
9  on the door. And it was the white officer.
10      The other guy still had his light on. He
11 still had his flashlight that he was holding when I
12 first saw him.
13 Q.     So did the door actually hit you?
14 A.     At the time it felt like it glanced, but it
15 did hit me. It was not the door knob per se, but it
16 was -- the edge of the door runs into me while I'm
17 opening it.
18 Q.     So you're saying the door did hit you?
19 A.     Yes, it did hit me.
20 Q.     How hard was it --
21 A.     I --
22 Q.     I'm sorry. I wasn't --
23 A.     I apologize.
24 Q.     How hard did the hit on a scale of 1 to 10,

Page 76

1  with 10 being the hardest or most amount of force?
2  A.     In my view at the time, I saw it as a two
3  or a three at most.
4  Q.     Did you ever fall to the ground?
5  A.     No, I stumbled back and my back hit the
6  radiator.
7  Q.     Did you sustain any bruises or injuries as
8  a result of that?
9  A.     No. My back was a little sore and I didn't
10 see any noticeable bruising or anything.
11 Q.     And when the door hit you, where did it hit
12 you?
13 A.     It basically hit -- well, obviously this
14 was sticking out more (indicating). But it kind of
15 hit that whole front area -- my whole front area.
16 Q.     Can you describe more in depth what you
17 mean?
18      MR. MCCLAM: You said this.
19 Remember that word --
20      THE WITNESS: The door --
21      MR. MCCLAM: Sorry. When you're
22 gesturing, the court reporter can't put it
23 down. So when you say "this," be sure to
24 describe what you're pointing to.

Page 77

1       THE WITNESS: So basically from
2  this -- from my area around the -- my
3  torso. This -- but I would say the torso,
4  possibly part of my upper leg. But mostly
5  my torso and my chest is what I remember
6  being hit by the side of the door.
7  BY MS. FUNG:
8  Q.     Did you feel any pain in your front body
9  region as a result of the door hitting you?
10 A.     At first it felt like someone had kind of
11 like slapped me on the stomach. So it wasn't a
12 sharp pain. It was just a lost -- like gasp. I
13 don't recall feeling like some kind of sharp
14 piercing pain when it happened. It was just more of
15 a discomfort when it hit, but no sharp pain.
16 Q.     So if I were to ask you to describe on a
17 scale of 1 to 10, with 10 being the most pain, what
18 would you say?
19 A.     Immediately I would say 1 or 2.
20 Q.     What was Mr. Hunter doing at this point?
21 A.     Well, as soon as that happened he kind of
22 -- he surged forward immediately and started yelling
23 at the officers asking them what the hell are they
24 doing, what the hell just happened, what are they

20 (Pages 74 to 77)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 78

1    doing here.
2         And then they immediately started, you
3    know, talking -- yelling right back.  And then they
4    all went outside on the porch.  And he was standing
5    against the wall on the porch and the officers was
6    standing very, very close to him on both sides.
7         And he was -- had his voiced raised.
8    Mr. Hunter hands -- he usually has -- he always has
9    his hands clasped in front of him when he speaks so
10   that he doesn't actually gesture or gesticulate.
11   But he was yelling at them asking them what they
12   were doing there and why do they keep -- why are
13   they harassing us.
14   Q.      So you mentioned when Mr. Hunter came you
15   kind of surged forward and the officers and him went
16   on the porch.
17        Where were the officers standing when this
18   occurred?  Where were they located?
19   A.      Well, as I stated, when I first opened the
20   door, that was all very quick.  He was -- Mr. -- the
21   white officer, Mr. Schutte -- Officer Schutte would
22   have been -- he was directly on the opposite side of
23   the door.
24        Mr. -- Officer Navedo was standing from my

Page 79

1    vantage point behind him just a little bit to --
2    maybe two or three feet to his left from my vantage
3    point.  From his vantage point it would have been
4    two or three feet to the right off to the side.
5    Q.      So they were inside the house?
6    A.      No, the second time -- this was outside.
7    Officer Schutte was trying -- he was at the door
8    with his foot on the threshold.  And then Officer
9    Navedo was just behind him to my -- from my vantage
10   to the left on the porch.
11   Q.      So they didn't actually enter the home the
12   second time?
13   A.      I don't recall them being in the house the
14   second time.
15   Q.      Thank you.  So Mr. Hunter is on the porch
16   talking with the officers.  And what happens at that
17   point?
18   A.      Well, they were yelling extensively.  He
19   was yelling at them.  I don't remember too much more
20   at that point because about that point is when I
21   started feeling a tightness in my abdomen.  And I
22   was just overwhelmed and I just looked at the kids
23   to make sure they were okay and went to my bedroom.
24   Q.      So you went to your bedroom while

Page 80

1    Mr. Hunter was still on the porch with the officers?
2    A.      At least -- yeah, I had to.  I was not
3    feeling well, so I left.
4    Q.      And the two children who were sleeping on
5    the cot, were they still sleeping on the cot?
6    A.      Oh, no, they weren't really -- they weren't
7    asleep.  They were -- they weren't wide up, but I
8    could see that their eyes were open at that time.
9    Q.      But still laying down in their clots?
10   A.      Yeah.  Still -- yeah, reclining on the
11   cots, yes.
12   Q.      Where was Darus Hunter, Jr.?
13   A.      Darus Hunter, Jr. was -- started -- I saw
14   him coming towards the kitchen when I was going
15   back.  And I said, Honey, you can go to bed, it's
16   okay.  So I sent him to his room.
17        He was heading towards the front.  He was
18   standing in the kitchen area and I saw him there and
19   I just -- I headed him to his room.
20   Q.      And you mentioned when Mr. Hunter was on
21   the porch speaking with the officers, you felt a
22   tightness in your abdomen?
23   A.      Yeah.  I started feeling -- not pain, just
24   I felt a tightness and I thought it was just the

Page 81

1    excitement of everything.  And I did remember
2    obviously that incident with the door, but it didn't
3    occur to me that that's what it was.  I just knew
4    that I felt a tightness and I felt very full.  And I
5    hadn't felt like that before.  And I just wanted to
6    lay down.  I figured I just needed to rest.
7    Q.      Why didn't you think the tightness had
8    anything to do with the door?
9    A.      Because, for example, I thought maybe it
10   was like a nervousness.  If I have nervousness, my
11   abdomen feels -- might feel tight.  It wasn't like
12   it was -- it didn't feel like it was going to burst.
13   I just felt a discomfort in that area.
14        I just -- it didn't seem to me that the
15   door had hit me so hard that I should -- I felt like
16   it would be kind of hypochondriac attitude to start
17   assuming that it had to do with the door.  I just
18   thought it was the excitement of what was going on.
19        It really just -- at the time I just didn't
20   -- my adrenaline was still flowing from the
21   situation with the door and I just didn't think
22   about it.
23   Q.      And you also mentioned you weren't feeling
24   well.  Can you describe how you were feeling?

21 (Pages 78 to 81)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 82

1   A.     After that happened, I just was -- I just
2   remember feeling frightened -- I had been frightened
3   when they were at the door.  So I was feeling a lot
4   of after effects of being frightened.  And then I
5   just was feeling weak suddenly.
6          Like I felt like I needed to rest after
7   that.  Of course, it was also -- you know, it was
8   late at night, too.  So I just assumed it was all
9   because of that.
10  Q.     You mentioned your back hit the radiator at
11  some point.  You didn't sustain any injuries?
12  A.     No.  I mean, it hurt at the time, but I
13  asked -- I asked Mr. Hunter if he saw anything.  He
14  didn't see -- I don't think he saw anything.  I
15  didn't feel -- I felt like a soreness, but it
16  doesn't -- it wasn't anything very intense.
17  Q.     Any bruising in your front --
18  A.     No.
19  Q.     -- region?
20  A.     No, I didn't see any bruising.
21  Q.     So what happened next?
22  A.     Well, that night I thought we might have
23  heard the door ring again, but no one was there.  I
24  also know that later on that night at -- after the

Page 83

1   last time, Mr. Hunter wanted me to go out and he
2   wanted me to see where they went.
3          I put on some other clothes to try to go
4   out there, and I saw some people running.  I don't
5   know who that was that I saw running.  And then I
6   saw a light go on in our backyard briefly.  And then
7   that was pretty much for that evening.  Mr. Hunter
8   eventually came back and we just kind of talked
9   about everything and then went to bed.
10  Q.     You mentioned that you heard knocking again
11  and Mr. Hunter sent you out.  Why did he send you
12  out?
13         MR. MCCLAM:  Object to form.
14  Calls for speculation.
15         THE WITNESS:  He had asked me
16  afterwards to see if I could -- we were
17  trying to figure out who the officers were.
18  As I recall, he was on the phone and I
19  clearly recall him saying you won't tell me
20  who they are.
21         He wanted me to find out who are
22  these officers.  He asked if I had seen any
23  information on their badges at the time,
24  and I said, No, I had not.  It was too much

Page 84

1   happening.  So he wanted me to see if I
2   could maybe at least see their car or find
3   some way to identify who they were.
4   BY MS. FUNG:
5   Q.     How long were the officers at your home the
6   second time -- that second interaction?
7   A.     I can't completely gauge.  It seemed to me
8   like it was about 10 minutes.  I'm not sure how long
9   because I'm not sure exactly when they left.
10         MR. MCCLAM:  Ms. Fung, whenever
11  you have a breaking point, we've been going
12  for an hour and I'd like to take a break.
13         MS. FUNG:  I'll just finish up
14  these questions.
15  BY MS FUNG:
16  Q.     Did you end up going to the hospital at
17  some point that night?
18  A.     No, I did not go to the hospital that
19  night.
20  Q.     And why didn't you go to the hospital?
21  A.     I didn't think I needed to.
22  Q.     And why is that?
23  A.     Like I stated, I just felt like I was
24  feeling tight and I felt like I could wait and see

Page 85

1   how I was going to be.  It wasn't any intense pain.
2   I didn't think it was an emergency.
3   Q.     Did you receive medical attention the next
4   day?
5   A.     No.
6   Q.     And why was that?
7   A.     Still was just holding on hoping that I was
8   okay.  And I didn't have any intense -- I don't
9   recall feeling any intense -- intensity at that
10  time.
11         MS. FUND:  We can take a
12  five-minute break.
13         (Whereupon, a discussion was held
14  off the record.)
15  BY MS. FUNG:
16  Q.     So after you heard knocking on your door
17  the third time after the officers left the second
18  time, you mentioned running down the street or going
19  outside to see -- going outside to see who was
20  there.  They drove off, you weren't able to see who
21  was there; is that correct?
22         MR. MCCLAM:  Object to form.
23  Mischaracterizes her testimony.
24         THE WITNESS:  Correct.

22 (Pages 82 to 85)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 86

BY MS. FUNG:
2  Q.    Did anything else happen after that?
3  A.    No, not that I know of.
4  Q.    Did you have any additional interactions
5  with police officers that night?
6  A.    No.
7  Q.    How long after the knocking the third time
8  did you go outside?
9  A.    It took me a few minutes.  I know I was
10 saying I'm not feeling that great and I had to put
11 on some clothing.  So it took me at least -- maybe
12 two minutes to put -- a minute or two to get
13 dressed.
14 Q.    And Mr. Hunter didn't answer the door?
15 A.    No.  No.  And no one was at -- no, no one
16 was at the door when I got there.
17 Q.    But it was after two minutes -- about two
18 minutes?
19 A.    About two minutes.  I don't know if he went
20 to the door.
21 Q.    After the incident on September 14, 2015 or
22 September 13th into September 14th, did you return
23 to work the next day or were you scheduled to work
24 the next day?

Page 87

1         MR. MCCLAM:  Object to form.
2  Compound.
3         THE WITNESS:  I actually don't
4  have an actual set schedule because I'm a
5  freelancer.  So for most of the positions I
6  did not have to do anything.
7         I don't recall if I did any work
8  the next day.  I don't recall doing
9  anything the next day.  I don't recall.
10 BY MS. FUNG:
11 Q.    Does that mean you weren't scheduled to do
12 anything?
13 A.    No, I don't think -- I know that I was
14 asked to do something.  There was something coming
15 up with the Linguistic Data Consortium.  I don't
16 know if that was supposed to be that -- I don't
17 remember if it was supposed to be that date or not.
18 I know it was around that time -- very close to that
19 time, though, that was coming up.
20        But there was nothing like -- I'm not -- I
21 don't have -- there's no schedule for me to work
22 unless -- I didn't I have any -- I know I didn't
23 have any -- I don't recall having any, like, editing
24 assignments or anything like that either.

Page 88

1  Q.    Did you ever have any contact with a
2  Sergeant Melvin?
3  A.    No, I did not.
4  Q.    Do you know if Mr. Hunter did?
5  A.    He told me that he did.
6  Q.    Ms. Shujaa, back in September of 2015, did
7  you have any medical conditions?
8  A.    No.
9  Q.    Were you taking any prescribed medications?
10 A.    No.
11 Q.    And you said how far along were you as of
12 September 14, 2015?
13 A.    18 weeks.
14 Q.    When was the first time you sought medical
15 treatment after the incident with the officers?
16 A.    Wednesday I called -- well, I called the
17 clinic.  There was a clinic on 43rd Street that I
18 had spoken with first to let them know about my
19 symptoms.  And they said that it would be too much
20 time for me -- they have a walk-in clinic.  By the
21 time I called them, they stated that making an
22 appointment might take longer than I wanted so I
23 should call the emergency room if I had any pain
24 later.

Page 89

1  Q.    What clinic did you call?
2  A.    I don't remember the name of the clinic.
3  There's a free clinic on 43rd Street between Chester
4  and Baltimore Avenue that I had earmarked.
5  Q.    What symptoms were you suffering -- strike
6  that.
7         Was this on September 17th of 2015?  You
8  said Wednesday.
9  A.    I called them -- that would have been the
10 16th.
11 Q.    You called the clinic on the 16th?
12 A.    Yes.
13 Q.    Okay.  But when did you actually receive
14 any sort of medical treatment?
15 A.    Early the morning on the 17th.  I'm not
16 sure what time we called 911 -- what time I called
17 for the emergency issue.  I remember waiting for
18 Mr. Hunter to come home.  And he came home and he
19 saw -- I told him I had started -- I had been
20 spotting now.
21        And so then he called -- I don't remember
22 which one of us called, but it was, I guess, late
23 the 16th, early the 17th when we sought attention.
24 Q.    And what were your symptoms at this time?

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Page 90

1    You said spotting.  Did you have --
2    A.    I had start feeling like -- there had been
3    a little leaking.  At first I did not know what it
4    was because I had experienced some urine -- I had
5    had incontinence.  So it was not the same color as
6    the urine, I just assumed it was related to that at
7    first.
8         But then between that Monday, later on by
9    Tuesday and Wednesday -- particularly by Wednesday
10   it was un mistakable because the smell did not smell
11   like urine and it had a clear -- so then I started
12   reading.  And I read that it started -- I got the
13   impression that it was amniotic fluid.
14        Also -- mostly late Monday -- mostly
15   Tuesday and Wednesday I started getting intermittent
16   cramping.  At first it was just a little bit, like a
17   couple of -- a twinge here and there.  So I thought
18   that was just a natural part of being pregnant.  But
19   then that Wednesday is when the spotting started
20   really -- I started -- like the leaking became much
21   -- it wasn't a drip before.
22        Like the first Monday and that Tuesday I
23   remember seeing like a little bit of wetness in my
24   underwear, but not knowing what it was.  But that

Page 91

1    Wednesday it started -- yeah, I could feel it coming
2    out of me and I could feel -- like the cramping
3    became much more -- it wasn't just like a twinge now
4    and then.
5         It was actually like -- you could -- every
6    few -- 15 to 20 minutes I was feeling like cramping.
7    And then I started -- later on in the afternoon,
8    maybe about 6:00 or 7:00, it was still light outside
9    that Wednesday, I remember checking my underwear.
10   And that's when I knew that this was, quote,
11   unquote, it, because I started seeing blood -- like
12   a little bit of blood in my underwear.
13        So most of the -- the most intense symptoms
14   were that Wednesday.  But when I trace it back, I
15   could see the leaking had started a couple of days
16   before.
17   Q.    Did anything happen in between September
18   14th and September 16th or early morning September
19   17th?
20   A.    No.  I basically tried to take those --
21   take it easy those days.  I tried to stay off my
22   feet.  I had heard that -- you know, I had been
23   given that advice that if you don't feel well you
24   can stay off your feet a couple days, sometimes that

Page 92

1    will help problems.
2         So I was basically staying calm and not --
3    very uneventful those few days.  I spent a lot of
4    time in bed those days and a lot of time at home.
5    Q.    Why were you staying in bed?
6    A.    Because the next day after the first event,
7    I just felt overwrought.  Like -- you know, I felt
8    -- I thought it was an emotional issue at first.
9    But then when I started feeling weird, I started
10   thinking, Okay.  Well, maybe this is just a tough
11   time in the pregnancy.  I just wasn't feeling well.
12        So I thought maybe some rest would help.
13   Especially by the time on Tuesday when I wasn't sure
14   if I was peeing or if -- what that liquid was.  I
15   just thought -- I though, well, maybe if I rested or
16   if something -- I was just telling myself that rest
17   would probably be better than being super active.
18   Q.    Why didn't you seek out medical care or
19   treatment when you first started feeling ill or not
20   feeling well?
21   A.    At first I just didn't want to believe that
22   I was having a serious problem.  The first couple
23   days I just -- it didn't seem that bad to me.  It
24   seemed like something that would pass.  I just

Page 93

1    didn't believe -- I just didn't want to believe that
2    was happening.
3         That Wednesday it was undeniable and so we
4    had to do something.  That's when I started finally
5    making feelers, calling the clinic.  But I didn't
6    believe that I needed to at the time.  I thought
7    that.  I had suspicions, but I didn't know.
8    Q.    So you didn't think it was a good idea to
9    call as soon as you started feeling ill?
10        MR. MCCLAM:  Object to form.
11        THE WITNESS:  I didn't feel ill
12   in that manner at first.  As I stated, the
13   first couple of days the feelings I felt
14   were intermittent.  So I thought that that
15   was a natural part of a pregnancy,
16   especially when I asked other women and
17   they said aches and pains were, quote,
18   unquote, a natural part of pregnancy.
19        They started asking me -- you
20   know, and then obvious when the symptoms
21   became to the point I couldn't ignore them,
22   that is when we made -- we got the medical
23   attention.
24   BY MS. FUNG:

24 (Pages 90 to 93)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 94

1    Q.    So you mentioned that either yourself or
2    Mr. Hunter called 911 on either late 9/16 --
3    September 16th or early morning September 17th. And
4    what happened after that?
5    A.    They -- EMTs came.  We told them what was
6    happening.  And I said I think I'm set for a
7    miscarriage.  And they took me to Mercy Hospital.
8    Q.    Via ambulance?
9    A.    Yes.
10   Q.    Was Mr. Hunter with you?
11   A.    No, he stayed home with the children.
12   Q.    Why did he stay at home?
13   A.    Because --
14         MR. MCCLAM:  Object to form.
15   Calls for speculation.
16         THE WITNESS:  Well, he stayed at
17   home because the children could not be at
18   home unsupervised.  So someone had to
19   supervise the children.
20   BY MS. FUNG:
21   Q.    Did you have any family in the area?
22   A.    No, I don't have any family in the area.
23   Q.    Did Mr. Hunter?
24   A.    Mr. Hunter as has some family in the area.

Page 95

1    Q.    Can you explain the relation -- familial
2    relationship?
3    A.    He has -- his biological mother lives in
4    the area.  I don't believe he has any other
5    immediate relatives in the area.
6    Q.    So no brothers?  Sisters?  Cousins?
7    A.    No, his brothers all live in different
8    areas.  New York, I believe, and New Jersey.
9    Q.    Has his mother ever watched the children
10   before?
11   A.    Since we've taken over she did watch them
12   before.  Not -- I would never have allowed that at
13   the time.
14   Q.    But did Mr. Hunter?
15   A.    No, he would not have allowed the mother to
16   watch the children.
17   Q.    Why is that?
18   A.    Because the mother --
19         MR. MCCLAM:  Object to form.
20         THE WITNESS:  The mother went on
21   the record -- as we stated, we have an
22   extensive custody battle where Keeshama
23   Hunter was --took a blood test and was
24   found to use cocaine and was also

Page 96

1    neglecting and hitting the children.
2         And Mrs. Hunter, Darus's mother
3    supported her and stated directly to us
4    that she did know what was going on and
5    that she felt like she didn't -- she still
6    felt like the mother should have the
7    children.
8         So we were concerned because the
9    grandmother had already done a surprise
10   visit at Syriana's daycare and tried to
11   reunite them with their biological mother.
12   We were very concerned to have the children
13   alone with her because she had gone behind
14   Mr. Hunter's back and basically placed them
15   with the mother who is on record as abusing
16   the children.  So we didn't trust her
17   basically.
18   BY MS. FUNG:
19   Q.    Back in 2015, if neither yourself or
20   Mr. Hunter were home, who would watch the children?
21   A.    Well, I was always home.  That is why I
22   stopped working out and about.  I actually started
23   working in earnest at home because of the children
24   being there.  So I was always -- there was always

Page 97

1    one of us home.  There was never a time when no one
2    was with them.
3    Q.    You mentioned Syriana went to daycare at
4    times?
5    A.    Mm-hmm.
6    Q.    When would she go to daycare?
7    A.    She went to Head Start -- let's see, the
8    year -- her second year there, 2015 she was going to
9    Head Start in the mornings.  Well, basically during
10   the day, yes.
11   Q.    What about the other children?
12   A.    Nadeer Darus -- Nadeer went to high school.
13   He was going to Parkway West School.  And the other
14   children weren't living with us at the time.
15   Q.    So what happened once you got to Mercy
16   Hospital?
17   A.    Well, at Mercy I was there for a while.  I
18   was finally seen by a nurse who gave me morphine and
19   she gave me the ultrasound.  And she said the baby's
20   heartbeat was very faint and that I had been losing
21   amniotic fluid.
22   Q.    And at some point did you speak with the
23   doctor?
24   A.    I never spoke with a physician at Mercy

25 (Pages 94 to 97)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 98

1    Hospital.  I only spoke with -- there was one nurse
2    that I spoke with at Mercy Hospital.  I never spoke
3    with any doctors there.
4        Q.    And when you spoke with a nurse, did she go
5    through your medical history with you?
6        A.    To some degree, not extensively, but, yes,
7    to some degree.  And before then there was medical
8    assistants who had spoken with me.
9        Q.    Did you tell -- were you ever asked by a
10   nurse or doctor anything about your marijuana usage?
11       A.    I don't recall if they asked me anything
12   about that at Mercy, but I'm sure that they did.
13   There were two hospitals, so I get mixed up.  I'm
14   sure that they did ask me.  I know that -- yeah,
15   they did because they asked me -- yeah, they did.
16       Q.    Okay.  And did you tell them that you were
17   using marijuana?
18       A.    Yeah, I told them.  I didn't deny using it.
19       Q.    And what happened after meeting with a
20   nurse and her discussing -- sorry.  Strike that.
21            Did you tell the nurse about your
22   interaction with the police officers?
23       A.    I don't remember if I spoke -- I think I
24   spoke to someone about it at the hospital.  I don't

Page 99

1    know if it was the nurse or if it was the nursing
2    assistant, but I did not tell them anything about
3    trauma.  I just -- I didn't tell them anything about
4    the police -- I didn't connect the police officers
5    with it.
6        Q.    Why didn't you?
7        A.    Because like I stated, even at the time I
8    did not register the door hitting me as an intense
9    pain.  I didn't have physical bruising and I did not
10   understand -- it didn't -- I didn't make the
11   connection at the time.
12       Q.    And what happened after your discussion
13   with the nurse at Mercy?
14       A.    She stated that they should not have
15   brought me to Mercy because Mercy wasn't equipped to
16   deal with miscarriages and that she was going to
17   have -- do her best to get me to Penn Hospital.  And
18   that's what she did.
19       Q.    When she says "they," who does she -- who
20   was she referring to?
21       A.    She was saying they -- she didn't know why
22   the EMTs had brought me to Mercy.
23       Q.    Okay.  And she said she was going to do
24   everything in her power to get you to Penn.  At some

Page 100

1    point did you get to Penn?
2        A.    Yes.
3        Q.    And how did you get?
4        A.    The EMTs -- the same EMTs returned and took
5    me from Mercy to Penn.
6        Q.    How long were you at Mercy before you were
7    transferred to Penn?
8        A.    I haven't looked at the records in a while.
9    It seemed like maybe about an hour, two hours maybe.
10   At least an hour.
11       Q.    So the same EMTs took you to Penn Hospital.
12   What happened then?
13       A.    Well, I kind of lost -- I wasn't really so
14   awake on the way there.  But when I got there I was
15   told that I had miscarried and that they had -- they
16   had the piece they had gotten -- pulled the pieces
17   of the baby out of me.
18       Q.    So you said that you -- were you sleeping
19   in the ambulance?
20       A.    I was in pain.  I just wasn't -- I mean,
21   she had just giving me morphine.  I remembering
22   being in pain and having a lot of cramping and
23   something was happening -- like I was -- I guess I
24   was having -- something was coming out of me on --

Page 101

1    in the ambulance on the way to Penn. ]
2            And then when I got there I rested.  I was
3    still in pain, but they had gave me morphine, so I
4    was kind of in and out of consciousness for a while.
5        Q.    So who told you that the miscarriage
6    occurred while you were in the ambulance?
7        A.    She didn't specifically state that.
8        Q.    Who is she?
9        A.    The woman who I met -- I believe it was a
10   doctor.  She said she was a resident there.  I
11   believe her name was Dr. Edelman.  I believe that's
12   who it was.
13       Q.    So she told you when you got to Penn?  You
14   weren't told that while you were in the ambulance?
15       A.    No, I was not told that while I was in the
16   ambulance.  I was told at Mercy that she took the
17   ultrasound and that there was still a, quote,
18   unquote, chance.  There was a still a chance that
19   they could save the baby and that's why she was
20   sending me there.
21            That's when I found out I was 18 and a half
22   weeks and that the baby was nearly at the point of
23   being viable outside the womb.
24       Q.    When you were at Mercy, did the nurse tell

26 (Pages 98 to 101)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 102

1  you that there was a chance you were going to
2  miscarry?
3  A.       Yeah.  She said it was almost -- you know,
4  it was -- most likely that I would miscarry, but she
5  was sending me to Penn to try to save -- she said
6  there was hardly any amniotic fluid left.  So that I
7  was probably going to miscarry.
8  Q.       Did you ever notify Mr. Hunter of that
9  fact?
10  A.       At the time, no.  I was in extreme physical
11  pain.  I did find out that he was calling.  I did
12  not get on the phone to speak with anyone.  I was
13  just in pain at the time.  I didn't think about call
14  anyone at the time.
15  Q.       And when you say "calling," this is when
16  you were at Penn or Mercy?
17  A.       At either place.
18  Q.       He was calling both places?
19  A.       I don't know.
20          MR. MCCLAM:  Object to form.
21          THE WITNESS:  I don't know about
22      Mercy, but I was told that he had called
23      Penn several times.
24  BY MS. FUNG:

Page 103

1  Q.       So what happened after the doctor told you
2  that at some point you had miscarried on your way to
3  Penn Hospital?
4          MR. MCCLAM:  Object to form.
5          THE WITNESS:  She -- I rested.
6      She told me that I couldn't see the baby.
7      And I remember -- I don't know at what
8      point -- if I slept first, but they brought
9      in a box and they had the baby.  She was in
10      her clothing and they had her wrapped up in
11      a blanket and they let me hold her off and
12      on.  They let me hold her for a while.
13          They took her away when I was
14      asleep.  And I mostly was just sleeping,
15      drifting in and out of sleep, holding the
16      baby for a little while.  And then they
17      brought me her things.
18  BY MS. FUNG:
19  Q.       Were you discharged from Penn on the same
20  night?
21  A.       I was discharged the next day, maybe around
22  4:00 p.m. the next day.
23  Q.       Was that on September 17th or September
24  18th?

Page 104

1  A.       September 17th.
2  Q.       About how long were you at Penn before
3  being discharged?
4  A.       I'm not sure what time I arrived there.  I
5  believe it was early that morning.  I slept through
6  breakfast.  I know I spoke to someone late morning,
7  maybe early afternoon.
8          Mr. Hunter actually had a court -- family
9  court date that day.  So at the end, Syriana came to
10  the hospital after daycare.  So I know it was after
11  her Head Start -- after her preschool I left because
12  she came -- she was brought over.
13          I think she was getting out maybe like 1:00
14  then.  So she came over and sat with me in the
15  hospital and then I asked if I could -- I got out.
16  Q.       You said Mr. Hunter had a family court
17  date.  What was that in reference to?
18  A.       That was with Keeshama Hunter.  We had
19  prepared a pretrial memorandum at the time.  As I
20  had stated, I believe it might have even been -- it
21  was still related to Syriana and trying to get
22  Kassim Hunter.
23  Q.       Before leaving that night, were you giving
24  a birth certificate or birth announcement of sorts?

Page 105

1  A.       Yes.  I was given a birth certificate.
2  They gave me a box -- a decorated box with all of
3  her clothing in it, the two blankets in there, her
4  hat that they had her wear is in there and there's
5  like a certificate and some photos.
6  Q.       I'm going to show you this document.
7          MS. FUNG:  We'll mark this
8      Shujaa-2.
9          (Whereupon, Shujaa-2 was marked
10      for identification.)
11  BY MS. FUNG:
12  Q.       Can you tell me what this is a document of?
13  A.       Yes, this is the birth certificate.
14  Q.       And looking at this birth certificate, she
15  was born on 9/17/2015.  For the parent section, why
16  does it just say your name?
17  A.       I'm not sure.  They also misspelled my
18  name.  I wasn't present when they made this.
19  Q.       Okay.  So you also weren't in charge of her
20  having your last name --
21  A.       I added that name --
22  Q.       Excuse me.  Sorry.  Just let me finish my
23  question.
24          Why was the child given Shujaa as a last

27 (Pages 102 to 105)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 106

1  name?
2  A.      I gave it to her.  At first I just gave her
3  the first three names and then I added Shujaa
4  because -- frankly because Shujaa -- I never changed
5  my name when I got married and because I wanted that
6  name to go.  And that was what I -- that's just what
7  I thought when I put it down.
8  Q.      And Mr. Hunter was the father of this
9  child?
10  A.      Oh, he was absolutely the father.
11  Q.      Okay.  Did you miss any work as a result of
12  the miscarriage?
13  A.      I found out later on -- I know I didn't
14  take some assignments.  I didn't keep a record of
15  those.  I do have a record that -- for the
16  Linguistic Data Consortium, they had been asking me
17  to do some -- they wanted me to help one of the
18  students.
19          I do Spanish and English annotations.  And
20  one of the Spanish speaking people wanted some help
21  with something.  So they asked me to help her with,
22  but I missed all of that information for a few days.
23  So I missed a few days.
24  Q.      Were you told by doctors that you couldn't

Page 107

1  work?
2  A.      No.  Nobody said specifically.  Not when
3  they knew what kind -- they knew what kind of work I
4  did, so they said no physical work.
5  Q.      Okay.  But you were still allowed to do
6  your other jobs?
7  A.      Yeah.  No one said that -- no one
8  specifically stated anything.
9  Q.      And about how many days or how much time
10  did you miss work in between the miscarriage?
11  A.      I looked -- I think maybe about four or
12  five -- four or five days.
13  Q.      What instructions or discharges instruction
14  were you given by Penn Hospital?
15  A.      I was given -- most of the instructions
16  related to resting, my diet, made sure that I -- you
17  know, certain nutrition things.  Make a follow-up
18  appointment.  That was basically it.
19  Q.      Did you meet with a hospital social worker?
20  A.      I did.  Not at that time, but I made an
21  appointment.  And my follow-up appointment I met
22  with the social worker.
23  Q.      When was that?
24  A.      I believe -- let's see.  I don't remember

Page 108

1  the exact date.  It was -- I believe it was early
2  October or late September.
3  Q.      And what instructions were given by the
4  social worker?
5  A.      The social worker informed me of a support
6  group that I could go to.  We talked about how I was
7  feeling.  She gave me some coping mechanisms.
8  That's about it.  Oh, and she offered to -- and she
9  sent someone to the house to make sure that I could
10  sign up for insurance.
11  Q.      And did you sign up for insurance?
12  A.      Yes, I did, right after that.
13  Q.      Do you remember the name of your social
14  worker?
15  A.      No, I do not.  I don't remember her name.
16  Q.      Did she recommend therapy at any point?
17  A.      She did not specifically recommend therapy,
18  no.
19  Q.      Did any doctor recommend therapy?
20  A.      I believe that Dr. Van Uitert said
21  something about it later basically, but I don't -- I
22  don't specifically remember someone specifically
23  saying you should get therapy except maybe Dr. Van
24  Uitert had mentioned.

Page 109

1  Q.      About what time?  You said later.  When?
2  A.      My first meeting with Dr. Van Uitert was
3  not until maybe early 2016.  So I had mentioned the
4  incident to her.  I had talked with the social
5  worker too.  She mostly talked about the support
6  group pending insurance.
7          And, you know, they said I could maybe find
8  someone through the Penn Network if I want someone
9  later, but they didn't specifically recommend it.
10  Q.      Did you seek out therapy?
11  A.      At first, no, I did not.
12  Q.      How come?
13  A.      Because I was busy and I really, mostly put
14  it underneath.  I actually started -- as soon as I
15  could start working, I started burying it that way.
16  And I really spent -- I was basically the main
17  caregiver for the children at the time.
18          I was doing the cooking.  I was working,
19  obviously.  I was doing the child's hair.  I was
20  bathing her.  At the time she still needed baths at
21  night.  I didn't feel like I had, quote, unquote,
22  time for therapy.
23  Q.      Where was Mr. Hunter during all of this?
24  A.      Mr. Hunter was -- I believe he was in

28 (Pages 106 to 109)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 110

1    graduate school.  He obviously was taking care of
2    people too, but if he's in class and I have an
3    at-home job, that was the purpose of me taking that
4    job.
5    Q.       Did you ever attempt to receive any
6    therapy?
7    A.       At that time I did not try to make an
8    appointment.  I had never -- no.  At the time I did
9    not make any appointments.  I didn't make any
10   appointments for therapy until later.
11   Q.       Later when?
12   A.       After we were separated and I wasn't -- I
13   knew I had lots of time then and I started taking
14   care of a lot of things then.
15   Q.       Okay.  And when is the first time you
16   sought out therapy?
17   A.       December -- December 2017.
18   Q.       Two years later?
19   A.       Yeah.
20   Q.       Two years and change.  And where did you
21   receive therapy?
22   A.       I went to -- I call it CBH and they gave me
23   a recommendation for Penn Hospital.
24   Q.       And that's Community Behavioral Health?

Page 111

1    A.       Yes, Community Behavioral Health.  I asked
2    them for a referral and they stated that I could try
3    Penn Medicine.
4    Q.       Okay.  And who did you see there?
5    A.       I can't remember the name of the first
6    person that I met, but the first met that I met with
7    in December gave me a -- he was a social worker, I
8    believe.  He gave me the biopsychosocial assessment.
9             Then he stated -- I guess they give you
10   that.  He stated to see if you qualify for treatment
11   with them.  He stated that I did.  Then I met with
12   the psychiatrist named Dr. Hong.  And he was --
13   recommended medication.  And then after that, I
14   started meeting with Ms. Wang.
15   Q.       And what was the result of that assessment?
16   A.       He told -- they felt that I had had some
17   issues with trauma and that -- trauma and
18   depression.  And so that I should basically qualify
19   for therapy with them.
20   Q.       Anything about substance abuse?
21   A.       I was not going to go in there for
22   substance abuse.  He asked me about my past history
23   and I had described my past.  We discussed
24   marijuana.  I had stopped -- I decided I didn't --

Page 112

1    you know, I took a break.  But it was not actually
2    actively discussed in -- as a goal.
3    Q.       Do you still smoke marijuana?
4    A.       I have once or twice recently.  I had not
5    for a while, but once or twice I have.
6    Q.       Are you still currently enrolled in
7    treatment?
8    A.       Yeah, I'm still in therapy.
9    Q.       Who do you see?
10   A.       I have a new person now.  Dr. Wong is no
11   longer there.  So the new person's name is Melissa
12   Kostiuk.  It's K-O-S-T-I-U-K.
13   Q.       When did you start seeing this physician?
14   A.       I just started seeing her this -- in
15   August.  Dr. Wong left at the end of June and they
16   took them some time to find me a new one.  So Ms.
17   Kostiuk is the person that got me.
18   Q.       How often were your appointments with
19   Dr. Wong?
20   A.       Every week.  Once a week.
21   Q.       Do you have a record of that?
22   A.       Yeah, I should have records.  She's given
23   me receipts and things.  Most -- actually, not --
24   obviously before I had insurance, but there was a

Page 113

1    brief period I did not have insurance, but she has
2    record.  Yeah, I believe I had record of it.
3    Q.       Like attendance records?
4    A.       Yeah, I should have that.
5    Q.       Do you have any problem giving that to your
6    attorney?
7    A.       No, I don't have any problem.
8    Q.       Okay.  How long in total did you treat with
9    Dr. Wong?
10   A.       I was with Dr. Wong -- I started seeing her
11   the middle of February.  She left -- her last day
12   was June 24th.
13   Q.       February of this year?
14   A.       Yes.
15   Q.       And the doctor that you were seeing prior
16   to that from December on, who was that again?
17   A.       Oh, Dr. -- oh, I don't remember the name of
18   the person I did the assessment with at that place.
19   Dr. Hon was the name of the psychiatrist.
20   Q.       And how often did you meet with Dr. Hon?
21   A.       I met with him twice.  I met with him the
22   first time and he recommended the medication.  When
23   I told him that I was going to try to just do
24   therapy, then I wasn't meeting with him anymore.

29 (Pages 110 to 113)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 114

1    Q.      Okay.  So you really only had like one
2  appointment with him and then you actually started
3  seeing Dr. Wong?
4    A.      Yeah.
5    Q.      And when Dr. Wong left, you started seeing
6  Dr. Kostiuk?
7    A.      Yes, that's correct.
8    Q.      And Dr. Wong left in June and you started
9  -- so you had a lapse in treatment for two months?
10   A.      For about a month.  All of July and then in
11  August -- I believe -- August is when I connected
12  with Kostiuk.  Dr. Wong left June 24th.  So my last
13  meeting with her would have couple days before that.
14   Q.      And how often do you meet with Dr. Kostiuk?
15   A.      I've only met with Dr. Kostiuk once or
16  twice at this point.  We haven't really gotten
17  going.  Her schedule changes, so it's been hard
18  finding a time.
19   Q.      Are you finished with your answer?
20   A.      Yeah.
21   Q.      Have you sought out any other treatment
22  from think physicians or therapists?
23   A.      No other therapists at this point.  I spoke
24  with my primary care physician about some of the

Page 115

1  issues in 2016 and 2017.
2    Q.      Who was your primary care physician at that
3  time?
4    A.      Her name is Dr. Bonnie Van Uitert.  She's
5  at Greater Philadelphia Health Action.
6    Q.      GPHA?
7    A.      Yes.
8    Q.      Okay.  And you said you were seeing her
9  from 2016 to 2017?
10   A.      Yes.  I still see -- I still consider her
11  to be my primary care physician.
12   Q.      What do you mean you consider?
13   A.      I haven't been to see her, I think, since
14  February of March.
15   Q.      Of which year?
16   A.      This year.
17   Q.      So you started seeing her when in 2016?
18   A.      I believe my first appointment with her --
19  January or February of 2016.
20   Q.      And how often do you meet with her?
21   A.      Not very often.  I don't recall how many
22  times I went there before my insurance lapsed again.
23  And my insurance lapsed again in 2017.  So then I
24  didn't go to any doctors for a while.  Either late

Page 116

1  2016 or early 2017 my insurance was -- I lost
2  insurance again.  So then I started seeing her again
3  in 2017.  December 2017.
4    Q.      Do you have attendance records for her as
5  well?
6    A.      Yeah, I could print those out or I can get
7  them for her.
8    Q.      Thank you.  In terms of Dr. Bonnie, what
9  type of treatment were you receiving from her?
10   A.      She was my primary care, but I did speak
11  with her because I had just had a miscarriage.  I
12  spoke with her -- I specifically spoke to her about
13  how I was feeling that year.
14        And I'm sure that -- I believe that she did
15  mention something about me going to therapy, but I
16  did not follow up on what she recommended at the
17  time.
18   Q.      Why is that?
19   A.      I didn't have time.  I didn't feel like I
20  had time and I just didn't want admit that I had a
21  problem.
22   Q.      I just want to show you this document.  I'm
23  not going to enter it.  I just have a question.
24  This was just a record from Dr. Wang.  I just didn't

Page 117

1  know what something meant.  I'm not entering it.
2  I'm just curious.
3        MR. MCCLAM:  Why aren't we
4     entering this as an exhibit?
5        MS. FUNG:  I'm just not entering
6     it.  I just wanted to -- it's not --
7        MR. MCCLAM:  If she's going to
8     testify about it, I'd rather it be on the
9     record.
10       For the record, we're going to
11    mark this transcript as confidential
12    pursuant to the protective order.
13       MS. YOUNG:  Are we marking this
14    as an exhibit?
15       MS. FUNG:  I wasn't planning on
16    it.  I don't plan on entering it, but if we
17    have an issue with that...
18 BY MS. FUNG:
19   Q.      Can you tell me what this is a document of?
20   A.      This is -- it looks like it's our treatment
21  plan.
22   Q.      Between who?
23   A.      Myself and Dr. Wang.
24   Q.      Taking you --

30 (Pages 114 to 117)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 118

1          MR. MCCLAM:  Can you say what
2      this document is, at least introduce the
3      Bates number we're talking about?
4          MS. FUNG:  This is a document
5      Bates stamped KS000024.
6  BY MS. FUNG:
7      Q.     Can you tell me where it says under
8  Consumer obstacles to treatment.  Where it says
9  History of traumatic life events, do you know what
10  she's referring to?
11          MR. MCCLAM:  Object to form.
12      Calls for speculation.
13          THE WITNESS:  Yes, I do know what
14      she was talking about.
15  BY MS. FUNG:
16      Q.     Can you tell me what she's talking about?
17      A.     Most of my focus was on this -- police when
18  I spoke with them at first, was the event with the
19  police and the miscarriage.  I was basically telling
20  them that was my last chance to have a baby.
21          So I discussed that evening that the police
22  were at the house a lot with them.  I don't know --
23  I don't remember the other traumatic events they
24  would be talking about, but that was the thing they

Page 119

1  told me was considered a traumatic event based on
2  the way I talked about it.
3      Q.     So you can't think of any additional
4  traumatic events?
5      A.     I'm sure -- I can't think of anything
6  offhand.  I'm sure I talked about -- yeah, I can't
7  think of what else I would have talked -- I was
8  talking to them about, but I gave them my whole life
9  history.  So that was the one they focused on the at
10  time.
11          MS. FUNG:  Actually, I will just
12      enter this.  Can you mark this as Shujaa-3?
13          (Whereupon, Shujaa-3 was marked
14      for identification.)
15          THE WITNESS:  Oh, also because my
16      husband and I had split.  So that may have
17      been considered a stressor.
18  BY MS. FUNG:
19      Q.     Where she notes Family discord and a lack
20  of emotional support, what is she referring to?
21      A.     Because my husband and I had just -- we
22  were separated at the time.  And I was pretty -- I
23  don't know people here in Philadelphia.  So...
24      Q.     What kind of discord?

Page 120

1      A.     Well, we were splitting up.
2          MR. MCCLAM:  Object to form.
3          THE WITNESS:  We were in the
4      process of considering a divorce at that
5      time.
6  BY MS. FUNG:
7      Q.     Then it says -- it says Socially isolated.
8  And then says history of ETOH and marijuana.  Do you
9  know what ETOH is?
10          MR. MCCLAM:  Object to form.
11      Calls for speculation and foundation.
12          THE WITNESS:  I did look it up.
13      And that referred -- that's a reference to
14      alcohol.
15  BY MS. FUNG:
16      Q.     Does that reference alcohol abuse of sorts?
17          MR. MCCLAM:  Object to form.
18      Calls -- I'm just making kind of a standing
19      object?
20          MS. FUNG:  Yeah, go ahead.
21          MR. MCCLAM:  To the extent you're
22      asking about what something means on this
23      document, Ms. Shujaa didn't write the
24      document, so I have a standing objection

Page 121

1      for foundation and calls for speculation.
2          THE WITNESS:  Yeah, I was very
3      clear to her that at the end of my period
4      with social services that I had started to
5      drink when I came home.  So that was
6      recorded as that.
7  BY MS. FUNG:
8      Q.     And it wasn't in reference to -- she didn't
9  center discussions with you outside of your time
10  while working with social services?
11      A.     No.  I -- I hadn't really had any issue
12  with drinking a lot at all since 2011, 2012.  So it
13  just hadn't come up.
14          MS. FUNG:  Go off the record.
15          (Whereupon, a discussion was held
16      off the record.)
17  BY MS. FUNG:
18      Q.     Do you currently have any outstanding
19  medical bills from September of 2015?
20      A.     Last -- only thing that I know of -- I was
21  told that I had a bill from Mercy Hospital.  Penn
22  people got me insurance, so I don't have any bills
23  from them.
24      Q.     So you think you have an outstanding

31  (Pages 118 to 121)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

Page 122

1    medical --
2    A.    Well, I received a bill.  I haven't
3    received any notices recently.  I did receive bills
4    from them up through 2016 stating that I had an
5    outstanding bill there.
6    Q.    What's the current status of it?
7    A.    I never paid it, so I -- as far as I know,
8    it's still unpaid.
9    Q.    How much did you pay to Mercy Hospital?
10   A.    I never gave them anything.
11   Q.    Ms. Shujaa, I forgot to ask you earlier,
12   have you ever been a plaintiff in a lawsuit?
13   A.    No, I've never been a plaintiff in a
14   lawsuit.
15   Q.    You've never sued anyone?
16   A.    No.
17         MR. MCCLAM:  Prior to this
18   incident, correct?
19         MS. FUNG:  Yeah.
20         THE WITNESS:  Right.  I never
21   sued anyone.
22   BY MS. FUNG:
23   Q.    What about after?
24   A.    Thus far I still have not sued except for

Page 123

1    this incident.
2    Q.    Have you ever been a defendant?
3    A.    Yes.
4    Q.    Can you explain when?
5    A.    In 2006 University of Pennsylvania, I owed
6    them past tuition money, which is connected to the
7    reason I wasn't a student there.  I owed them -- it
8    had gotten up to about $12,000 and some library
9    books.  And so they sued me for that.
10         I was not around for the court date, so
11   obviously I lost that judgment and they won the
12   judgment.  And it's been paid now, I think, for the
13   past, maybe, four years, five years.  It's been
14   satisfied now.
15   Q.    And that's the only one?
16   A.    That's the only one.
17         MS. FUNG:  I don't have any
18   additional question questions.
19         MR. MCCLAM:  Off the record.
20         (Whereupon, a discussion was held
21   off the record.)
22         MS. FUNG:  I would just like to
23   note for the record that Ms. Shujaa's
24   counsel took a break after my line of

Page 124

1    questioning to have a conversation with his
2    client?
3          MR. MCCLAM:  That's correct.
4            - - -
5          CROSS-EXAMINATION
6            - - -
7    BY MR. MCCLAM:
8    Q.    Ms. Shujaa, do you recall earlier today
9    when we -- when you were talking about your history
10   of consuming alcohol?
11   A.    (Witness nods.)
12   Q.    Do you recall whether or not you consumed
13   any alcohol between New Year's Day in 2015 and the
14   time of the incident?
15   A.    No, I can't think of anything.
16         MR. MCCLAM:  No further
17   questions.
18         (Witness excused.)
19         (The deposition concluded at
20   11:33 a.m.)
21
22
23
24

Page 125

1          C E R T I F I C A T I O N
2
3
4          I, ALEXANDRA ALVARADO, Court
5    Reporter, certify that the foregoing
6    is a true and accurate transcript of
7    the foregoing deposition, that the
8    witness was first sworn by me at the
9    time, place and on the date herein
10   before set forth.
11         I further certify that I am
12   neither attorney nor counsel for, not
13   related to nor employed by any of the
14   parties to the action in which this
15   deposition was taken; further, that I
16   am not a relative or employee of any
17   attorney or counsel employed in this
18   case, nor am I financially interested
19   in this action.
20
21
       _____
22        Alexandra Alvarado
          Court Reporter
23        and Notary Public
          Dated:_____
24

32 (Pages 122 to 125)

8a0b6bbf-a05d-452a-bbcb-08c53adc1090

Kenya Shujaa
September 14, 2018

**A**

**A-P-A** 30:4
**a.m** 1:19
20:11
124:20
**abdomen**
79:21 80:22
81:11
**abilities**
51:22
**ability** 25:6
68:13
**able** 26:4
85:20
**abortion**
26:20
**abortions**
26:13
**absolutely**
63:2 106:10
**abuse** 13:9
22:12
111:20,22
120:16
**abusing**
58:24 60:14
96:15
**academic**
16:2
**accurate**
125:6
**accused**
59:18
**aches** 93:17
**action** 1:2
115:5
125:14,19
**actions** 12:22
63:8
**active** 92:1
**actively** 112:2
**actual** 6:1
29:13 87:4
**added** 105:21
106:3
**additional**
86:4 119:3
123:18
**address** 8:6,7
8:10,12,13
9:14,16,23
10:7,13
**admit** 116:20

**adopted**
13:21
**adrenaline**
81:20
**advice** 91:23
**affect** 26:5
**afraid** 13:14
13:17
**African** 25:23
29:22 30:2
30:6 34:16
**after-school**
15:18
**afternoon**
91:7 104:7
**age** 14:12,12
37:21,22
**AGENCY**
1:21
**agitation**
73:18
**ago** 13:10
**agreement**
4:4 58:1
**ahead** 120:20
**al** 1:4,7
**alcohol** 30:11
31:12,14,15
31:18,22
32:19 33:14
35:8,13
120:14,16
124:10,13
**Alexandra**
1:15 125:4
125:22
**Alexandra.l...**
2:5
**aliases** 5:2
**allowed** 19:23
36:10 63:21
95:12,15
107:5
**Alvarado**
1:15 125:4
125:22
**ambulance**
94:8 100:19
101:1,6,14
101:16
**Amherst** 14:7
**amniotic**
90:13 97:21

102:6
**amount** 40:4
76:1
**amused** 54:2
**angle** 46:19
46:19,20
**angry** 64:9
**annotate** 18:9
**annotated**
18:7
**annotations**
16:24
106:19
**announcem...**
104:24
**answer** 13:2
62:22 86:14
114:19
**answered**
19:8
**answering**
5:13,14
**anthropolo...**
25:18
**anthropology**
15:3 25:12
**anybody** 61:8
66:7
**anymore**
113:24
**anyway** 34:18
34:19
**Apin** 16:24
17:10
**apologize**
30:20 37:6
43:18 45:13
75:23
**appetite** 28:1
**appointment**
88:22
107:18,21
107:21
110:8 114:2
115:18
**appointme...**
110:9,10
112:18
**approximat...**
9:17
**Arch** 1:17 2:8
2:13
**area** 35:4

42:21 45:24
46:13 76:15
76:15 77:2
80:18 81:13
94:21,22,24
95:4,5
**areas** 95:8
**arguing** 52:9
59:24
**arguments**
22:5
**arrested** 7:16
**arrive** 59:17
**arrived** 20:5
20:10 26:18
26:19 36:5
44:7 46:22
48:13,21
104:4
**arriving**
59:15
**arrow** 46:4
**arts** 15:3
**asked** 19:10
19:11 33:19
45:1 52:10
58:13 62:1
63:13 66:3
66:18 82:13
82:13 83:15
83:22 87:14
93:16 98:9
98:11,15
104:15
106:21
111:1,22
**asking** 5:11
50:20,20
51:8,16
66:2,4
69:18 70:13
71:4 74:3
77:23 78:11
93:19
106:16
120:22
**asleep** 47:21
80:7 103:14
**aspects** 20:20
**assessment**
111:8,15
113:18
**assignments**

87:24
106:14
**assist** 29:19
**assistant** 99:2
**assistants**
98:8
**ASSOCIA...**
1:20
**assumed**
61:11 82:8
90:6
**assuming**
47:20 54:13
81:17
**assured** 71:5
**at-home**
110:3
**attempt**
110:5
**attempting**
71:10
**attempts** 61:1
61:2
**attend** 14:9
15:22
**attendance**
113:3 116:4
**attended**
14:11,22
**attention**
24:16 85:3
89:23 93:23
**attitude**
81:16
**attorney** 6:15
6:16,17,21
7:8 40:8
113:6
125:12,17
**audio** 18:8
**August** 10:5
112:15
114:11,11
**autistic** 60:12
**Avenue** 89:4
**awake** 100:14
**aware** 13:3
13:12,13

**B**

**B** 3:12
**baby** 100:17
101:19,22
103:6,9,16

118:20
**baby's** 97:19
**bachelor's**
15:3
**back** 19:10
21:8 23:13
36:22,24
40:5,15
49:9 51:18
52:22 56:16
64:19 68:1
70:16 73:21
74:2,19,23
74:23 75:1
75:3 76:5,5
76:9 78:3
80:15 82:10
83:8 88:6
91:14 96:14
96:19
**background**
14:2 25:5
25:10,13
70:23 71:10
**backyard**
83:6
**bad** 92:23
**badges** 83:23
**balding** 54:8
**Baltimore**
89:4
**banging**
44:22 64:21
65:15,16,22
65:23 66:13
66:14,15,21
67:7 69:12
70:19,20
71:20 73:13
73:14
**barbecuing**
37:17
**barely** 60:13
63:22
**based** 22:11
25:5,5
58:21 61:3
119:1
**basically** 18:9
29:23,24
76:13 77:1
91:20 92:2
96:14,17

97:9 107:18
108:21
109:16
111:18
118:19
**basis** 31:7
**Bates** 118:3,5
**bathing**
109:20
**bathroom**
41:1 43:17
43:21
**bathrooms**
40:24
**baths** 109:20
**battle** 95:22
**bed** 28:23
36:15,16
44:24 60:4
60:8 61:9
**bedroom** 29:6
29:7 40:15
40:16 43:15
43:20 44:4
49:1 64:16
79:23,24
**bedrooms**
40:13,18,21
**began** 12:1
15:12,17,18
17:9 64:12
**behaving**
53:22
**Behavioral**
110:24
111:1
**behaviors**
22:4 33:5,7
**belated** 8:1
**believe** 17:6,8
17:12 22:18
22:21 39:9
39:10 42:7
52:20 56:7
61:21 68:6
71:18 72:16
73:3 92:21
93:1,1,6
95:4,8
101:9,11,11
104:5,20

107:24
108:1,20
109:24
111:8 113:2
114:11
115:18
116:14
**believed**
61:24
**belly** 53:19
**best** 99:17
**better** 30:7
34:12,12,13
34:15 92:17
**big** 25:13
31:23 42:10
54:4 57:7,8
**bill** 121:21
**bills** 121:19
121:22
122:3
**biological**
13:19 95:3
96:11
**biopsychos...**
33:6 111:8
**birth** 3:16
7:23 104:24
104:24
105:1,13,14
**birthday** 8:1
36:2,5,6,11
37:11,13,15
37:19 38:13
**bit** 45:14 48:7
73:21,24
79:1 90:16
90:23 91:12
**blanket**
103:11
**blankets**
105:3
**bleeding**
24:13
**blinking** 48:7
**block** 36:9
**blood** 91:11
91:12 95:23
**blunt** 28:8,9
**body** 77:8
**bone** 25:15
**bones** 26:4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Bonnie** 34:9 | **bye-bye** 71:7 | 114:24 | 30:7 34:16 | **clinic** 88:17 | 111:1 | considered | 7:1 123:24 |
| 115:4 116:8 | 72:13,20 | 115:2,11 | 34:17 | 88:17,20 | **companies** | 119:1,17 | 125:12,17 |
| **books** 123:9 | _____ | 116:10 | **child** 11:6 | 89:1,2,3,11 | 16:17 17:3 | considering | **couple** 18:13 |
| **borderline** | **C** | **caregiver** | 20:1 26:24 | 93:5 | **company** | 120:4 | 21:14 28:2 |
| 9:4 | **C** 2:1 125:1,1 | 109:17 | 59:23 | **close** 45:6,15 | 15:23 16:16 | **Consortium** | 28:3 36:9 |
| **born** 8:2,3 | **Cactus** 16:21 | **case** 7:11 | 105:24 | 46:13,15 | 16:24 18:2 | 18:3 87:15 | 39:24 46:8 |
| 105:15 | 17:6,24 | 15:19,20 | 106:9 | 67:20 78:6 | **complain** | 106:16 | 46:16 55:9 |
| **bottom** 73:14 | **cake** 36:4,8 | 58:23 59:1 | **child's** 109:19 | 87:18 | 64:10 | **consumed** | 58:21 90:17 |
| **bought** 36:7 | 36:12,12 | 125:18 | **children** 10:1 | **closer** 37:21 | **complaining** | 35:13 | 91:15,24 |
| **Bowl** 9:20 | 37:24 | **Casey** 10:16 | 10:3 11:4 | 37:21 46:13 | 63:24 64:2 | 124:12 | 92:22 93:13 |
| **box** 103:9 | **call** 13:23 | **Caucasian** | 13:19,21,23 | **clothes** 41:9 | **complaint** | **Consumer** | 114:13 |
| 105:2,2 | 16:24 29:21 | 54:15,16,17 | 15:21,21 | 53:20 83:3 | 20:18 56:20 | 118:8 | **course** 82:7 |
| **break** 84:12 | 30:2,2 37:8 | 54:19 | 18:21 22:13 | **clothing** | 59:11 63:14 | **consuming** | **courses** 25:17 |
| 85:12 112:1 | 63:2 88:23 | **caused** 9:8 | 28:20 48:2 | 20:22 86:11 | 65:13 70:24 | 124:10 | 25:23 |
| 123:24 | 89:1 93:9 | **CBH** 110:22 | 48:16 58:6 | 103:10 | 71:3,11 | **contact** 88:1 | **court** 1:1,21 |
| **breakfast** | 102:13 | **celebrating** | 58:24 61:8 | 105:3 | **complaints** | **continue** | 5:7 15:21 |
| 104:6 | 110:22 | 37:17 | 80:4 94:11 | **clots** 80:9 | 20:15,24 | 39:12 | 22:14 59:2 |
| **breaking** | **called** 14:5,7 | **celebration** | 94:17,19 | **cocaine** 95:24 | **completed** | **contributed** | 61:2 62:4,5 |
| 84:11 | 16:18 18:2 | 38:23 | 95:9,16 | **cold** 29:15 | 11:21 14:16 | 68:12 | 62:12 76:22 |
| **brief** 64:14 | 18:12,15,16 | **center** 16:3 | 96:1,7,12 | 34:12 | **completely** | **control** 15:13 | 123:10 |
| 113:1 | 18:17 19:3 | 121:9 | 96:16,20,23 | **college** 14:21 | 39:10 84:7 | **conversation** | 125:4,22 |
| **briefly** 50:21 | 19:17 20:4 | **certain** 20:20 | 97:11,14 | **color** 90:5 | **completing** | 70:4,11 | **Cousins** 95:6 |
| 83:6 | 20:12 29:21 | 34:24 | 109:17 | **combination** | 35:1 | 71:6 72:18 | **cramping** |
| **bring** 20:1 | 30:3 58:3 | 107:17 | **chose** 63:13 | 16:11 | **complicatio...** | 124:1 | 90:16 91:2 |
| 36:21,23 | 58:15 59:11 | **certificate** | **cigarettes** | **come** 19:22 | 24:9 | **cooking** | 91:6 100:22 |
| 39:18 | 60:23 61:11 | 3:16 104:24 | 29:9,12 | 32:11 36:10 | **complies** 41:4 | 38:17 | **cravings** |
| **bringing** | 61:15 65:13 | 105:1,5,13 | 34:3,22 | 61:22 62:20 | 41:12 44:5 | 109:18 | 29:20 |
| 39:16 | 66:9,17 | 105:14 | 35:22,23 | 63:2 65:24 | **Compound** | **coordinator** | **criminal** 7:18 |
| **broken** 54:10 | 70:13 88:16 | **certification** | **Cinquetta** | 89:18 | 87:2 | 16:2,2 | **Crimson** |
| **brothers** 95:6 | 88:16,21 | 4:6 | 19:1 21:4 | 109:12 | **concerned** | **coping** 108:7 | 16:20 |
| 95:7 | 89:9,11,16 | **certify** 125:5 | 36:19 | 121:13 | 96:8,12 | **copy** 16:15 | **CROSS-EX...** |
| **brought** | 89:16,21,22 | 125:11 | **circle** 46:3 | **comfortable** | **concerns** | **cordial** 21:6 | 124:5 |
| 19:13,13 | 94:2 102:22 | **chance** | **city** 1:7,16 | 24:24 70:16 | 19:24 | 21:10,15 | **curious** 117:2 |
| 52:24 55:9 | **calling** 61:14 | 101:18,18 | 2:12 8:1 | 70:18 | **concluded** | **cordless** | **current** 8:6,7 |
| 99:15,22 | 63:16 66:18 | 102:1 | 10:10 | **coming** 5:22 | 124:19 | 41:17,20 | 11:12 16:10 |
| 103:8,17 | 66:19 70:14 | 118:20 | **civil** 1:2 59:3 | 6:7 20:19 | **concluding** | **Corona** 31:16 | 122:6 |
| 104:12 | 93:5 102:11 | **change** | 62:3,5,15 | 57:12,13 | 72:18 | **Coronas** | **currently** |
| **bruises** 76:7 | 102:15,18 | 110:20 | **claimed** | 58:14 59:21 | **conditions** | 31:21 | 9:22 11:7,8 |
| **bruising** | **calls** 18:18 | **changed** | 67:13 | 68:17 71:5 | 88:7 | **correct** 56:4 | 16:11,17 |
| 76:10 82:17 | 56:21 64:10 | 106:4 | **claims** 62:12 | 80:14 87:14 | **confidential** | 61:6 85:21 | 112:6 |
| 82:20 99:9 | 64:13 65:7 | **changes** | **clasped** 55:6 | 87:19 91:1 | 4:2 117:11 | 85:24 114:7 | 121:18 |
| **Buffalo** 14:7 | 71:12 83:14 | 114:17 | 78:9 | 100:24 | **Congresso** | 122:18 | **cursing** 55:13 |
| 14:15 | 94:15 | **charge** | **class** 110:2 | **commencing** | 16:1,7,8 | 124:3 | **custody** 18:18 |
| **bunch** 37:12 | 118:12 | 105:19 | **clean** 68:20 | 1:18 | **connect** 99:4 | **cot** 80:5,5 | 18:19 19:3 |
| **burial** 25:23 | 120:11,18 | **charged** 7:18 | **clear** 43:4 | **comments** | **connected** | **cots** 42:16,20 | 19:24 20:2 |
| **burst** 81:12 | 121:1 | **checking** 91:9 | 53:10,13,15 | 55:10 | 114:11 | 43:6 45:19 | 22:11 23:6 |
| **burying** | **calm** 92:2 | **chest** 77:5 | 53:16 90:11 | **communica...** | 123:6 | 45:20 46:16 | 52:11,18,19 |
| 109:15 | **car** 84:2 | **Chester** 89:3 | 121:3 | 23:5 | **connection** | 46:18 47:5 | 52:22 53:1 |
| **business** | **care** 11:8,9 | **chew** 34:18 | **clearly** 5:9 | **communica...** | 99:11 | 47:5,6,8,22 | 53:4 54:5 |
| 62:14 | 24:15,18,20 | **chewed** 29:23 | 68:7,9,10 | 16:22 17:1 | **consciousness** | 48:1 50:2,8 | 55:9,23 |
| **busy** 109:13 | 24:24 25:4 | 29:24 | 83:19 | 17:11 39:23 | 101:4 | 50:11 80:11 | 56:3,14 |
| **buy** 31:16 | 25:9 27:4,7 | **chewing** | **client** 12:22 | **Community** | **consider** | **counsel** 2:5 | 57:13,17 |
| **Bye** 71:6 | 27:7 92:18 | 29:22 30:2 | 124:2 | 16:3 110:24 | 115:10,12 | 2:10,15 4:4 | 58:1,16,22 |
| | 110:1,14 | | | | | | |

59:20 62:18
64:5 95:22
cut 15:23
36:11

**D**

**D** 3:1
**danger** 59:19
**darker** 54:14
**Darus** 1:4 7:5
10:1,4 11:5
36:19 43:20
46:6 51:10
51:22 80:12
80:13 97:12
**Darus's** 96:2
**Data** 18:3
87:15
106:16
**date** 7:23
62:4 87:17
104:9,17
108:1
123:10
125:9
**Dated** 125:23
**day** 6:15 9:20
14:6,9,11
27:17,19
28:24 29:4
29:12 31:4
35:24 36:1
36:3,6 37:8
38:16,18,19
38:22,24
39:1 40:6
58:6 61:9
85:4 86:23
86:24 87:8
87:9 92:6
97:10
103:21,22
104:9
113:11
124:13
**daycare**
96:10 97:3
97:6 104:10
**days** 27:15
91:15,21,24
92:3,4,23
93:13
106:22,23
107:9,12

114:13
**de** 1:23 16:1
**deal** 54:4
57:7,9 60:2
99:16
**dealing** 29:19
**December**
33:5 110:17
110:17
111:7
113:16
116:3
**DECHERT**
2:7
**decide** 73:12
**decided**
111:24
**deciding**
66:12
**decorated**
105:2
**decorations**
36:8
**defendant**
123:2
**Defendants**
1:8 2:15
**definitely**
22:20 31:5
68:10
**degree** 15:2
46:20 98:6
98:7
**demonstrat...**
58:23
**deny** 98:18
**DEPARTM...**
1:17 2:12
**deposition**
1:14 6:3
7:13 124:19
125:7,15
**depressed**
33:21
**depression**
33:24
111:18
**depth** 76:16
**describe** 6:1
48:17 51:23
76:16,24
77:16 81:24
**described**

20:22
111:23
**describing**
48:20
**DESCRIPT...**
3:14
**details** 19:4
**developed**
15:13
**development**
24:7 25:14
**diagram**
41:10
**diet** 107:16
**different** 17:3
95:7
**difficult**
29:17
**difficulty**
28:1
**diploma**
14:19
**DIRECT**
4:15
**direction**
48:15
**directly** 63:7
78:22 96:3
**disagreement**
55:24
**discharged**
103:19,21
104:3
**discharges**
107:13
**discomfort**
77:15 81:13
**discord**
119:19,24
**discovered**
20:11 23:21
**discretion**
61:21
**discuss** 7:6
32:19,24
**discussed** 7:7
32:20 33:7
33:14
111:23
112:2
118:21
**discussing**
98:20

**discussion**
38:10 85:13
99:12
121:15
123:20
**discussions**
121:9
**dispute** 18:18
19:9 55:23
57:14,17
62:19
**disputes**
18:19 19:4
58:16
**DISTRICT**
1:1,1
**distrustful**
8:23
**divorce** 120:4
**doctor** 32:19
33:23 34:5
34:5,8
97:23 98:10
101:10
103:1
108:19
113:15
**doctors** 98:3
106:24
115:24
**document**
105:6,12
116:22
117:19
118:2,4
120:23,24
**documentat...**
56:3,14
**documentat...**
64:6
**documents**
5:22 6:1,22
18:8,9,10
**doing** 15:17
15:18 48:13
50:9 54:17
61:17,20
65:20 74:4
77:20,24
78:1,12
87:8 109:18
109:19
**domestic** 12:3

12:7 13:11
**door** 19:8
37:5 38:7
41:23 42:2
42:3,12,14
42:19 43:8
43:14 44:22
45:1,2,8,9
45:16 46:7
47:8,11,12
47:16 48:9
48:11,23
49:7,24
64:21 65:15
65:16,21,22
66:3,21
67:7,21,23
67:24 68:1
68:11 69:13
69:17,17,19
69:20 70:20
71:8 72:6,8
72:12,15,17
72:23,24
73:12,17,17
73:19,20,22
74:7,11,12
74:16,18,20
75:3,5,9,13
75:15,16,18
76:11,20
77:6,9
78:20,23
79:7 81:2,8
81:15,17,21
82:3,23
85:16 86:14
86:16,20
99:8
**doorknob**
47:15,18
**doorway**
42:17 43:12
43:16 45:8
**Dr** 33:4 34:9
101:11
108:20,23
109:2
111:12
112:10,15
112:19
113:9,10,17
113:19,20

114:3,5,6,8
114:12,14
114:15
115:4 116:8
116:24
117:23
**DRAGALIN**
2:3
**dramatic**
75:2
**drank** 32:2
**draw** 41:2
**drawing** 3:15
46:14
**dress** 53:6,7,9
**dressed** 86:13
**drew** 45:22
46:3
**drifting**
103:15
**drink** 31:2,3
31:6,13
32:7 121:5
**drinkers**
31:23
**drinking**
30:16 32:1
33:11,15
35:10,11,13
35:20
121:12
**drinks** 32:10
35:21
**drip** 90:21
**drove** 85:20
**drugs** 27:10
35:16
**drunk** 31:8
**duly** 4:12
**duty** 62:18

**E**

**E** 2:1,1 3:1,12
30:4 125:1
**e-mail** 20:20
**E-N-A-G-O**
16:20
**earlier** 59:24
67:3,5,17
69:8 122:11
124:8
**early** 7:8 17:8
17:8,12
22:19,22

89:15,23
91:18 94:3
104:5,7
108:1 109:3
116:1
**earmarked**
89:4
**earnest** 12:2
96:23
**EASTERN**
1:1
**easy** 91:21
**Edelman**
101:11
**edge** 75:16
**editing** 16:15
16:15 87:23
**editor** 16:12
**education**
25:22
**educational**
14:2
**effects** 82:4
**effort** 61:13
**eight** 60:3
**either** 17:12
18:20 21:13
35:8 65:18
87:24 94:1
94:2 102:17
115:24
**elaborate**
25:11
**emergency**
85:2 88:23
89:17
**emotional**
92:8 119:20
**emotionally**
39:3
**employed**
125:13,17
**employee**
125:16
**EMTs** 94:5
99:22 100:4
100:4,11
**Enago** 16:18
17:9
**ended** 20:6
25:19
**ends** 25:19
**English**

106:19
**enrolled**
112:6
**enter** 42:19
79:11
116:23
119:12
**entered** 11:11
**entering**
42:13 117:1
117:4,5,16
**entirely** 11:10
**equipped**
99:15
**especially**
60:12 92:13
93:16
**ESQUIRE**
2:3,8,12
**et** 1:4,7
**ETOH** 120:8
120:9
**evening** 83:7
118:21
**event** 20:21
92:6 118:18
119:1
**events** 118:9
118:23
119:4
**eventually**
36:14 83:8
**ex-wife** 13:5,5
13:6 18:23
**ex-wife's** 13:7
**exact** 50:13
50:17 54:10
108:1
**exactly** 50:19
73:3 84:19
**EXAMINA...**
3:5 4:15
**examined**
4:12
**example**
61:24 81:9
**exchange**
39:6 66:10
**exchanged**
36:18
**excitement**
81:1,18
**Excuse** 12:16

105:22
excused
  124:18
exhibit 117:4
  117:14
expect 74:13
expected 74:9
experienced
  24:10 90:4
explain 12:10
  12:11 55:17
  63:12 95:1
  123:4
explained
  55:14,16,18
  55:19 58:19
  66:17 70:14
explaining
  70:24
extended
  22:5 38:2
extensive
  95:22
extensively
  79:18 98:6
extent 37:3
  120:21
extreme
  35:11
  102:10
eye 54:14
eyes 48:6
  54:14 80:8

**F**

**F** 125:1
**fact** 20:23
  22:21 55:5
  63:19 70:18
  71:2 102:9
**faint** 97:20
**fair** 58:8
**fairly** 74:1
**fall** 76:4
**familial** 95:1
**family** 94:21
  94:22,24
  104:8,16
  119:19
**far** 23:22,24
  45:10 73:5
  88:11 122:7
  122:24
**fast** 48:8

**faster** 74:8,12
**father** 26:24
  106:8,10
**February**
  9:18,19,21
  113:11,13
  115:14,19
**feel** 30:7
  33:20 56:16
  65:4 70:15
  70:18 74:15
  77:8 81:11
  81:12 82:15
  91:1,2,23
  93:11
  109:21
  116:19
**feelers** 93:5
**feeling** 38:24
  39:1,2
  77:13 79:21
  80:3,23
  81:23,24
  82:2,3,5
  84:24 85:9
  86:10 90:2
  91:6 92:9
  92:11,19,20
  93:9 108:7
  116:13
**feelings** 63:9
  93:13
**feels** 81:11
**feet** 46:17
  79:2,4
  91:22,24
**felt** 24:23
  25:6,7
  27:23,24
  59:11 60:6
  60:8,13
  61:13 62:19
  65:5 75:14
  77:10 80:21
  80:24 81:4
  81:4,5,13
  81:15 82:6
  82:15 84:23
  84:24 92:7
  92:7 93:13
  96:5,6
  111:16
**female** 68:15

68:24 70:1
**figure** 83:17
**figured** 59:1
  64:15 81:6
**file** 20:18
  71:11
**filed** 20:16
**filing** 4:5
**finally** 74:18
  93:4 97:18
**financial**
  15:12
**financially**
  125:18
**find** 19:17
  34:15 44:19
  52:24 62:17
  65:21 83:21
  84:2 102:11
  109:7
  112:16
**finding**
  114:18
**fine** 65:9
**finish** 5:12,13
  15:11 30:18
  68:19 84:13
  105:22
**finished**
  114:19
**first** 14:5
  18:23 19:23
  24:22 26:18
  33:2 36:4,5
  36:6 39:15
  40:21 41:3
  45:6 48:13
  48:21 50:2
  50:3 51:11
  51:21 59:15
  64:22 67:12
  67:22 75:12
  77:10 78:19
  88:14,18
  90:3,7,16
  90:22 92:6
  92:8,19,21
  92:22 93:12
  93:13 103:8
  106:2,3
  109:2,11
  110:15
  111:5,6

113:22
115:18
118:18
125:8
**five** 9:17 24:2
  27:17,20
  65:2 107:12
  107:12
  123:13
**five-minute**
  85:12
**fixed** 64:12
**flashing**
  48:14
**flashlight**
  75:11
**flashlights**
  48:1,15
**floor** 1:18 2:9
  2:13 40:20
  40:22 41:3
**flowing** 81:20
**fluid** 90:13
  97:21 102:6
**flush** 37:7
**focus** 25:13
  26:1 118:17
**focused** 119:9
**follow** 45:24
  116:16
**follow-up**
  107:17,21
**following**
  58:1
**follows** 4:13
**food** 38:19
**foot** 46:8
  73:22 75:6
  75:8 79:8
**force** 74:9,10
  76:1
**foregoing**
  125:5,7
**forgot** 122:11
**form** 4:8
  12:15,18
  17:4 21:23
  33:18 40:9
  59:13 60:7
  61:18 62:21
  65:6 83:13
  85:22 87:1
  93:10 94:14

95:19
102:20
103:4
118:11
120:2,10,17
**formal** 20:18
  20:24
**forth** 40:5
  64:19 68:1
  125:10
**forward** 75:7
  77:22 78:15
**foster** 11:8,9
**found** 23:14
  23:15,22
  95:24
  101:21
  106:13
**foundation**
  12:14,23
  23:3 120:11
  121:1
**four** 27:17,19
  32:10,10,15
  107:11,12
  123:13
**frankly** 106:4
**free** 89:3
**freelance**
  16:12 17:16
**freelancer**
  87:5
**Friday** 1:11
**friend** 10:18
**friendly**
  23:12 36:10
  37:20,23
**friends** 1:21
  37:12
**frightened**
  82:2,2,4
**front** 40:17
  41:23 42:1
  42:2,3,12
  42:13,19
  45:4,16
  46:7,13,15
  46:22 47:7
  49:9,24
  51:6 55:6
  67:23 68:1
  74:20 76:15
  76:15 77:8

78:9 80:17
  82:17
**frustrated**
  8:23 58:9
  58:17 59:5
  59:7,8
  60:15,16,21
  60:22 61:17
**frustration**
  61:12
**full** 1:21 4:20
  81:4
**full-time**
  17:15
**functions**
  52:2,3
**FUND** 85:11
**Fung** 2:12 3:6
  4:17 6:6,13
  9:6,11,12
  12:16,19,24
  17:14 22:6
  23:10 30:21
  33:22 38:9
  38:12 40:12
  41:5,9
  42:11 43:10
  46:24 60:20
  62:16 63:11
  65:11 68:22
  71:15 77:7
  84:4,10,13
  84:15 85:15
  86:1 87:10
  93:24 94:20
  96:18
  102:24
  103:18
  105:7,11
  117:5,15,18
  118:4,6,15
  119:11,18
  120:6,15,20
  121:7,14,17
  122:19,22
  123:17,22
**funny** 31:22
**further** 15:4
  124:16
  125:11,15

**G**

**gasp** 77:12
**gauge** 84:7

**GED** 15:17
**general** 11:23
  58:10,18
**generally**
  17:17 31:14
  31:18
**gesticulate**
  78:10
**gesture** 78:10
**gesturing**
  76:22
**getting** 28:1
  90:15
  104:13
**girls** 36:9
  37:19,20
  38:1 40:16
  46:21 47:21
  47:21
**girls's** 45:20
  46:16
**give** 56:5,21
  64:5 111:9
**given** 91:23
  105:1,24
  107:14,15
  108:3
  112:22
**giving** 38:19
  100:21
  104:23
  113:5
**glanced** 75:14
**glass** 30:14
  30:22
**glean** 18:10
**go** 14:3 15:4
  15:15 38:4
  40:5 43:3
  49:18,21
  52:13,19,22
  57:20 62:10
  80:15 83:1
  83:3,6
  84:18,20
  86:8 97:6
  98:4 106:6
  108:6
  111:21
  115:24
  120:20
  121:14
**goal** 112:2

**going** 9:2
  12:13,17
  13:1 21:8
  28:1 34:12
  36:21 41:5
  44:23 45:4
  49:8,17,20
  52:11 56:20
  61:10 62:9
  62:11 64:9
  64:10 65:21
  66:7,12
  67:8 71:7
  71:20 72:19
  73:16 80:14
  81:12,18
  84:11,16
  85:1,18,19
  96:4 97:8
  97:13 99:16
  99:23 102:1
  102:7 105:6
  111:21
  113:23
  114:17
  116:15,23
  117:7,10
**good** 4:18,19
  31:17 39:1
  39:1 93:8
**gotten** 100:16
  114:16
  123:8
**gown** 53:6,7
  53:11
**GPHA** 115:6
**grabbed** 20:3
**graduate**
  14:24 15:9
  25:22 110:1
**grandmother**
  96:9
**great** 86:10
**Greater**
  115:5
**ground** 25:24
  76:4
**group** 58:21
  108:6 109:6
**growth** 25:14
**guess** 8:23
  20:10 30:3
  31:20,24

32:13 34:6
53:8 66:15
73:13 89:22
100:23
111:9
**guy** 75:10
**guys** 7:6
52:12

_____ **H** _____
**H** 3:12
**hair** 109:19
**half** 40:4 46:8
101:21
**hallway**
43:19,24
44:2
**hand** 47:12
47:15,17
49:22 73:17
75:8
**handed** 56:6
56:7
**handle** 56:18
59:2,3
**handled**
58:22 62:4
**hands** 55:6
78:8,9
**happen** 86:2
91:17
**happened**
22:20 26:12
36:20 44:17
56:13 64:7
64:17 65:14
65:17 69:24
70:3 77:14
77:21,24
82:1,21
94:4 97:15
98:19 99:12
100:12
103:1
**happening**
22:13 48:22
49:5 61:1,7
73:18 84:1
93:2 94:6
100:23
**happens** 26:1
52:7 73:11
79:16
**happy** 8:1

36:11
**harassing**
78:13
**harassment**
9:4,6 60:7
**hard** 32:16
32:16 74:17
75:20,24
81:15
114:17
**hardest** 76:1
**hat** 105:4
**he'll** 51:13
**head** 5:9 97:7
97:9 104:11
**headed** 80:19
**heading**
80:17
**heads** 48:12
**Health**
110:24
111:1 115:5
**hear** 49:12
52:8,9 68:7
68:10,13
71:2 73:8
**heard** 11:13
44:21 50:5
51:5,12,14
64:20 68:11
69:14,19,21
82:23 83:10
85:16 91:22
**hearing** 36:17
37:5 49:13
49:14 51:3
51:5 73:14
**heartbeat**
97:20
**heavily** 35:10
**held** 38:10
85:13
121:15
123:20
**hell** 29:23
77:23,24
**help** 29:19
33:20,24
34:10 92:1
92:12
106:17,20
106:21
**high** 14:3,4

14:16,18
97:12
**hired** 25:24
**history** 26:21
98:5 111:22
118:9 119:9
120:8 124:9
**hit** 74:23
75:13,15,18
75:19,24
76:5,11,11
76:13,15
77:6,15
81:15 82:10
**hitting** 75:1
77:9 96:1
99:8
**hold** 103:11
103:12
**holding** 45:18
46:17,21
75:11 85:7
103:15
**home** 10:24
11:3 18:12
18:15,16
19:3 20:3
20:10,11
28:22,24
31:19 32:6
32:11 36:13
40:13 44:8
44:15,20
47:3,10
51:20 52:13
55:15,21
56:1 58:14
59:9,23
60:9,10
64:24,24
68:8 79:11
84:5 89:18
89:18 92:4
94:11,12,17
94:18 96:20
96:21,23
97:1 121:5
**Hon** 33:4,4
113:19,20
**honest** 43:17
**Honey** 80:15
**Hong** 111:12
**hook** 41:18

**hoping** 85:7
**hospital** 24:5
33:6,7
84:16,18,20
94:7 97:16
98:1,2,24
99:17
100:11
103:3
104:10,15
107:14,19
110:23
121:21
122:9
**hospitals**
98:13
**hostile** 21:5
21:15
**hour** 40:4
84:12 100:9
100:10
**hours** 17:17
17:19,23
59:24 100:9
**house** 10:14
19:16,19
20:14,19
31:14,15
37:12,18
41:13 50:22
50:23 57:13
59:17 60:17
61:16 62:10
63:20,21,23
64:2 66:7
66:19 67:14
69:2,6
70:17 79:5
79:13 108:9
118:22
**houses** 58:2
**Howard**
14:22
**hung** 72:2,6,8
72:13,20
73:15
**hunter** 1:4
7:5 10:1,2,4
10:5 11:5,5
11:6,14,23
12:1,4,7
13:7,15
18:20,24

19:22 20:19
21:1,18
22:2,8,9
23:1 26:24
31:16 35:15
39:6 45:6
47:22 48:9
48:17,21
49:3,6,20
51:18 52:4
53:2,24
55:3,5,18
56:18,22,23
57:23 63:13
64:8,18
65:12,18
70:23 71:2
71:9 73:1,2
74:2 77:20
78:8,14
79:15 80:1
80:12,13,20
82:13 83:1
83:7,11
86:14 88:4
89:18 94:2
94:10,23,24
95:14,23
96:2,20
102:8 104:8
104:16,18
104:22
106:8
109:23,24
**Hunter's**
13:23 22:24
44:4 63:10
96:14
**Incomplete**
62:22
**hurt** 82:12
**husband** 7:5
8:13 9:9,24
10:11,22
11:4,14,14
28:19 45:3
119:16,21
**husband's**
20:22
**hyper** 56:16
**hypochond...**
81:16
**hypothetical**
62:22

_____ **I** _____

**idea** 93:8
**identification**
41:8 105:10
119:14
**identify** 84:3
**ignore** 66:12
93:21
**ill** 92:19 93:9
93:11
**immediate**
95:5
**immediately**
49:6,16,23
50:4 77:19
77:22 78:2
**important**
5:10
**impression**
90:13
**improper**
62:19
**inaccurately**
20:22
**incident** 9:10
19:15,18,20
20:6,7,19
37:9 81:2
86:21 88:15
109:4
122:18
123:1
124:14
**incidents**
19:20 20:17
20:24 58:21
**include** 26:10
**incontinence**
90:5
**independen...**
62:2
**indicating**
41:24 42:2
42:3,12,14
42:18 43:9
43:16,18
44:2 45:10
47:2 67:22
76:14
**individuals**
12:8
**infect** 26:4

**infection** 26:3
**infidelity** 8:24
**inform** 22:13
**information**
22:12 25:4
61:4 83:23
106:22
**informed**
19:9 22:15
33:4 108:5
**injuries** 76:7
82:11
**inside** 47:2
68:8 79:5
**instruct** 5:24
13:1
**instruction**
107:13
**instructions**
107:13,15
108:3
**instrumental**
22:11
**insurance**
25:7 108:10
108:11
109:6
112:24
113:1
115:22,23
116:1,2
121:22
**intense** 82:16
85:1,8,9
91:13 99:8
**intensity** 85:9
**intention**
35:1
**interacted**
56:11
**interacting**
21:20
**interaction**
40:3 63:17
84:6 98:22
**interactions**
21:20 54:18
56:8 57:22
86:4
**Interactive**
16:21
**interest** 15:14
63:24

**interested**
31:23 59:22
64:1 125:18
**interfere**
62:14
**intermittent**
90:15 93:14
**interrupting**
37:6
**introduce**
118:2
**investigate**
62:18
**invited** 38:1
**irate** 52:16
**irritated** 60:7
**isolated** 120:7
**issue** 9:10
32:1,22
57:7 58:22
89:17 92:8
117:17
121:11
**issues** 57:24
58:16 62:1
111:17
115:1

_____ **J** _____
**J-U-A-N-I-...**
4:22
**January**
11:17 17:10
115:19
**Jersey** 95:8
**job** 61:17,20
110:3,4
**jobs** 17:15
107:6
**John** 2:8 9:11
**journal** 16:12
16:13,14
**Jr** 43:20 46:6
80:12,13
**Jr.'s** 51:22
**Juanita** 4:21
4:22
**judge** 58:20
**judgment**
123:11,12
**July** 7:24
114:10
**jump** 30:18
**June** 8:18

9:18 23:16
23:17
112:15
113:12
114:8,12

**K**

**K-O-S-T-I-...**
112:12
**Kadir** 19:1
**Kansas** 8:3
**Kassim** 11:6
11:7,8 20:9
20:11 23:6
104:22
**keep** 31:15
42:8 78:12
106:14
**Keeshama**
13:7 18:24
19:21 20:19
22:8,9
95:22
104:18
**Kenya** 1:14
2:10 3:4
4:11,21
**kept** 66:4,13
66:13 67:7
**Khadira** 19:6
19:11 21:7
21:10 36:22
42:24 55:24
**Khadira's**
37:21
**kicking** 73:15
**kids** 31:20,22
38:4 79:22
**kind** 22:1
31:7,22
32:16 37:7
39:22 48:7
48:8,11
49:22 51:10
51:11,16
53:7 55:8
67:24 74:22
76:14 77:10
77:13,21
78:15 81:16
83:8 100:13
101:4 107:3
107:3
119:24

120:18
**kitchen** 42:18
43:12,14
51:14 64:13
64:14 65:20
67:22 73:6
80:14,18
**knew** 22:14
24:23 25:3
56:18 59:20
59:23 61:7
62:24 66:24
67:14 73:8
81:3 91:10
107:3,3
110:13
**knob** 74:17
74:24,24
75:15
**knock** 38:7
**knocked** 19:8
**knocking**
45:1,2
83:10 85:16
86:7
**know** 5:17
19:4,12
20:12 21:2
21:19 22:18
23:24 24:6
25:1 30:5
31:7 32:22
32:23 35:17
40:10,11
44:10,11,11
45:23 47:9
47:21 50:12
50:14,14,18
50:20 52:18
53:12,14,15
53:15,16
54:9,10
55:1,2,11
57:4,5 59:1
60:14,23
61:5,6,19
62:6 64:3
65:19 66:17
67:11,12
69:21 70:9
71:22 73:4
73:6,15,24
74:10,15,17

78:3 82:7
82:24 83:5
86:3,9,19
87:13,16,18
87:22 88:4
88:18 90:3
91:22 92:7
93:7,20
96:4 98:14
99:1,21
102:3,19,21
103:7 104:6
104:10
106:13
107:17
109:7 112:1
117:1 118:9
118:13,22
119:23
120:9
121:20
122:7
**knowing**
90:24
**knowledge**
12:6,21
13:8 21:1
35:15
**known** 16:20
35:5
**knows** 55:12
**Kostiuk**
112:12,17
114:6,12,14
114:15
**KS000024**
118:5

**L**

**label** 43:24
44:3
**labeled** 42:16
**lack** 119:19
**laid** 12:23
**landline**
41:14
**LANE** 1:21
**language**
18:8 30:4
**lapse** 114:9
**lapsed** 115:22
115:23
**lasts** 31:17
**late** 17:6,6,9

17:12 22:18
22:19 55:2
55:11 60:19
61:10,12,14
61:22 82:8
89:22 90:14
94:2 104:6
108:2
115:24
**Latino** 54:20
66:23 67:6
**Latinos** 16:1
**laughing** 54:3
56:15 57:2
57:3,4,5,6
57:10 67:3
**LAW** 1:17
2:12
**lawsuit**
122:12,14
**lay** 81:6
**laying** 80:9
**layout** 41:3
43:19
**leading** 43:12
43:19
**leaking** 90:3
90:20 91:15
**leaning** 73:23
75:7
**leaving** 48:24
104:23
**left** 36:12
45:15,18
46:11,12
64:8 65:8
79:2,10
80:3 84:9
85:17 102:6
104:11
112:15
113:11
114:5,8,12
**leg** 75:7 77:4
**legally** 11:14
11:19
**lent** 62:8
**let's** 43:4
49:17,21
59:3 74:19
97:7 107:24
**level** 21:21
**LEWIS** 2:2
**library** 123:8

**life** 118:9
119:8
**light** 51:17
66:1,14,16
66:22,22,24
67:7 75:10
83:6 91:8
**lights** 45:19
45:19 46:18
46:21 49:2
50:2,7,10
**line** 123:24
**linguistic**
16:23 18:3
18:7 87:15
106:16
**liquid** 92:14
**liquor** 32:16
32:17
**literally** 28:9
49:4
**little** 7:7
27:23,24
36:9 38:1
45:14 48:7
73:21,23
74:10 76:9
79:1 90:3
90:16,23
91:12
103:16
**live** 9:23,24
10:21,24
11:7 20:9
95:7
**lived** 8:9,11
10:22 11:1
11:3
**lives** 95:3
**living** 9:13
10:12 25:16
25:19 26:5
41:19 42:20
43:8,11
45:20 47:6
49:1 67:20
73:7 97:14
**LLP** 2:7
**located** 40:14
41:11 78:18
**long** 8:9 9:16
10:24 11:9
11:22 17:2

18:4 28:11
37:13 39:12
39:13 46:23
49:4,5
50:22,23
51:19 64:24
84:5,8 86:7
100:6 104:2
113:8
**longer** 88:22
112:11
**look** 25:16
54:15 67:15
120:12
**looked** 48:20
54:16,20
66:23 79:22
100:8
107:11
**looking** 42:9
46:1 51:4
51:18 53:4
105:14
**looks** 117:20
**loose** 53:6,7,7
53:8,15
**losing** 97:20
**lost** 77:12
100:13
116:1
123:11
**lot** 25:21 31:3
32:7 38:18
44:21,21
54:2 60:24
69:12 82:3
92:3,4
100:22
110:14
118:22
121:12
**lots** 36:7
110:13
**loud** 44:21,21
**loudly** 55:10
**low** 51:5

**M**

**main** 109:16
**making** 49:1
56:21 64:9
64:13 88:21
93:5 120:18
**male** 70:6,7

72:1
**man** 54:12
71:1
**manager**
15:19,20
**manner**
32:24 93:12
**March**
115:14
**marijuana**
27:11,12,14
33:12,13,17
33:24 35:2
35:5,17
98:10,17
111:24
112:3 120:8
**marital** 11:13
12:11
**mark** 41:5
105:7
117:11
119:12
**marked** 3:14
4:2 41:7
105:9
119:13
**Market** 2:3
**marking**
117:13
**marriage**
8:21 11:24
**married**
11:16,17
106:5
**material**
53:16
**materials**
13:4
**matter** 7:2
32:20 52:11
57:8,11
59:3 61:21
62:3,15
**McClam** 2:8
3:7 5:24 6:9
9:2,7 12:13
17:4 21:23
23:2 30:17
33:18 42:5
43:1 46:2
59:13 61:18
62:21 65:6
68:19 71:12

76:18,21
83:13 84:10
84:17 85:1
93:10 94:14
95:19
102:20
103:4 117:3
117:7 118:1
118:11
120:2,10,17
120:21
122:17
123:19
124:3,7,16
**mean** 24:3
28:7 57:11
63:12 76:17
82:12 87:11
100:20
115:12
**means** 120:22
**meant** 64:22
117:1
**mechanisms**
108:7
**media** 16:23
41:18 67:21
68:2
**medical**
24:15 85:3
88:7,14
89:14 92:18
93:22 98:5
98:7 121:19
122:1
**medication**
33:13,16
111:13
113:22
**medications**
88:9
**medicinal**
30:8,9
**Medicine**
111:3
**meet** 6:15 7:8
34:4 107:19
113:20
114:14
115:20
**meeting** 6:14
6:21 33:2
98:19 109:2

Kenya Shujaa
September 14, 2018

111:14
113:24
114:13
**Melissa**
112:11
**Melvin** 88:2
**memorand...**
104:19
**mention**
11:13
116:15
**mentioned**
11:18 25:10
37:11 39:5
48:14,16
52:4 56:24
58:12,14
64:23 74:5
78:14 80:20
81:23 82:10
83:10 85:18
94:1 97:3
108:24
109:3
**Mercy** 24:5
94:7 97:15
97:17,24
98:2,12
99:13,15,15
99:22 100:5
100:6
101:16,24
102:16,22
121:21
122:9
**messages**
23:8 37:3
**met** 6:17 12:1
34:5,5
101:9
107:21
111:6,6,6
111:11
113:21,21
114:15
**MICHAELA**
2:3
**middle** 11:5
23:16 40:16
113:11
**midnight**
36:16,17
58:5 59:16

59:18 60:1
60:4 61:7
midway 47:7
minute 52:23
66:11 70:7
72:11 86:12
minutes
28:13,14
40:2 64:20
64:20 65:3
65:13 84:8
86:9,12,17
86:18,19
91:6
miscarriage
26:21,23
94:7 101:5
106:12
107:10
116:11
118:19
miscarriages
99:16
miscarried
100:15
103:2
miscarry
102:2,4,7
Mischaract...
85:23
missed
106:22,23
misspelled
105:17
mistakable
90:10
mixed 98:13
Mm-hmm
42:4,15,17
52:6 97:5
mobile 51:22
mobility 52:1
mom 13:23
moment
44:23 64:14
Monday
39:19 56:1
57:20 90:8
90:14,22
money 62:8,9
62:10 123:6
month 31:17
114:10

**months** 8:11
9:18 26:19
114:9
**MORGAN**
2:2
**morning** 4:18
4:19 6:5 7:8
89:15 91:18
94:3 104:5
104:6
**mornings**
97:9
**morphine**
97:18
100:21
101:3
**mother** 18:20
19:6,12,14
20:3,10,12
52:12 58:24
64:3 95:3,9
95:15,18,20
96:2,6,11
96:15
**mother's**
18:22,23,24
**mothers's**
63:8
**motion** 34:20
49:21
**mounted**
41:15
**mouth** 47:14
**move** 8:4,12
10:7,8
**moved** 8:5,13
35:4 48:8
**moves** 48:22
74:12
**Muhammad**
19:1 21:4
22:2 36:19
39:6 61:15
**Muhamma...**
21:17
**Muhummad**
19:1
_____ N _____
**N** 2:1 3:1
125:1
**Nadeer** 10:1
10:4 11:5

45:8,15,15
45:18 46:4
47:11,12,17
51:10 60:11
97:12,12
name 4:20
10:16 13:7
18:23,24
33:3 44:10
70:9,10
89:2 101:11
105:16,18
105:20,21
106:1,5,6
108:13,15
111:5
112:11
113:17,19
115:4
named 19:1
111:12
names 18:22
44:12 106:3
Nationality
54:11
natural 30:5
30:5 90:18
93:15,18
nausea 28:2
nauseated
27:23,24
Navedo 44:13
54:14 78:24
79:9
near 43:6
47:6,12
67:23,23
nearby 73:10
nearly 23:20
101:22
necessarily
11:24
need 7:7
24:15 36:23
needed 81:6
82:6 84:21
93:6 109:20
needs 21:10
neglecting
96:1
neither 96:19
125:12
nervousness

81:10,10
Netter 16:3
Network
109:8
neutral 21:5
never 22:3,3
26:23 28:4
28:22 32:24
33:14 58:16
95:12 97:1
97:24 98:2
106:4 110:8
122:7,10,13
122:15,20
new 14:8 31:1
31:3 95:8,8
112:10,11
112:16
124:13
NEWTOWN
1:22
nicknames
5:2
nicotine
34:21
night 19:6
27:21 28:3
28:6,22
32:7,10
37:4 39:11
44:6 47:13
52:21 53:5
55:2,11
56:1 59:6
61:12 63:4
63:17 82:8
82:22,24
84:17,19
86:5 103:20
104:23
109:21
nighttime
29:2
NJ 1:23
nods 124:11
noise 37:5
noises 44:21
73:14
normal 52:3
North 8:7
Notary 1:16
125:23
note 46:2

123:23
**notes** 119:19
**noticeable**
76:10
**noticed** 50:2
**notices** 122:3
**notify** 102:8
**nouns** 43:4
**November**
8:16 11:1
59:20,21
**number** 3:14
118:3
**numerous**
8:20
**nurse** 97:18
98:1,4,10
98:20,21
99:1,13
101:24
**nursing** 99:1
**nutrition**
25:5,10,14
26:3 107:17
**nutritional**
25:12,21
**NY** 1:23
_____ O _____
**O** 125:1
**oath** 5:4
50:16
**object** 9:2
12:13,15,17
17:4 21:23
33:18 40:8
59:13 61:18
62:21 63:3
63:20 65:6
83:13 85:22
87:1 93:10
94:14 95:19
102:20
103:4
118:11
120:2,10,17
120:19
**objected**
59:14,15
63:4,22
**OBJECTI...**
40:8
**objection**
12:20 23:2

71:12
120:24
objections 4:7
objective
53:13
obstacles
118:8
obtained
14:18
obvious 53:21
93:20
obviously
29:3 51:12
76:13 81:2
109:19
110:1
112:24
123:11
occasion
18:17 27:16
27:16
occasionally
27:11
occasions
19:2
occupation
16:10
occur 37:14
81:3
occurred 38:8
38:14 78:18
101:6
occurring
54:24 71:24
October 36:6
108:2
offense 7:19
offered 108:8
offhand
119:6
officer 44:12
44:12 45:23
49:2 51:1
55:7 56:5
56:12 57:1
57:2 62:7
64:6 66:21
72:4 73:22
75:5,9
78:21,21,24
79:7,8
officers 44:7
44:10,14,19

45:7,9,13
45:17 46:5
46:9 47:2,9
47:18,24
48:14 49:3
50:1,7,9,9
51:7,20
52:5 53:22
54:8 55:14
57:17 58:9
58:11,12,14
58:15,17,18
59:5,7,8,10
60:17 61:16
61:17 62:18
62:20 63:6
63:6,7,15
64:23 65:4
68:7 69:8,9
74:3 77:23
78:5,15,17
79:16 80:1
80:21 83:17
83:22 84:5
85:17 86:5
88:15 98:22
99:4
officially 15:8
oh 25:6 29:7
30:24 37:18
39:21 42:3
44:24 45:1
45:13 49:17
49:20 50:12
68:9 80:6
106:10
108:8
113:17,17
119:15
okay 5:14,15
5:17,18
6:14,24 7:9
9:11,22
10:12 11:12
11:22 13:1
14:21 15:7
15:16 16:16
17:21 20:15
22:17,24
24:8 26:21
27:3 28:15
29:5,8,15
33:9,23

Kenya Shujaa
September 14, 2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 34:2,11 | 72:8 74:11 | 80:23 85:1 | 107:14 | 67:23 68:2 | 47:1 51:9 | 16:13 | **print** 116:6 |
| 35:2 37:10 | 75:17 | 88:23 99:9 | 109:8 | 68:14,24 | 52:4,7,8 | **precisely** | **prior** 10:21 |
| 40:2 41:20 | **opens** 73:20 | 100:20,22 | 110:23 | 69:3 70:1,6 | 53:18,23 | 73:10 | 10:22 18:11 |
| 41:23 42:19 | **operator** | 101:3 | 111:3 | 70:7 71:16 | 55:14 56:2 | **prefer** 34:17 | 24:8 26:6,9 |
| 44:3,6,10 | 68:15,24 | 102:11,13 | 121:21 | 71:17,20,21 | 59:10 66:6 | **pregnancies** | 26:11,21 |
| 44:14 47:24 | 70:1 72:1 | **pains** 93:17 | **Pennsylvania** | 72:1,3,13 | 66:8 72:2 | 26:12 27:3 | 27:6 30:13 |
| 50:14,15,21 | 72:15 | **papers** 57:14 | 1:1,18,22 | 72:15,16,22 | 73:11 77:20 | 34:23 | 33:5 38:13 |
| 50:24 51:8 | **opposed** | **paperwork** | 2:4,9,14 | 73:16 83:18 | 79:1,3,3,17 | **pregnancy** | 38:14 57:21 |
| 51:13,14,15 | 33:17 | 11:20 56:17 | 15:6 123:5 | 102:12 | 79:20,20 | 23:16 24:9 | 113:15 |
| 54:23 55:20 | **opposite** | 57:18 65:10 | **people** 10:15 | **phones** 41:11 | 82:11 84:11 | 27:9 29:8 | 122:17 |
| 56:2,24 | 78:22 | **parent** | 24:23,23 | **photos** 105:5 | 84:17 93:21 | 29:11,14 | **probably** |
| 57:16 59:6 | **oral** 34:20 | 105:15 | 25:1 26:5 | **physical** 99:9 | 97:22 100:1 | 30:10,23 | 17:19,22 |
| 59:10 64:17 | **order** 13:9 | **Parks** 14:7,14 | 30:2 52:16 | 102:10 | 101:22 | 31:6,8,11 | 22:9 35:3 |
| 65:12 66:20 | 15:21 26:2 | **Parkway** | 52:17 53:17 | 107:4 | 103:2,8 | 35:1,9 | 38:6 92:17 |
| 68:14 69:4 | 52:18,19,23 | 97:13 | 57:24 58:21 | **physically** | 108:16 | 92:11 93:15 | 102:7 |
| 69:24 70:11 | 53:1,4 54:5 | **Parsons** 8:3 | 60:16,22 | 39:2 | 114:16,23 | 93:18 | **problem** |
| 71:6,7,24 | 55:9 117:12 | **part** 25:13 | 61:20 70:16 | **physician** | **pointing** 43:3 | **pregnant** | 11:12 57:15 |
| 72:6,11 | **orders** 61:3 | 58:1 61:12 | 83:4 106:20 | 27:7 97:24 | 48:15 76:24 | 23:14,15,21 | 66:5 68:23 |
| 73:11,16 | **osteological** | 63:1 77:4 | 110:2 | 112:13 | **police** 18:12 | 23:23 24:2 | 69:14,19,22 |
| 79:23 80:16 | 25:13 | 90:18 93:15 | 119:23 | 114:24 | 19:2,7 20:4 | 26:7,8 | 92:22 113:5 |
| 85:8 89:13 | **osteology** | 93:18 | 121:22 | 115:2,11 | 20:12,16,21 | 53:10 90:18 | 113:7 |
| 92:10 98:16 | 25:24 26:1 | **particular** | **perfectly** | **physicians** | 57:22 58:12 | **prenatal** | 116:21 |
| 99:23 | **outside** 6:14 | 18:10 59:6 | 24:23 | 114:22 | 59:5 60:23 | 24:18,20,24 | **problems** |
| 105:19 | 6:21 7:1 9:3 | **particularly** | **period** 32:12 | **picture** 45:22 | 62:7,14 | 25:9 27:4 | 24:10 51:24 |
| 106:11 | 37:19 49:16 | 90:9 | 113:1 121:3 | **piece** 100:16 | 63:6,14,15 | **prepared** | 92:1 |
| 107:5 | 49:18,21,22 | **parties** | **peripheral** | **pieces** 100:16 | 66:19 67:9 | 104:19 | **procedure** |
| 110:15 | 49:23 50:5 | 125:14 | 73:9 | **piercing** | 67:16 70:14 | **preparing** 6:2 | 63:1 |
| 111:4 113:8 | 69:10 78:4 | **party** 37:12 | **person** 10:15 | 77:14 | 70:15,15 | 38:17,19,22 | **process** 25:2 |
| 114:1 115:8 | 79:6 85:19 | 37:13,15,16 | 56:11 62:8 | **pillows** 48:12 | 86:5 98:22 | **preschool** | 49:9 120:4 |
| **old** 7:21 10:3 | 85:19 86:8 | 38:13 | 62:11 65:23 | **place** 29:5 | 99:4,4 | 104:11 | **Professional** |
| 23:18 60:3 | 91:8 101:23 | **pass** 92:24 | 65:24 66:15 | 102:17 | 118:17,19 | **prescribed** | 1:16 |
| **once** 18:14 | 121:9 | **passive** 56:11 | 66:16 67:1 | 113:18 | 118:21 | 88:9 | **program** 15:6 |
| 23:7 30:15 | **outstanding** | **patch** 34:18 | 111:6 | 125:9 | **policeman** | **prescription** | 15:18 |
| 31:15 50:5 | 121:18,24 | 34:19 | 112:10,17 | **placed** 96:14 | 19:11 | 27:12 | **proofreading** |
| 51:14 54:4 | 122:5 | **patches** 34:6 | 113:18 | **places** 102:18 | **population** | **present** 11:10 | 16:22 17:7 |
| 57:14 97:15 | **overwhelmed** | 34:10,11,15 | **person's** | **plaintiff** | 25:16 | 19:7,13 | 18:1 |
| 112:4,5,20 | 79:22 | **pathologies** | 112:11 | 122:12,13 | **populations** | 36:8 105:18 | **protection** |
| 114:15 | **overwrought** | 26:3 | **personal** 8:20 | **Plaintiffs** 1:5 | 25:20 | **presents** 36:7 | 13:9 |
| **open** 47:14 | 92:7 | **pathology** | **ph** 10:1,2,17 | 2:5 | **porch** 49:3 | 38:20 | **protective** |
| 47:16 65:22 | **owe** 16:8 | 26:2 | 16:24 33:4 | **plan** 34:6 | 52:5 53:3 | **pretrial** | 117:12 |
| 66:3 68:3,4 | **owed** 123:5,7 | **pay** 122:9 | **Ph.D** 15:5 | 117:16,21 | 53:23 54:1 | 104:19 | **protesting** |
| 69:12,16,17 | | **peeing** 92:14 | **Philadelphia** | **planning** | 69:10 78:4 | **pretty** 21:21 | 20:20,21,23 |
| 69:19,20 | **——— P ———** | **peer** 16:14 | 1:7,17,18 | 117:15 | 78:5,16 | 38:18 52:3 | **psychiatrist** |
| 71:8 72:6 | **P** 2:1,1,8 | **pending** | 2:4,9,12,14 | **playground** | 79:10,15 | 72:9 83:7 | 33:3 111:12 |
| 72:12 73:12 | **p.m** 38:14 | 109:6 | 8:4,5,8 | 38:21 | 80:1,21 | 119:22 | 113:19 |
| 73:16 74:18 | 103:22 | **Penn** 33:7 | 115:5 | **playing** 37:19 | **positions** | **preventing** | **Public** 1:16 |
| 80:8 | **PA** 1:23 8:8 | 99:17,24 | 119:23 | 37:24 | 17:16 87:5 | 5:19 | 125:23 |
| **opened** 68:12 | **pacing** 68:1 | 100:1,5,7 | **phone** 40:6 | **please** 4:20 | **positive** 29:13 | **primary** 27:7 | **puff** 28:10,10 |
| 72:15,17,22 | **pack** 31:16 | 100:11 | 41:13,17,21 | 16:19 | 73:7 | 114:24 | 28:10 29:1 |
| 72:24 73:18 | **PAGE** 3:5,13 | 101:1,13 | 56:21 64:10 | **point** 11:18 | **possibly** | 115:2,11 | **puffs** 27:22 |
| 74:7,8 75:4 | **paid** 122:7 | 102:5,16,23 | 64:13,18 | 22:15 32:18 | 45:22 77:4 | 116:10 | 27:23 28:2 |
| 75:5 78:19 | 123:12 | 103:3,19 | 65:19 66:6 | 44:8 45:14 | **power** 99:24 | **Princeton** | 28:3,5,7 |
| **opening** 48:6 | **pain** 77:8,12 | 104:2 | 67:8,10,19 | 45:18 46:10 | **pre-submis...** | 14:6,9,11 | **pull** 74:7 |
| | 77:14,15,17 | | | | | | |

Kenya Shujaa
September 14, 2018

pulled 100:16
pulling 74:12
purpose
110:3
pursuant
117:12
pushing 74:8
74:11
put 68:16
70:5,6
73:17 76:22
83:3 86:10
86:12 106:7
109:13
putting 48:12

**Q**
qualify
111:10,18
question 4:8
5:11,12,16
13:2 30:18
68:20
105:23
116:23
123:18
questioning
124:1
questions
5:13 14:2
21:9 84:14
123:18
124:17
quick 41:2
78:20
quickly 74:1
74:1
quote 91:10
93:17
101:17
109:21

**R**
R 2:1 125:1
radiator
74:19,20,22
76:6 82:10
raised 55:1,3
78:7
rarely 35:21
read 13:3
25:6 90:12
reading 4:5
90:12

really 12:1
19:15 21:12
21:13 31:20
33:14 34:21
38:21 39:20
43:22 61:8
80:6 81:19
90:20
100:13
109:13,16
114:1,16
121:11
rear 43:23
reason 15:11
59:4 63:20
123:7
reasons 8:20
recall 18:14
19:16 21:24
22:3 31:5
36:22 39:10
46:18 49:5
49:13,14,15
50:3,4
54:19,21,21
55:3 56:9
68:5 70:10
77:13 79:13
83:18,19
85:9 87:7,8
87:9,23
98:11
115:21
124:8,12
receipts
112:23
receive 15:2
27:4 34:2
85:3 89:13
110:5,21
122:3
received 23:6
122:2,3
receiving
24:18,20
116:9
recess 16:2
reclining
80:10
recognized
66:24
recommend
108:16,17

108:19
109:9
recommend...
110:23
recommend...
33:10
recommend...
111:13
113:22
116:16
reconciled
8:14
record 38:9
38:11 46:3
54:6 68:20
85:14 95:21
96:15
106:14,15
112:21
113:2,2
116:24
117:9,10
121:14,16
123:19,21
123:23
recorded
121:6
recordings
18:8
records 3:17
100:8
112:22
113:3 116:4
recovered
73:24
recreational
27:10 35:16
reference
104:17
120:13,16
121:8
referral 111:2
referred
120:13
referring
33:1 54:7
99:20
118:10
119:20
regarding 7:1
7:1,11 19:3
58:15
region 77:9

82:19
register 44:23
99:8
regular 30:15
99:8
related 90:6
104:21
107:16
125:13
relation 95:1
relationship
11:23 12:2
21:3,13,17
22:8,15,24
95:2
relative
125:16
relatives 95:5
relax 28:4
relaxed 36:13
relevant 9:3
remain 10:10
remember
19:18 31:9
32:17 38:22
39:20 49:14
49:17 50:12
50:13,16,17
50:19,20,20
51:2,3
54:19 56:9
69:16 71:1
71:17,22
72:18 73:9
74:23 75:1
76:19 77:5
79:19 81:1
82:2 87:17
89:2,17,21
90:23 91:9
98:23 103:7
107:24
108:13,15
108:22
111:5
113:17
118:23
remembered
31:1 50:15
75:3
remembering
100:21
repeatedly
69:13,17

rephrase 5:17
report 20:21
reporter 1:16
5:7 76:22
125:5,22
REPORTI...
1:21
research 25:3
reserved 4:9
resident
101:10
resolved 54:5
65:5
respond
51:12
responded
58:16
responding
57:17
responses
40:1
rest 81:6 82:6
92:12,16
rested 92:15
101:2 103:5
resting
107:16
restraining
61:3
result 20:16
76:8 77:9
106:11
111:15
retrieved
56:3
return 62:9
86:22
returned 53:3
100:4
returning
59:23
reunite 8:17
96:11
reunited 8:18
review 5:23
6:7,12,22
64:6
reviewed 6:2
6:10
reviews 16:14
ridiculous
63:15
right 17:20

24:21 48:22
51:19 64:10
64:10 78:3
79:4 108:12
122:20
ring 82:23
Romanic
10:16
room 41:19
42:21 43:8
43:11 45:20
47:6 49:1
50:8 67:20
73:7 80:16
80:19 88:23
rooming
10:14
roommate
10:19,20
running 83:4
83:5 85:18
runs 75:16

**S**
S 2:1 3:12
safe 61:9
sang 36:11
sat 104:14
satisfied
123:14
save 101:19
102:5
saw 39:14,14
39:16 45:7
45:8 47:1
63:20 65:24
66:23 75:12
76:2 80:13
80:18 82:13
82:14 83:4
83:5,6
89:19
saying 20:13
39:21 41:20
43:2 47:1
49:17 50:3
50:6,9,14
50:19,24
51:4 52:9
52:18 54:21
55:1 57:6
69:9,11,16
69:21 72:18
75:18 83:19

86:10 99:21
108:23
says 99:19
118:7,8
120:7,7,8
scale 46:14
75:24 77:17
schedule 87:4
87:21
114:17
scheduled
86:23 87:11
school 14:3,4
14:5,6,7,7
14:10,11,14
14:17,18
15:4 16:4
21:8 25:22
29:1 36:23
39:17 52:10
52:14 55:12
57:19,20
58:6 97:12
97:13 110:11
school-based
15:19
Schutte 44:12
57:2 78:21
78:21 79:7
screaming
54:24
screen 68:4
se 37:16 64:2
75:15
sealing 4:5
seated 41:17
second 14:6
23:17 25:8
79:6,12,14
84:6,6
85:17 97:8
seconds 49:10
66:9,11
section
105:15
see 22:3,21
26:4 39:23
39:24 45:4
48:5,7 50:8
50:23 59:4
67:15 69:7
69:23 73:8
73:21 74:17

74:20 76:10
80:8 82:14
82:20 83:2
83:16 84:1
84:2,24
85:19,19,20
91:15 97:7
103:6
107:24
111:4,10
112:9
115:10,13
seeing 49:2,5
51:3 74:14
90:23 91:11
112:13,14
113:10,15
114:3,5
115:8,17
116:2
seek 24:15
25:8 92:18
109:10
seen 21:20,21
23:9 65:10
83:22 97:18
sees 48:21
selection
16:14
send 20:20
83:11
sending 63:16
101:20
102:5
sends 23:7
sense 58:7
59:16 60:1
60:5
sent 80:16
83:11 108:9
separate 8:15
8:19
separated
8:14,16,20
11:19,19
110:12
119:22
separation
9:8 11:21
September
1:11 18:11
24:4,8 27:6
35:24 36:2

Kenya Shujaa
September 14, 2018

44:6,7 58:8
86:21,22,22
88:6,12
89:7 91:17
91:18,18
94:3,3
103:23,23
104:1 108:2
121:19
**Sergeant** 88:2
**serious** 92:22
**SERVICE**
1:21
**services**
15:14,15,16
16:14 32:3
32:11 35:12
121:4,10
**SERVING**
1:23
**session** 28:12
**set** 40:17 87:4
94:6 125:10
**seven** 60:3
**severe** 60:12
**shaking** 5:9
**share** 8:22
**sharing** 54:4
**sharp** 77:12
77:13,15
**shine** 66:1
**shining** 45:19
49:2 50:2,7
50:10 66:14
66:21,22,24
**shopping**
21:9
**shorts** 47:13
**shots** 32:10
32:15
**show** 41:10
46:4 105:6
116:22
**showed** 19:11
56:13
**showing**
53:18,19
**Shujaa** 1:15
2:10 3:4
4:11,18,21
4:24 9:9
14:1 37:6
45:21 88:6

105:24
106:3,4
120:23
122:11
124:8
**Shujaa's**
123:23
**Shujaa-1**
3:15 41:6,7
46:5
**Shujaa-2**
3:16 105:8
105:9
**Shujaa-3**
3:17 119:12
119:13
**side** 25:15,16
43:6,7,7,11
45:10 55:7
68:11 74:21
74:22 77:6
78:22 79:4
**sides** 78:6
**sign** 108:10
108:11
**signing** 4:5
48:1
**sincere** 59:22
61:13
**sister** 36:14
**Sisters** 95:6
**situation** 13:4
15:12 19:5
22:11 58:22
60:14 65:5
81:21
**six** 9:17 24:2
31:16
**sketch** 41:2
**slapped** 77:11
**sleep** 38:5
40:17
103:15
**sleeping**
42:23,24
43:5 48:2,4
48:16 80:4
80:5 100:18
103:14
**slept** 103:8
104:5
**slightly** 45:17
**small** 62:12

**smell** 90:10
90:10
**smiling** 54:3
**smoke** 28:4
35:23 112:3
**smokes** 35:17
**smoking**
28:12,15,17
28:21 29:9
29:10,12,14
29:17 34:3
34:22 35:22
**social** 15:14
15:15,16
16:23 32:3
32:11 35:12
107:19,22
108:4,5,13
109:4 111:7
121:4,10
**Socially**
120:7
**somebody**
69:19
**someone's**
45:2 59:17
**somewhat**
73:2
**soon** 48:8
77:21 93:9
109:14
**sore** 76:9
**soreness**
82:15
**sorry** 10:8
15:23 44:17
45:11,21
68:21 75:22
76:21 98:20
105:22
**sort** 89:14
**sorts** 104:24
120:16
**sought** 88:14
89:23
110:16
114:21
**sour** 22:23
**South** 9:15
10:8,23
40:14
**Spangler** 8:7
9:13,23

**Spanish**
106:19,20
**speak** 5:8,10
97:22
102:12
116:10
**speaking**
49:11,15
50:4,18
51:7,9,11
52:8 53:23
54:22 57:1
57:6 66:2
67:11,12
68:15,24
69:3,23
71:9,10,18
71:19,22,23
72:22 80:21
106:20
**speaks** 78:9
**specifically**
16:16 18:15
19:18 31:9
50:21 72:17
72:19,20
101:7 107:2
107:8
108:17,22
108:22
109:9
116:12
**specifics** 7:11
**speculation**
65:7 71:13
83:14 94:15
118:12
120:11
121:1
**spell** 16:19
**spending**
38:17,18
**spent** 15:5
92:3 109:16
**spilling** 37:18
**split** 119:16
**splitting**
120:1
**spoke** 7:4,5
21:6 58:19
63:5,7,7,14
70:7 97:24
98:1,2,2,4

98:23,24
104:6
114:23
116:12,12
118:18
**spoken** 6:24
21:14 23:9
67:4 88:18
98:8
**spotting**
24:11 89:20
90:1,19
**spring** 19:21
**spurious** 61:3
**stamped**
118:5
**stand** 41:18
41:19 67:21
68:2
**standing**
13:14 45:7
45:8,14,15
45:17 47:12
55:5,8
67:18,20
78:4,6,17
78:24 80:18
120:18,24
**start** 53:4
56:21 64:9
81:16 90:2
97:7,9
104:11
109:15
112:13
**started** 14:4
17:7,11
33:2 36:17
37:4 49:7
64:13 66:2
67:12 74:3
77:22 78:2
79:21 80:13
80:23 89:19
90:11,12,15
90:19,20
91:1,7,11
91:15 92:9
92:9,19
93:4,9,19
96:22
109:14,15
110:13

111:14
112:14
113:10
114:2,5,8
115:17
116:2 121:4
**starting**
56:16
**state** 4:20 8:2
101:7
**stated** 52:15
52:16 56:10
69:13 70:5
78:19 84:23
88:21 93:12
95:21 96:3
99:7,14
104:20
107:8 111:2
111:9,10,11
**statement**
39:18 53:14
58:11
**STATES** 1:1
**stating** 57:19
122:4
**station** 71:3
**status** 11:13
122:6
**stay** 91:21,24
94:12
**stayed** 64:14
94:11,16
**staying** 20:6
92:2,5
**stick** 29:22
30:3 34:16
**sticking**
76:14
**sticks** 34:17
34:18,19
**stirring** 48:5
48:7,11
**stomach**
77:11
**stop** 29:17
**stopped**
29:11,14
96:22
111:24
**stories** 40:19
**street** 1:17
2:3,8,13 8:8

9:14,15
10:9,23
20:4 38:21
40:14 42:13
85:18 88:17
89:3
**STREHLOW**
1:20
**stressor**
119:17
**strike** 44:17
89:5 98:20
**student** 123:7
**students**
106:18
**stumble** 74:6
74:6,19
**stumbled**
73:21 74:5
74:23 75:3
76:5
**stumbles**
73:23
**submission**
16:13
**substance**
111:20,22
**substantive**
16:15
**succinct**
39:20
**suddenly**
82:5
**sue** 62:11
**sued** 122:15
122:21,24
123:9
**suffering** 89:5
**suggest** 33:16
**SUITE** 1:21
**summer** 29:2
**sun** 53:7,7
**super** 9:20
75:2 92:17
**supervise**
94:19
**supervised**
20:2
**supervising**
38:20
**supervisor**
67:14,16
68:17 69:1

69:6 70:2,3
70:5,22
71:5 72:2,5
72:11
**support**
16:12,13
108:5 109:5
119:20
**supported**
63:23 96:3
**supposed**
19:22 87:16
87:17
**sure** 5:8
11:10 30:17
35:7,14
47:18 53:21
56:6 65:19
68:10,12
71:8,14
72:9 73:3
76:23 79:23
84:8,9
89:16 92:13
98:12,14
104:4
105:17
107:16
108:9
116:14
119:5,6
**surged** 77:22
78:15
**surprise** 96:9
**surrounded**
36:3
**surrounding**
19:4
**suspicions**
93:7
**sustain** 76:7
82:11
**sworn** 4:12
125:8
**symptoms**
88:19 89:5
89:24 91:13
93:20
**Syriana** 10:1
10:5 11:5
20:4,6
36:14 38:18
42:24 97:3

Kenya Shujaa
September 14, 2018

104:9,21
Syriana's
  36:2 96:10

_____
        **T**
**T** 3:12 125:1
  125:1
**t-shirt** 47:13
**T-W** 30:3
**tableau** 48:20
**take** 25:4
  27:22 28:2
  28:3,9,10
  28:13 29:1
  29:5 33:13
  40:5 53:4
  71:3 84:12
  85:11 88:22
  91:20,21
  106:14
**taken** 1:15
  7:13 25:17
  56:1 95:11
  125:15
**talk** 40:6
**talked** 21:7
  24:22 33:12
  83:8 108:6
  109:4,5
  119:2,6,7
**talking** 6:4
  9:7 45:12
  51:5 53:2
  54:18 67:1
  67:2,24
  71:1,2 78:3
  79:16 118:3
  118:14,16
  118:24
  119:8 124:9
**TARA** 2:12
**teaching**
  15:17,18
**tell** 31:24
  33:23 36:1
  44:17 54:9
  57:9 60:11
  62:11 70:21
  83:19 98:9
  98:16,21
  99:2,3
  101:24
  105:12
  117:19

118:7,16
**telling** 92:16
  118:19
**temporarily**
  9:9
**tended** 40:17
**terms** 18:10
  32:21 116:8
**test** 23:16
  29:11,14
  95:23
**testified** 4:12
**testify** 117:8
**testifying**
  5:20
**testimony**
  85:23
**text** 23:7
  36:18,22
  37:3 39:6
  40:5
**texts** 39:14
**Thank** 5:15
  22:7 64:5
  65:12 68:23
  79:15 116:8
**therapist**
  32:21 33:1
**therapists**
  114:22,23
**therapy**
  108:16,17
  108:19,23
  109:10,22
  110:6,10,16
  110:21
  111:19
  112:8
  113:24
  116:15
**they'd** 28:24
**thing** 28:4
  31:24 39:22
  56:18
  118:24
  121:20
**things** 10:11
  13:3,5 21:8
  22:23 43:3
  48:13 52:18
  103:17
  107:17
  110:14

112:23
**think** 9:10,20
  18:19 31:22
  31:22 34:19
  34:20,21
  36:24 37:1
  39:17 45:1
  53:12 60:18
  63:15 65:18
  71:7,21,23
  81:7,21
  82:14 84:21
  85:2 87:13
  93:8 94:6
  98:23
  102:13
  104:13
  107:11
  114:22
  115:13
  119:3,5,7
  121:24
  123:12
  124:15
**thinking**
  92:10
**third** 23:17
  28:10 85:17
  86:7
**thought**
  24:21 33:20
  42:8 60:6
  80:24 81:9
  81:18 82:22
  90:17 92:8
  92:12,15
  93:6,14
  106:7
**three** 16:17
  27:22,22
  29:12 32:9
  32:9,10,15
  40:17,18
  76:3 79:2,4
  106:3
**threshold**
  46:9 73:22
  75:7,8 79:8
**tie** 9:4
**tied** 53:8
**tieing** 25:19
**tight** 81:11
  84:24

**tightness**
  79:21 80:22
  80:24 81:4
  81:7
**till** 16:8 36:24
  39:18
**time** 4:9
  10:16 15:13
  15:14 17:23
  18:1 19:7,9
  19:17 20:5
  21:6,7,16
  22:22 23:19
  23:20 24:2
  27:8 28:4,5
  28:16 29:13
  30:7 31:2
  32:12 33:11
  33:15 35:11
  36:16,21
  37:13,14
  38:4,17,19
  39:8,15
  40:4 44:11
  48:6,24
  49:13,16
  52:21 53:19
  55:4,13
  60:12,23
  61:1,22
  63:8,18
  64:8,23
  65:4 68:3
  71:1,19
  74:2,14,17
  75:2,14
  76:2 79:6
  79:12,14
  80:8 81:19
  82:12 83:1
  83:23 84:6
  85:10,17,18
  86:7 87:18
  87:19 88:14
  88:20,21
  89:16,16,24
  92:4,4,11
  92:13 93:6
  95:13 97:1
  97:14 99:7
  99:11
  102:10,13
  102:14

104:4,19
  107:9,20
  109:1,17,20
  109:22
  110:7,8,13
  110:15
  112:16
  113:22
  114:18
  115:3
  116:17,19
  116:20
  119:10,22
  120:5 121:9
  124:14
  125:9
**times** 17:3
  18:13 21:14
  26:6,17
  27:17,20,23
  28:17,23
  31:21 32:7
  97:4 102:23
  115:22
**today** 5:5,20
  5:22 8:22
  11:13 13:14
  124:8
**told** 13:5 59:2
  59:3 62:2
  65:22 67:3
  67:14,15
  69:1,4,5
  70:2,15
  71:7 72:5,9
  72:12 88:5
  89:19 94:5
  98:18
  100:15
  101:5,13,14
  101:15,16
  102:22
  103:1,6
  106:24
  111:16
  113:23
  119:1
  121:21
**tomorrow**
  36:23,24
  39:17 52:10
  52:14 55:12
**toothbrush**

30:6,6
**top** 74:24
**torso** 77:3,3,5
**total** 65:1
  113:8
**tough** 92:10
**trace** 91:14
**transcribing**
  5:7
**transcript**
  1:14 4:2,6
  117:11
  125:6
**transferred**
  100:7
**trauma** 99:3
  111:17,17
**traumatic**
  118:9,23
  119:1,4
**treat** 33:24
  113:8
**treatment**
  34:2,4,7
  88:15 89:14
  92:19
  111:10
  112:7 114:9
  114:21
  116:9
  117:20
  118:8
**trial** 4:9
**tried** 91:20
  91:21 96:10
**trimester**
  24:22 25:8
**truancy**
  15:20,20,22
**true** 37:1
  52:15,16
  69:5 125:6
**trust** 96:16
**truthfully**
  5:20
**try** 83:3
  102:5 110:7
  111:2
  113:23
**trying** 70:24
  79:7 83:17
  104:21
**Tuesday** 90:9

90:15,22
  92:13
**tuition** 123:6
**turkey** 29:15
  34:12
**turned** 10:4,5
**turning** 51:17
  73:20 74:14
**turns** 24:1
**TV** 41:19
**Tweapa**
  29:22 30:3
  36:2
**twice** 18:14
  26:8 112:4
  112:5
  113:21
  114:16
**twinge** 90:17
  91:3
**two** 4:24 5:1
  8:11 9:24
  10:14 11:4
  14:5,6,16
  18:5 19:2
  19:20 22:1
  26:16 27:3
  27:22,22
  28:5,13,14
  29:12 37:20
  38:1 39:14
  39:14,24
  42:6,8 44:7
  44:14 45:3
  45:7 52:23
  67:16 69:7
  76:2 79:2,4
  80:4 86:12
  86:12,17,17
  86:19 98:13
  100:9 105:3
  110:18,20
  114:9
**type** 116:9
**types** 18:7

_____
        **U**
**uh-uhs** 5:10
**Uitert** 34:9
  108:20,24
  109:2 115:4
**ultrasound**
  24:6 97:19
  101:17
**un** 90:10

**undeniable**
  93:3
**undergrad...**
  14:22
**underneath**
  109:14
**understand**
  5:4,16 26:2
  52:1 55:10
  58:5 60:9
  60:24 61:8
  62:6,13
  70:17 99:10
**understand...**
  55:20,22
**underwear**
  90:24 91:9
  91:12
**uneventful**
  92:3
**Unidos** 16:1
**UNITED** 1:1
**University**
  14:23 15:6
  16:22 17:7
  18:1 123:5
**unpaid** 122:8
**unquote**
  91:11 93:18
  101:18
  109:21
**unsupervised**
  19:24 94:11
**UPenn** 18:3
**upper** 77:4
**upset** 57:16
  57:18,21
  58:4,13
**urine** 90:4,6
  90:11
**usage** 32:19
  98:10
**use** 27:9,11
  31:12 33:12
  35:15 43:4
  95:24
**usher** 49:22
**usually** 18:18
  27:21,21,24
  28:5,22
  29:2 31:17
  32:16,17
  78:8

Kenya Shujaa
September 14, 2018

| V | | | | | | | 2 |
|---|---|---|---|---|---|---|---|
| **Van** 34:9 | 37:7 50:16 | 31:21 34:5 | 80:7 | 114:3,5,8 | 112:8,22 | **11:33** 124:20 | **2** 77:19 |
| 108:20,23 | 60:2 92:21 | 84:11 95:11 | **Wilson** 16:3 | 114:12 | 113:2,4 | **116** 1:21 | **20** 11:17 |
| 109:2 115:4 | 93:1 109:8 | **weak** 82:5 | **window** 42:5 | **word** 76:19 | 114:4,20 | **119** 3:17 | 64:19,20 |
| **vantage** | 116:20,22 | **wear** 105:4 | 42:9,10 | **words** 50:13 | 116:6 119:6 | **12** 10:5 14:12 | 65:13 91:6 |
| 45:14,18 | **wanted** 10:10 | **wearing** 53:5 | 46:14,15 | 50:17 | 120:20 | **12,000** 123:8 | **2000-** 22:19 |
| 46:10 79:1 | 32:21 33:12 | 53:6,11,20 | 65:24 66:1 | **work** 17:18 | 121:2 | **12:00** 37:4 | **2003** 15:8 |
| 79:2,3,9 | 61:8 66:3 | **Wednesday** | 66:1,15,16 | 17:19 18:4 | 122:19 | **124** 3:7 | **2006** 16:8 |
| **various** 18:7 | 81:5 83:1,2 | 6:18,19,20 | 67:15 68:4 | 25:18,18,23 | **year** 23:13 | **1242** 10:23 | 123:5 |
| **verbal** 60:13 | 83:21 84:1 | 88:16 89:8 | 68:5,5,12 | 86:23,23 | 26:17 57:23 | 40:14 | **2009** 16:6,9 |
| 63:22 | 88:22 106:5 | 90:9,9,15 | 69:7 | 87:7,21 | 97:8,8 | **12th** 6:20 | **2010/2011** |
| **verbally** 5:9 | 106:17,20 | 90:19 91:1 | **windows** 42:1 | 106:11 | 113:13 | **13** 44:6 | 32:14 |
| **viable** 101:23 | 117:6 | 91:9,14 | 42:6,8 68:3 | 107:1,3,4 | 115:15,16 | **13th** 24:8 | **2011** 12:1 |
| **video** 43:2 | **warm** 21:10 | 93:3 | **wine** 30:15,22 | 107:10 | 116:13 | 35:24 36:2 | 16:6 26:19 |
| **videos** 18:8 | 22:16 | **week** 6:19 | **witness** 3:3 | **worked** 10:11 | **Year's** 31:1,4 | 86:22 | 27:1 35:6,7 |
| **view** 76:2 | **warranted** | 17:17,20,23 | 6:4,11 | 18:5 25:23 | 124:13 | **14** 1:11 11:6 | 35:10 |
| **violence** 12:3 | 59:11 | 19:23 23:17 | 12:11 17:5 | **worker** | **years** 9:9 | 44:7 86:21 | 121:12 |
| 12:7 13:11 | **wasn't** 21:12 | 27:17,20 | 21:24 23:4 | 107:19,22 | 13:10 14:5 | 88:12 | **2012** 12:2 |
| **vision** 73:9 | 21:15 33:11 | 112:20,20 | 30:20 33:19 | 108:4,5,14 | 14:6,9,16 | **14th** 1:17 2:9 | 121:12 |
| **visit** 96:10 | 33:14 37:16 | **weeks** 24:2 | 40:10 41:4 | 109:5 111:7 | 15:5,7 16:5 | 2:13 86:22 | **2013** 17:6,7 |
| **vodka** 32:17 | 51:4 61:13 | 88:13 | 41:12 42:7 | **working** | 18:5 60:3 | 91:18 | **2014** 17:9 |
| **voice** 55:1,3 | 75:1,2,22 | 101:22 | 43:5 44:5 | 15:20 16:17 | 110:18,20 | **15** 40:2 91:6 | 36:6 |
| 66:24 67:4 | 77:11 81:11 | **weird** 92:9 | 46:6 59:14 | 16:21 17:2 | 123:13,13 | **1515** 1:17 | **2015** 13:17 |
| **voiced** 78:7 | 82:16 85:1 | **went** 14:4 | 61:19 62:23 | 17:5,9,11 | **yelling** 54:23 | 2:13 | 17:12,21,22 |
| **volatile** 22:4 | 90:21 91:3 | 22:23 24:5 | 65:8 68:21 | 17:22,24,24 | 74:3 77:22 | **16** 14:12 | 18:11 21:11 |
| **volatility** 22:1 | 92:11,13 | 34:5 36:14 | 71:14 76:20 | 18:1,2 32:3 | 78:3,11 | **16th** 89:10,11 | 21:12,22 |
| **vs** 1:6 | 99:15 | 52:21 56:15 | 77:1 83:15 | 96:22,23 | 79:18,19 | 89:23 91:18 | 22:19,19,20 |
| | 100:13,20 | 58:2 62:7 | 85:24 87:3 | 109:15,18 | **yesterday** | 94:3 | 23:11,12,13 |
| W | 105:18 | 64:12,15 | 93:11 94:16 | 121:10 | 10:6 | **17-0889** 1:4 | 23:17 24:8 |
| **wait** 5:11,13 | 110:12 | 65:20,23 | 95:20 | **wouldn't** | **York** 14:8 | **1701** 2:3 | 26:6,9,11 |
| 84:24 | 113:24 | 67:21,23 | 102:21 | 28:24 31:7 | 95:8 | **17th** 89:7,15 | 27:6,9 29:8 |
| **waited** 29:2 | 117:15 | 78:4,15 | 103:5 | 35:4,5 49:8 | **YOUNG** 2:3 | 89:23 91:19 | 30:10 32:18 |
| **waiting** 55:8 | 121:8 123:7 | 79:23,24 | 118:13 | **wrapped** 71:6 | 12:15,17,21 | 94:3 103:23 | 36:1 44:7,7 |
| 89:17 | **watch** 95:11 | 83:2,9 | 119:15 | 103:10 | 117:13 | 104:1 | 58:8 86:21 |
| **waived** 4:7 | 95:16 96:20 | 86:19 95:20 | 120:3,12 | **wrestling** | | **18** 88:13 | 88:6,12 |
| **walk** 42:13 | **watched** 95:9 | 97:3,7,12 | 121:2 | 74:15 | Z | 101:21 | 89:7 96:19 |
| 50:8 | **way** 21:13 | 110:22 | 122:20 | **write** 120:23 | **Zixuan** 33:2 | **18940** 1:22 | 97:8 121:19 |
| **walk-in** 82:10 | 47:11 51:13 | 115:22 | 124:11,18 | | | **18th** 103:24 | 124:13 |
| **walked** 45:4 | 59:4 70:19 | **weren't** 24:20 | 125:8 | X | 0 | **19** 10:4 | **2016** 11:17 |
| 48:9,10,17 | 70:23 72:5 | 50:22 60:15 | **witnessed** | **X** 3:1,12 | **0** 38:14 | **19102** 2:14 | 17:13 19:21 |
| 49:16,23 | 72:14 84:3 | 80:6,6,7 | 61:5 | | **00** 15:18 | **19103** 2:4 | 20:8,9 |
| **walking** | 100:14 | 81:23 85:20 | **woman** 67:13 | Y | | **19104** 2:9 | 22:20,22 |
| 48:19 49:7 | 101:1 103:2 | 87:11 97:14 | 67:13 69:3 | **yeah** 22:22 | 1 | **19132** 8:8 | 23:7 109:3 |
| 51:6 | 109:15 | 101:14 | 101:9 | 24:5 27:16 | **1** 75:24 77:17 | **1973** 7:24 | 115:1,9,17 |
| **walks** 48:23 | 119:2 | 105:19 | **womb** 101:23 | 29:16,18 | 77:19 | **1985** 14:12 | 115:19 |
| 52:5 | **ways** 34:13 | **West** 97:13 | **women** 57:24 | 34:11 35:11 | **1:00** 20:11 | **1989/1990** | 116:1 122:4 |
| **wall** 41:15,15 | **we'll** 37:8 | **wetness** 90:23 | 63:5,16 | 35:13 38:17 | 104:13 | 14:17 | **2017** 8:16 |
| 74:21 78:5 | 105:7 | **white** 54:12 | 93:16 | 40:23 43:7 | **10** 40:2 75:24 | **1990** 14:13 | 11:2 33:5 |
| **Wang** 33:3 | **we're** 43:1,2 | 54:12,22 | **won** 123:11 | 55:16 60:24 | 76:1 77:17 | **1991** 14:17 | 110:17 |
| 111:14 | 45:24 48:19 | 56:7,9,12 | **wondering** | 63:4 72:4,9 | 77:17 84:8 | 14:23 | 115:1,9,23 |
| 116:24 | 52:12 | 57:1 67:3 | 31:9 | 80:2,10,10 | **10:00** 36:18 | **1995** 14:23 | 116:1,3,3 |
| 117:23 | 117:10 | 73:21 75:6 | **Wong** 112:10 | 80:23 91:1 | 38:6 | **1997** 8:5 15:8 | **2018** 1:11 |
| **want** 29:3 | 118:3 | 75:9 78:21 | 112:15,19 | 98:14,15,18 | **10:30** 19:5 | 26:18 34:24 | 8:18 |
| | **we've** 21:14 | **wide** 48:6 | 113:9,10 | 102:3 107:7 | **105** 3:16 | 35:3 | |
| | | | | 110:19 | **11:00** 19:5 | | |

Kenya Shujaa
September 14, 2018

Page 13

| | |
|---|---|
| **215** 1:22 2:4<br>  2:10,14<br>**23** 7:24<br>**24th** 113:12<br>  114:12<br>**25** 64:20<br>  65:13<br>**2521** 8:7<br>**2929** 2:8 | **9**<br>**9/16** 94:2<br>**9/17/2015**<br>  105:15<br>**9:00** 39:11<br>**9:03** 1:19<br>**9:30** 36:18<br>  38:6 39:11<br>**911** 66:9,17<br>  67:10,19<br>  68:14,24<br>  70:1 89:16<br>  94:2<br>**942** 9:15 10:8<br>**963-5608** 2:4<br>**994-2046**<br>  2:10 |
| **3**<br>**30** 49:10 66:9<br>  66:11 | |
| **4**<br>**4** 3:6<br>**4:00** 103:22<br>**4:30** 38:2<br>**40** 17:23<br>**41** 3:15 23:20<br>**42** 23:19,20<br>**43rd** 88:17<br>  89:3<br>**45** 7:22 23:19<br>  46:20<br>**49th** 9:15<br>  10:8<br>**4th** 9:21 | |
| **5**<br>**50** 17:19<br>**504-4622**<br>  1:22<br>**51st** 10:23<br>  40:14<br>**54** 1:21 | |
| **6**<br>**6:0** 38:14<br>**6:00** 37:16<br>  91:8<br>**60** 17:19<br>**683-5389**<br>  2:14 | |
| **7**<br>**7:00** 37:16<br>  91:8<br>**7:30** 38:2 | |
| **8**<br>**8** 10:5<br>**8:00** 38:3 | |