# EXHIBIT E

# CITIZEN'S COMPLAINT
## PHILADELPHIA POLICE DEPARTMENT
*Print Legibly*

**UPPER SECTION TO BE COMPLETED BY POLICE**

| YEAR | DIST. OF OCCR | D.C. NO | DISTRICT | SECTOR | REPORT NO |
|---|---|---|---|---|---|
| 15 | 12 | [illegible] | | | 50894 |

| CLASSIFICATION | DIST/UNIT/AGENCY PREPARING | CODE | REPORT DATE |
|---|---|---|---|
| 602704 | IAD | 98 | 9/21/15 |

| SIGNATURE OF PERSON RECEIVING COMPLAINT | Badge | PERSON NOTIFIED (I.A.B.) | DATE AND TIME NOTIFIED | I.A.D. COMP. NO |
|---|---|---|---|---|
| | | Sgt. Frazier #203 | 9/21/15 11:11AM | 15-568 |

## CITIZEN MAKING COMPLAINT TO COMPLETE BALANCE OF REPORT

| COMPLAINANT'S NAME Last First Initial | ADDRESS | PHONE (Home) | (Bus.) |
|---|---|---|---|
| Hunter Darys | 1242 S. 51st Phila PA 19143 | 215- | 727-1508 |

| AGE | RACE | SEX | DATE OF BIRTH | OCCUPATION |
|---|---|---|---|---|
| 42 | B | M | 10/27/72 | |

| NAME OF ALLEGED VICTIM OF INCIDENT IF OTHER THAN COMPLAINANT | ADDRESS | PHONE (Home) (Bus.) |
|---|---|---|

| NAME OF ATTORNEY/INTERPRETER/PERSON ASSISTING COMPLAINANT | ADDRESS | PHONE (Home) (Bus.) |
|---|---|---|

| NAME(S) OF OTHER WITNESSES Last First Initial | ADDRESS | PHONE (Home) (Bus.) |
|---|---|---|
| | ADDRESS | PHONE (Home) (Bus.) |

| E - MAIL ADDRESS | ADDRESS | PHONE (Home) (Bus.) |
|---|---|---|

| NAME(S) OF OFFICER(S) COMPLAINED AGAINST (If Known) | RANK | BADGE | DISTRICT/UNIT | ASSIGNMENT (Foot/Auto/Det.) |
|---|---|---|---|---|

| DESCRIPTION | HEIGHT | WEIGHT | HAIR | EYES | SEX | AGE (Approx.) | RACE | OTHER |
|---|---|---|---|---|---|---|---|---|

| NAME | | | RANK | BADGE | DISTRICT/UNIT | ASSIGNMENT (Foot/Auto/Det.) |
|---|---|---|---|---|---|---|

| DESCRIPTION | HEIGHT | WEIGHT | HAIR | EYES | SEX | AGE (Approx.) | RACE | OTHER |
|---|---|---|---|---|---|---|---|---|

**IN DETAIL, STATE WHAT OCCURRED INCLUDING DATE AND TIME OF OCCURENCE AND LOCATION:**

DATE: 9-13-15
TIME: 11:59 PM
LOCATION: 1242 S. 51st Str.

PAC 15-025

*(If Additional Space Is Required, Use A Continuation Report (75-51)*

| THE ABOVE INFORMATION IS TRUE AND CORRECT | DATE AND TIME COMPLAINT MADE | A.M. P.M. |
|---|---|---|
| *Signature of Complainant:* | | |
| TYPED NAME OF PERSON PREPARING REPORT/AND SIGNATURE | AGENCY | |

75-561 (Rev. 2-11)

D015

CITIZEN'S COMPLAINT/REPORT

COMPLAINT# 15-025

(1) Complainant's Name: Darus Leon Hunter
(2) Address: 1242 South 51st street
(3) Zip Code: 19143
(4) Employer/School: Chestnut Hill College
(5) Phone Number Home: (215) 727-1508
(6) Phone Number Business: (215) 303-8787
(7) Emergency Phone#:
(8) Email Address: darus65as.upen
(9) Age: 42
(10) Race: African American
(11) Sex: Male
(12) Date of Birth: 10/27/1972
(13) Social Security #:
(14) Location of Incident: 1242 South 51st street
(15) District of Incident: 12th
(16) Date of Incident: 09/13/2015 - 09/14/2015
(17) Time of Incident: 11:59 PM, 1am, 1:30
(18) Describe Incident in Detail: I was in my home at approximately 11:59 PM on Sunday 9/13/15 when I heard someone knocking very loudly on my front door. My son, Darus Hunter Jr opened the door. When he did, police officers Navedo and Schutte (as reported by Sgt. Melner 12th district) were standing on my front porch. I asked what they wanted. One of the officers asked "what time is Khedira supposed to be home on Sundays?" I stated that there was no school on Monday and as-a-result, I was not returning her home on Sunday. He then told me to wake her up and shined his flashlights in my children's faces (Khedira Muhammad & Syriana Hunter; ages 7 and 5). My girlfriend went and got my custody order which illustrated what I said regarding school days and returning

(19) State name, address, phone number(s) of witness(es), if known: Kenya J. Shujaa, Khedira Muhammad

(20) Name/Badge# of Officer(s): 
(21) Car Number:

KNOWINGLY PROVIDING FALSE INFORMATION WILL VOID THIS COMPLAINT AND MAY SUBJECT YOU TO A CHARGE OF PERJURY

Signature of Complainant: X

(TO BE COMPLETED BY THE POLICE ADVISORY COMMISSION)

Date/Time Received: ___
Intake Person: WM
Source: W/I

City of Philadelphia
Police Advisory Commission
P.O. Box 147
Philadelphia, PA 19105-0147
215-686-3991

REC'D SEP 18 2015

15-568
9/21/15
11:11 AM

D016

# CITIZEN'S COMPLAINT/REPORT CONTINUATION SHEET

COMPLAINT# 15-025

(1) Complainant's Name        Date of Incident        Time of Incident        AM/PM

my child to her home. The officers then returned to my home at approximately 1:00 am, again knocking on my door very violently and aggressively. My girlfriend Kenya J. Shujaa began opening the door when on of the officers pushed the door into her, as she was opening it. I asked the officer "What the hell are you doing?" He asked "Oh you want to file a complaint against me right?" He again shined his flashlight into my home. I have a (2) Bedroom apartment and my daughter's have portable beds which I roll into the living room for them to sleep in. I and my girlfriend called 911 several times through the ordeal. I stated that I wanted to file a complaint and I was told to call the 12th district. I did call several times. The officers returned a third time at approximately 1:30 am. They banged on and kicked my door several times. I asked what they wanted. The office asked whether or not I had a problem with him. I stated that I just wanted him to leave us alone. I called the 12th district and stated that I wanted to file a complaint and was directed to a Sgt. Melner. I told him what happened and asked for the officers names. He stated that I needed to call 911 in order to get the officers names. The 911 operate stated that I needed to get the officers' information

The above information is correct and true

Signature of Complainant _____

City of Philadelphia
Police Advisory Commission
P.O. Box 147
Philadelphia, PA 19105-0147
215-686-3991

REC'D SEP 18 2015

D017

CITIZEN'S COMPLAINT/REPORT CONTINUATION SHEET       COMPLAINT# 15-025

(1) Complainant's Name       Date of Incident       Time of Incident       AM/PM

from the 12th district. I then called the 12th district again and was directed to Sgt. Melner. He told me again, that I needed to call 911 in order to file a complaint. I called 911 again and asked for a supervisor. I was directed to a Sgt. Hameen (police Radio # 358) who told me that Sgt. Melner is lying and he would have the officers' information. I again called the 12th district and again spoke with Sgt. Melner. He again told me that I need to call 911 in order to get the officers names. I told what Sgt. Hameen had told me and stated that he had given me his police radio number. He then told me that the officers' names were Nevedo and Schutte. My girlfriend and I returned to bed. The following day, my daughter Khedire asked me why the police had been there? I told her that her mother talked with and they had made a mistake coming over. On 09/14/2015 my girlfriend Kenya J. Shujaa who was 18 weeks pregnant at that time, noticed a slight discharge of clear fluid on her leg. She continued to notice this for the next couple of days. We did not initially think the discharge was anything serious. On 09/16/2015, she began feeling very painfull cramps. We called 911 and she was transported by pare med to Mercy hospital. She was then taken to HUP (hospital at UP.

The above information is correct and true

Signature of Complainant _____

REC'D SEP 18 2015

City of Philadelphia
Police Advisory Commission
P.O. Box 147
Philadelphia, PA 19105-0147
215-686-3991

1

D018

## CITIZEN'S COMPLAINT/REPORT CONTINUATION SHEET

COMPLAINT# 15.05

(1) Complainant's Name         Date of Incident         Time of Incident         AM/PM

where they transferred her to labor and delivery. She experienced a miscarriage. The miscarriage was a result of her amniotic sac having lost too much fluid to support our developing baby.

The above information is correct and true

Signature of Complainant _____

REC'D SEP 1 8 2015

City of Philadelphia
Police Advisory Commission
P.O. Box 147
Philadelphia, PA 19105-0147
215-686-3991

D019