# EXHIBIT F

|               |                                           |
|---------------|-------------------------------------------|
| STATEMENT OF: | Kenya Shajaa                              |
|               | 42/B/F, DOB 7/23/73                       |
|               | 1242 S 51st Street                        |
|               | Philadelphia PA                           |
|               | (215) 727-1508                            |
| DATE AND TIME: | 10/6/15 @ 6:47 PM                        |
| PLACE:        | 1242 S 51st Street                        |
| CONCERNING:   | IAD # 15-0568                             |
| INTERVIEWED BY: | Sergeant Gwen Bartlett                  |
| RECORDED BY:  | Same                                      |

IN PRESENCE OF:
IN PRESENCE OF:

Q. Ms. Shajaa,
My name is Sergeant Bartlett, I.A.D. Myself and Lieutenant McGarrey will be taking your statement in regards to a Complaint Against Police. Please tell me everything you recall regarding the incident that occurred on 9/14/15, at approximately 12:00 am.

R. The kids were asleep in the front of the house and my husband and I were relaxing in bed. I heard banging on the door. I eventually came out and my husband was talking to the police. I knew it was over the custody of my husband's seven year old daughter. I went and found the paperwork for the officers. They read it with my husband on the porch and they left. About 25 minutes later I heard banging at the door again. I knew my husband had called to make a complaint but he told them he would come in at another time. I was not expecting anyone to come back. I looked out the window and saw shining flashlights and the same two officers that were at my house earlier. I called 911. I told them I didn't want these two officers to come back. I wanted a supervisor. I was at the closed front door telling the officer's things like, "Why are you back here?" "We already showed you the paperwork." "I have 911 on the phone." "I'm not opening the door until your supervisor comes." I did unlock the door. They were telling me to open the door. They are the police, so I was considering opening it. All of the sudden the heavier, bald officer leaned in and forced the door open into me. It took my breath away. My husband saw me stagger back. He yelled at the officers, "What are you doing?" I was still on the phone with 911 when they came in. My husband and the officers were yelling back and forth. My husband was upset. The offices were telling him to calm down and don't get yourself locked up. I started feeling sick. I went back to lie down. The police eventually left. About 10 minutes later we saw lights out back. We knew the police had come back. I got changed, I wanted to go outside and get the tag number of the police car. When I went out, I heard footsteps running and saw the police car drive away. I came back in to lie down again. I heard my husband on the phone trying to get the officers names. After that, I tried to go to sleep.

Kenya Shajaa

1

Q. Were you injured as a result of the door pushing into you?
R. It took the breath out of me. I was immediately nauseous. Later that day I had cramping. By Wednesday I had sever cramping. Monday and Tuesday I had clear fluid leaking. I was 18 weeks pregnant. I went to the hospital Thursday morning and that's when I found out I had a miscarriage.

Q. Aside from your husband, was there anyone else in the room when the officers came back to your home the second time?
A. My two daughters who are five years old and seven years old. My sixteen year old son. The girls knew the police were here but I am not sure they really know what happened. My son is autistic. He has a limited vocabulary and understanding.

Q. How many officers responded to your home on the first two occasions?
A. The same two officers responded. The third time, I never saw them they drove away.

Q. Is there anything else you wish to add to this statement?
A. Not at this time.


This is an on-going investigation being conducted by Internal Affairs. By orders of the Commanding Officer of Internal Affairs you are instructed not to disclose any information discussed here to anyone other than your attorney and FOP representative.


STATEMENT CONCLUDED:        1:05 PM

I HAVE READ THE FOREGOING STATEMENT CONSISTING OF (3) PAGES AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

I MUST REMIND YOU THAT THIS INVESTIGATION IS STILL IN PROGRESS AND THAT THE INFORMATION IN THIS STATEMENT IS CONFIDENTIAL AND THAT YOU ARE NOT TO REVEAL ANY OF THIS INFORMATION TO ANYONE EXCEPT MYSELF OR YOUR ATTORNEY UNTIL THE INVESTIGATION IS CONCLUDED. A FAILURE TO COMPLY WITH THIS REQUEST WILL BE CONSIDERED A LACK OF COOPERATION IN THIS INVESTIGATION.


NAME: _____


DISTRICT /UNIT: _____

DATE AND TIME: _____


WITNESSES: _____
Kenya Shajaa

2

D041

#1

| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT HOMICIDE DIVISION | CASE NO. |
| --- | --- | --- |
| | | INTERVIEWER |

**NAME:** Kenya Shajaa
**AGE:** 42
**RACE:** Blk
**DOB:** 7-23-73
**ADDRESS:** 1242 S. 51st St.
**APARTMENT NO.:**
**PHONE NO.:** (215)727-1508
**NAME OF EMPLOYMENT/SCHOOL:** Free Lance Editor
**SOC. SEC. NO.:**
**ADDRESS OF EMPLOYMENT/SCHOOL:**
**DEPARTMENT:**
**PHONE NO.:**
**DATES OF PLANNED VACATIONS:**
**DATES OF PLANNED BUSINESS TRIPS:**
**NAME OF CLOSE RELATIVE:** Darius Hunter, Husband
**ADDRESS:** Same
**PHONE NO.:** Same
**PLACE OF INTERVIEW:** 1242 S. 51st.
**DATE:** 10-6-15
**TIME:** 6:47 PM
**BROUGHT IN BY:**
**WE ARE QUESTIONING YOU CONCERNING:** Complaint Against Police
**WARNINGS GIVEN BY:**

**Q.** Ms. Shajaa, My name is Sgt. Bartlett, I.A.D. Myself and St. McGarvey will be taking your statement in regards to a Complaint Against Police. Please tell me everything you recall regarding the incident that occured on 9-14-15 at appox. 12:00AM?

**A.** The Kids were asleep in the front of the house and my husband and I were relaxing in bed. I heard banging on the door. I eventually came out and my husband was talking to the Police. I knew it was over the custody of my husband's seven year old daughter. I went and found the paperwork for the officers. They read it with my husband on the

**RECORD:** ☐ Yes ☐ No
**CHECKED BY:** K.J.S. 10/6/2015
**REVIEWED BY:**

75-483 (Rev. 7/82)

D042

#2
Kenya Shajaa

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |

NAME | PAGE | CASE NO.

porch and they left. About 25 minutes later I heard banging at the door again. I knew my husband had called to make a complaint but he told them he would come in at another time. I was not expecting anyone to come back. I looked out the window and saw shining flashlights and the same two officers that were at my house earlier. I called 911. I told them I didn't want these two officers to come back. I wanted a supervisor. I was at the closed front door telling the officers things like "Why are you back here? We already showed you the paperwork!" "I have 911 on the phone!" "I'm not opening the door until your supervisor comes!" I did unlock the door. They were telling me to open the door. They are the Police, so I was considering opening it. All of the sudden the heavier, bald officer leaned in and forced the door open into me. It took my breath away. My husband saw me stagger back. He yelled at the officers "what are you doing?" I was still on the phone with 911 when they came in. My husband and the officers were yelling back and forth. My husband was upset. The officers were telling him to calm down and don't get yourself locked up. I started feeling sick. I went back to lay down. The police eventually left. About 10 minutes later we saw lights out back. We knew the police had come back. I got changed. I wanted to

75-483A

K.S.S.  10/6/2015

D043

#3

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME | PAGE    CASE NO. |

go outside and get the tag number of the police car. When ~~you~~ I went out, I heard footsteps running and saw the police car drive away. I came back in to lay down again. I heard my husband on the phone trying to get the officers names. After that, I tried to go to sleep.

Q. Were you injured as a result of the door pushing into you?

A. It took the breath out of me. I was immediately nauseous. Later that day I had cramping. By Wednesday I had severe cramping. Monday and Tuesday I had a clear fluid leaking. I was 18 weeks pregnant. I went to the hospital Thursday morning and thats when I found out I had a miscarriage.

Q. Aside from your husband, was anyone else in the room when the officers came back to your home the second time?

A. My two daughters, who are 5 years old and seven years old. And my 16 year old son. The girls knew the police were here but I'm not sure they really know what happened. My son is autistic. He has a limited vocabulary and understanding.

10/6/2015

KJS

75-483 A

D044

#4.

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME Kenya Shajaa | PAGE | CASE NO. |

Q. How many officers responded to your home on the first two occasions?

A: The same two officers responded. The third time, I never saw them they drove away.

Q. Is there anything else you wish to add to this statement?

A: Not at this time.


statement concluded at 7:30pm

Kenya J. Shajaa   10/6/2015

75-483 A

D045