# EXHIBIT J

| | |
|---|---|
| STATEMENT OF: | Darus Hunter<br>42/B/M, DOB 10/27/72<br>1242 S 51st Street<br>Philadelphia PA<br>(215) 727-1508 |
| DATE AND TIME: | 10/6/15 @ 6:47 PM |
| PLACE: | 1242 S 51st Street |
| CONCERNING: | IAD # 15-0568 |
| INTERVIEWED BY: | Lieutenant Joseph McGarrey |
| RECORDED BY: | Same |
| IN PRESENCE OF:<br>IN PRESENCE OF: | |

Q. Mr. Hunter,
My name is Lt. McGarrey from the Philadelphia Police Department Internal Affairs Division. Myself, along with Sgt. Bartlett will be taking your statement in reference to a Complaint Against Police. In your own words can you tell me what you recall about the incident that occurred on 9/14/15, at approximately 12:00 a.m.

R. Myself and my wife were in bed watching the TV. My two daughters, Syriana Hunter and Khadira Muhammad were asleep on roll out beds in the living room. My son Darus Hunter was asleep in the middle bedroom. I heard pounding on door. I initially thought it was next door. Then I told my wife I thought it was our door. Then I told my wife, I thought it was our door. I got up and my son was already at the door and had opened the door. Two officers were at the door. One of the officers started to walk in and I stepped in his way and asked him what he wanted. He asked me if Kadira was here. So, I asked him if we could step out on the porch. He said yes and we did. He then repeated the question. I told him yea, and asked "What's up?" He asked what time she should be home and I replied, "She shouldn't be home." "There is no school tomorrow." "That is why she is spending the night." So, by that point. My girlfriend came to the door so, the officers stated that her mother came to the district, stating that my daughter should have been home already. Then my wife went and got the custody agreement, as well as the proposed order. She showed the proposed order, showing the mother requested she stay here when there is no school due to a holiday. I then showed the officer text messages between Kadira's mother and myself and the messages demonstrated that she acknowledged Kadira would be staying on Monday. After they looked at the agreement and texts, the officer said, "I guess you will contact her." I asked him should I call her now. He said no, he told me to contact her. Then they left. About 10 minutes later, I called the 12th district. I asked how I could file a complaint against an officer. The person I spoke with asked, "Why?" I told them that the officer knocked on my door and by the time I arrived he was in my living room shinning his flash light. They told me to call 911. I called 911, told them that I wanted to file a complaint against police. Then they told me to call the district where it occurred. I called the district and asked for

Darus Hunter

1

a supervisor. I spoke with Sergeant Melvin and he told me I needed to call 911, and that would be how I could get the officers name because I did not k now their names. Following that, I went back to the bedroom and sat on the bed. Then we heard banging on the door again. At that point Kenya and I started walking to the door. She called 911 while we were walking to the door. She said to the 911 operator, "Cops are banging on my door again." Right now I heard the officer outside yelling, "Open the door." My wife yelled, "Stop banging on the door." "The children are here asleep." She started opening the door. She unlocked the top lock. When she started opening the door, one of the officers shoved it partially open. The door hit her and knocked her back. Then I asked the officer what the hell was he doing. I was loud. I reminded him that my kids were here. We went back on the porch and he asked if I wanted to file a complaint against him. It was the same two officers that came the first time. I was still angry about him shoving the door into my wife and I asked him what the hell was wrong with him. He told me to calm down or I would get myself locked up. I calmed down and asked him what was wrong with him and why was he shoving his way into my house. He said if I tell you to open the door, you open the door. He then asked again, do you want to file a complaint against me? I replied "No, I just want you to leave us alone." Him and his partner left. I called the 12th district and asked why the police kept coming to my house. I asked for the supervisor again. It was the same sergeant. I told him I wanted to file a complaint. He told me the same thing, to call 911. I called 911 and asked for a supervisor. The supervisor I spoke with, Sgt. Hameen, he told me that I needed to call the district. I told him I spoke with the sergeant and he told me to call 911 to get the officers name. I told him, come on, these guys keep coming to my house. I just want to file a complaint. Why are you protecting them. I could see he took offense to that I thought he was lying. So it seemed he wanted to prove he was not. At that point he spelled out his name and gave me his badge number. He said, "Come on, I am the 911 operator." The sergeant that works at the district is lying if he said he doesn't know the officers names. I called the district again. Asked for a supervisor. I got the same sergeant again. He started telling me the same thing, that I had to call 911. I told him I called 911, spoke with sergeant Hameen and I stated his badge, and sergeant Hameen said you would have to know the officers names. He then said their names were Naveedo and Schute. I said thank you and hung up. After that the same two officers came to my house again. They asked again if I wanted to file a complaint. I said no. I called back to the district and told the sergeant that they came to my house again. He told me no, there was a Lieutenant. I told him no, it was the same two officers. He told me a Lieutenant responded. Following that, the same night, the same two officers were behind my house on foot creeping around my house. I went and got my wife to write the tag number that was on the police vehicle. She didn't get outside before the officers got in the car and pulled off. After they left, the next day my wife began to have fluid discharge from her vagina. We were concerned because she was four and a half weeks pregnant. She Googled the problem and did not see a need for concern. She noticed it for a day or two. She them began having cramps. I believe it was the 16th into the 17th she had severe cramps and we called medics. They took her to Mercy but from there they took her to HUP. While at HUP the doctors informed her she had a miscarriage. After she had the miscarriage is when I filed the complaint with PAC.

Q. Did you speak with both of the officers or did only one of the officers do the speaking?
A. Both, one did more of the speaking. When I explained the custody order I spoke to both. But the white officer appeared to do most of the speaking. The other officer appeared to be Asian. I don't recall him initiating any conversation.

Darus Hunter

2

D027

Q. Which officer entered with the flashlight the first time?
A. The officer appeared to be white.

Q. Which officer pushed open the door?
A. The white officer.

Q. Was he the same officer who continued to ask you if you wanted to make a complaint?
A. Yes.

Q. Is that everything you recall about the incident?
A. yes, the only other thing I can add would be my daughter Khadira asking me why the police were here and me telling her that her mom was worried about her.

Q. Mr. Hunter, were any of your neighbors or other individuals witnesses to your conversation with the officers?
A. No.

STATEMENT CONCLUDED:      1:05 PM

I HAVE READ THE FOREGOING STATEMENT CONSISTING OF (3) PAGES AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

I MUST REMIND YOU THAT THIS INVESTIGATION IS STILL IN PROGRESS AND THAT THE INFORMATION IN THIS STATEMENT IS CONFIDENTIAL AND THAT YOU ARE NOT TO REVEAL ANY OF THIS INFORMATION TO ANYONE EXCEPT MYSELF OR YOUR ATTORNEY UNTIL THE INVESTIGATION IS CONCLUDED. A FAILURE TO COMPLY WITH THIS REQUEST WILL BE CONSIDERED A LACK OF COOPERATION IN THIS INVESTIGATION.

NAME: _____

DISTRICT /UNIT: _____

DATE AND TIME: _____

WITNESSES: _____

Darus Hunter

3

D028

| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT HOMICIDE DIVISION | CASE NO. |
|---|---|---|
| | | INTERVIEWER Lt. McGarvey |

**NAME** Darus Hunter
**AGE** 42
**RACE** B/K
**DOB** 10-27-72
**ADDRESS** 1242 S. 51st Street
**APARTMENT NO.**
**PHONE NO.** (215) 727-1508
**NAME OF EMPLOYMENT/SCHOOL** Chestnut Hill College
**SOC. SEC. NO.**
**ADDRESS OF EMPLOYMENT/SCHOOL**
**DEPARTMENT**
**PHONE NO.**

**DATES OF PLANNED VACATIONS**

**DATES OF PLANNED BUSINESS TRIPS**

**NAME OF CLOSE RELATIVE** Kenya Shujaa, Wife
**ADDRESS** SAME
**PHONE NO.**

**PLACE OF INTERVIEW** 1242 S. 51st Street
**DATE** 10-6-15
**TIME** 6:05 PM

**BROUGHT IN BY**
**DATE** **TIME**

**WE ARE QUESTIONING YOU CONCERNING** Complaint Against Police

**WARNINGS GIVEN BY**
**DATE** **TIME**

**ANSWERS**

Mr Hunter,
My name is Lt. McGarvey from the P.P.D. Internal Affairs Division. Myself, along with Sgt Bartlett will be taking your statement in refer to a Complaint Against Police. In your own words can you tell me what you recall about the incident that occurred on 9-14-15 at approx. 12:00 AM.

A: Myself and my wife were in bed watching TV, my two daughters Syriank Hunter and Khadira Muhammad

**RECORD** ☐ Yes ☐ No
**CHECKED BY** [signature] 10/06/2015
**REVIEWED BY**

75-483 (Rev. 7/82)

D029

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME D. Hunter | PAGE 2  CASE NO. |

were asleep on roll out beds in the living room. My son Darus Hunter was asleep in the middle bedroom. I heard pounding on my door, I initially thought it was next door. Then I told my wife I thought it was our door. I got up and my son was already at the door and he had opened the door. Two officers were at the door. One of the officers started to walk in and I stepped in his way and asked him what he wanted. He asked me if Jadina was here. So I ask him if we could step out on the porch, he yes and we did. He the repeated the question. I told him yes and asked "What's up." He asked what time she should be home and I replied "She shouldn't be home." "There is no school tomorrow."

75-483 A

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME D. Hunter | PAGE 3   CASE NO. |

"That is why she is spending the night." So, by that point my girlfriend came to the door. So, the officer stated that her mother came to the district, stating that my daughter should have been home already. Then my wife went and got the custody agreement, as well as the proposed order. She showed the proposed order showing the mother request she stay here when there is no school due to a holiday. I then showed the officer text messages between Fadira's mother and myself and message demonstrated that she acknowledge Fadira would be staying on Monday. After they looked at the agreement and texts, the officer said, "I guess you will contact her." I ask him should I call her now. He said "no" told me to contact her. Then they

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME D. Hunter | PAGE 4 CASE NO. |

left, about 10 min later, I call the 12th District. I asked how I could file a complaint against an officer. The person I spoke with asked "Why". I told them that the officer knocked on my door, and by the time I arrived he was in my livingroom shinning his flashlight. They told me I needed to call 911. I called 911, told them I wanted to file a C.A.P., then they told me to call the district where it occurred. I call the district, ask for a supervisor. I spoke with a Sgt. Belvine and he told me I need to call 911, and that would be how I could get the officers name, because I did not know their names. Following that, I was kind of frustrated, I went back to the bedroom and sat on the bed. Then we heard

75-483 A

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME D. Hunter | PAGE 5  CASE NO. |

banging on the door again. At that point Kenya & I started walking to the door. She call 911 while we were walking to the door. She said to the 911 operator, cops are banging on my door again. Right now I heard the officers outside yelling, "Open the door." My wife yelled, "Stop banging on this door. The children are in here sleeping." She started opening the door. She unlocked the top lock. When she started opening the door, one of the officers shoved it partially open. The door hit her and knocked her back. Then I asked the officer what the hell was he doing. I was loud. I reminded him that my kids were here. He went back on the porch and he ask if I wanted to file a complaint against

75-483 A



| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME J.D. Hunter | PAGE 6  CASE NO. |

him. It was the same two officers that came the first time. I was still angry about him shoving past my wife and I ask him what the hell was wrong with him. He told me to calm down or I would get myself locked up. I calmed down, asked him what was wrong with him, and why was he shoving his way into my house. He said "if I tell you to open the door you open the door." He then asked again, "Do you want to file a C.A.P. against me?" I replied, "No, I just want you to leave us alone." Him and his partner left. I called back to the 12th District and asked why the police kept comming to my house. I aske for the supervisor again. It was the same Sergeant. I told him I wanted to file a complaint

75-483 A

D034



| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME D. Hunter | PAGE 2    CASE NO. |

He told me the same thing, to call 911. I called 911 and asked for a supervisor. The supervisor I spoke with, Sgt. Hameen, he told me that I needed to call the dist. I told him that I had called the district. I told him I spoke with the Sgt and he told me I had to call 911 to get the officers name. I told him come on, these guys keep coming to my house. I just want to file a complaint. Why are you protecting them? I could see he took offense that I thought he was lying so it seemed he wanted to prove he was not. At that point he spelled out his name and gave his badge #. He said, "come in, I am the 911 operator." The sergeant at the district is lying if he said he doesn't know the officers names. I call the dist. again. Ask for a supervisor. I get the same

75-483 A

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME D. Hunter | PAGE 8   CASE NO. |

again. He started telling me the same thing, but I had to call 911. I told him I called 911, spoke to Sgt. Hameeny, stated his badge #, and Sgt. Hameen said you would have to know their names. He then said their names were Nuveedo and Schute. I said thank you and hung up. After that, the same two officers came to my house again. They asked again if I wanted to file a C.A.P. I said "no". I called back to the district and told the same sergeant that they came to my house again. He told me no, there was Lieutenant. I told him no it was the same two officers. He told me that he was, told the Lieutenant responded. Following that, the same night, the same two officers, were behind my house on foot, creeping around my house. I went and got my wife

75-483A

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|

**NAME:** D. Hunter  
**PAGE:** 9  
**CASE NO.:**

To write the tag number that was on the police vehicle. She didn't get outside before the officer got in the car and pulled off. After he left the next day my wife began to have fluid discharge from her virgina. We were concern because she was 4½ months pregnant. She spotted the problem and did not see a need for concern. She noticed it for a day or two. She then began having cramps. I believe it was the 16th into the 17th she had severe cramps and we call medic. They took her to Mercy Hospital but from there they took her to H.U.P. While at H.U.P. the doctors informed her that she had a miscarrage. After she had the miscarrige is when I filed the complaint with P.A.C.

75-483 A



| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME D. Hunter | PAGE 10   CASE NO. |

Q: Did you speak with both officers or did one of the officers do the speaking?

R: Both, one did more of the speaking. When I explained the custody order I spoke to both. But the white officer appear to do must of the speaking. The other office appeared to be Asian. I don't recall him initiating any conversation.

Q: Which officer entered with the flashlight the 1st time?

R: The officer who appeared to be white.

Q: Which one pushed open the door?

A: The white officer

Q: Was he the same officer that continued to ask "do you want to file a complaint?"

A: Yes

75-483 A

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME D. Hunter | PAGE 11  CASE NO. |

Q: Is that everything you recall about the incident?

R: Yes, the only other thing I can add would be my daughter Khadira asking me why the police were here, and me telling her that her mom was worried about her.

Q: Mr. Hunter, were any of your neighbours, or other individuals witness to your conversation with the officers?

R: No

75-483 A

10/06/2015 7:30 PM DH