# EXHIBIT K

CASE ID. 0C1107172 ORDER DATE: 13TH AUGUST, 2015



IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FAMILY COURT DIVISION

CINQUETTA A. MUHAMMAD
PETITIONER

           VS.

DARUS L. HUNTER
RESPONDENT

CASE ID. 0C1107172

## ORDER

AND NOW, THIS **13TH** DAY OF **AUGUST** , 2015, IT IS HEREBY ORDERED AS FOLLOWS:

PROPOSED ORDER:

THE ORDER ENTERED 10-3-12 SHALL BE MODIFIED AS FOLLOWS:

MOTHER, CINQUETTA MUHAMMAD, SHALL CONTINUE TO HAVE PRIMARY PHYSICAL AND
SOLE LEGAL CUSTODY OF THE CHILD KHADIRA MUHAMMAD, BORN 12-1-07.

COMMENCING 9-11-15, UNLESS OTHERWISE AGREED, FATHER'S PARTIAL PHYSICAL
CUSTODY SHALL TAKE PLACE EVERY OTHER WEEKEND FROM FRIDAY AT 8:00 PM UNTIL
SUNDAY AT 6:00PM.  IF THE CHILD HAS OFF FROM SCHOOL ON A MONDAY WHEN
FATHER HAS THE CHILD HE MAY KEEP THE CHILD UNTIL MONDAY.

FATHER AT HIS REQUEST SHALL HAVE THE CHILD FOR SPRING/EASTER BREAK. FATHER
SHALL GIVE MOTHER AT LEAST SEVEN DAYS' NOTICE IF HE INTENDS TO TAKE THE
CHILD FOR SPRING/EASTER BREAK.

FATHER AT HIS REQUEST SHALL HAVE THE CHILD FROM JULY 1ST TO JULY 14TH
EVERY SUMMER. FATHER SHALL GIVE MOTHER AT LEAST SEVEN DAYS' NOTICE IF HE
INTENDS TO TAKE THE CHILD FROM JULY 1ST TO JULY 14TH.

FATHER SHALL HAVE ADDITIONAL PARTIAL PHYSICAL CUSTODY OF THE CHILD AS
AGREED.

ALL CUSTODIAL EXCHANGES SHALL TAKE PLACE AT THE 19TH POLICE DISTRICT
LOCATED AT 61ST AND THOMPSON.

OR622 \\ REV 9/05
VM068100

Page 1 of 2

**CONFIDENTIAL**

HUNTER000048

ALL OTHER PROVISIONS OF THE PRIOR ORDER THAT DO NOT CONFLICT SHALL REMAIN IN EFFECT.

NOTICE OF INTENT TO RELOCATE: NO PARTY MAY MAKE A CHANGE IN THE RESIDENCE OF ANY CHILD WHICH SIGNIFICANTLY IMPAIRS THE ABILITY OF ANY PARTY TO EXERCISE CUSTODIAL RIGHTS WITHOUT FIRST COMPLYING WITH ALL THE APPLICABLE PROVISIONS OF 23 PA.C.S. § 5337 AND PA.R.C.P. NO.1915.17 REGARDING RELOCATION.

BY THE COURT:

_____
HONORABLE **MARGARET MURPHY** J.

OR622 \\ REV 9/05
VM068100

**CONFIDENTIAL**                    HUNTER000049