# EXHIBIT M

```
 P/N
Tx Number: 1525700086     DC# 1512072922
Entered         09/14/15 00:14:55 by B05    /273478
Dispatched      09/14/15 00:14:55 by B05    /273478
Enroute
Arrived         09/14/15 00:14:55 by B05    /273478
Closed          09/14/15 01:06:42 by P05    /244458

Type: IVPRM (INVESTIGATE PREMISES)   Priority: 5
Location: 1242 S 51ST ST ,PHL
District/Sector: 124     Routed: 12

Remarks:

00:14 SELF T/IVPRM
00:14 DOS 1201 (             NAVEDO, MICHAEL         SCHUTTE, ROBERT )
00:14 PRIUNIT 1201
01:06 CLEAR 1201  D/RTF  $P1512072922
01:06 CLOSE
```

```
P/N
Tx Number: 1525700243     DC# 1512072924
Entered         09/14/15 00:48:32 by C21    /258858
Dispatched      09/14/15 00:49:31 by B05    /273478
Enroute         09/14/15 00:49:31 by B05    /273478
Arrived
Closed          09/14/15 01:14:09 by P05    /244458

Type: CPOL (COMPLAINT AGAINST POLICE)  Priority: 4
Location: 1242 S 51ST ST ,PHL
District/Sector: 124     Routed: 12

Remarks:

MALE COMPL...IN REF TO OFFICERS RESPONDING FOR A CUSTODY DISPUTE...MALE REQU
ESTING A SUPERVISOR

FEM COMPL INS......UNHAPPY WITH POLICE BEING AT HER DOOR... SEND SUPERVISOR
 #358..NFI---From DUP Event #P1525700323

00:48 ENTRY
00:49 DE 12DC (LT          DISANTO, ANDREW )
00:49 PRIUNIT 12DC
01:06 XREF #P1525700323, SAME
```

```
 P/N
01:06 DUP #P1525700323, SAME
01:14 CLEAR 12DC   D/UNF   $P1512072924
01:14 CLOSE
```

```
 P/N
Tx Number: 1526502573    DC# 1512075305
Entered         09/22/15 09:28:52 by C31   /224420
Dispatched
Enroute
Arrived
Closed          09/22/15 09:28:52 by C31   /224420

Type: CPOL (COMPLAINT AGAINST POLICE)  Priority: 4
Location: 1242 S 51ST ST ,PHL
District/Sector: 124     Routed: 12

Remarks:

BADGE 9477

09:28 ENTRY  $P1512075305 Dispo: RTF
09:28 WALKIN Walkin Event For Unit 12OP
09:28 PRIUNIT 12OP
09:28 CLOSE D/RTF
```

```
 P/N
Tx Number: 1526506098    DC# 1512075381
Entered          09/22/15 15:32:23 by C33    /193260
Dispatched
Enroute
Arrived
Closed           09/22/15 15:32:23 by C33    /193260

Type: CPOL (COMPLAINT AGAINST POLICE)  Priority: 4
Location: 1242 S 51ST ST ,PHL
District/Sector: 124     Routed: 12

Remarks:

BADGE 5102

15:32 ENTRY   $P1512075381 Dispo: RTF
15:32 WALKIN Walkin Event For Unit 12OP
15:32 PRIUNIT 12OP
15:32 CLOSE D/RTF
```