# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARUS HUNTER, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA POLICE DEPARTMENT, | : | No. 17-0889 |
| Defendants. | : | |
| | : | |

## SCHEDULING ORDER

AND NOW, on **April 15, 2020**, following a telephone conference with all counsel, it is ORDERED:

1. This case will be listed for trial as follows:

Date Certain: **July 28, 2020** at **9:30 a.m.** Jury selection will occur on **July 28, 2020** at **9:30 a.m.** in **Courtroom 3G.** The trial is expected to last four days. Counsel should consider themselves attached as of these dates.

COUNSEL PLEASE NOTE: This Scheduling Order will be the only written notice counsel receive of the date this case will be tried. Counsel and all parties shall be prepared to select a jury and commence trial on **July 28, 2020**.

2. At the commencement of trial, the parties shall provide the Court with two copies of a schedule of exhibits which shall briefly describe each exhibit. The parties also shall provide the Court with two copies of each exhibit at the time of its first use at trial.

BY THE COURT:

__/s/ Timothy R. Rice_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE