# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARUS HUNTER, et al. | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA POLICE DEPARTMENT, | : | No. 17-0889 |
|     Defendants. | : | |

## AMENDED SCHEDULING ORDER

AND NOW, on December 8, 2020, following a telephone conference with all counsel, it is ORDERED:

1. The final pretrial conference for this matter will be held on **September 8, 2021**, at **10:30 a.m. in Room 3029, U.S. Courthouse, 601 Market Street, Philadelphia, PA.**

2. This case will be listed for trial in **Courtroom 3G** beginning on **September 14, 2021** at **9:30 a.m.**  The trial is expected to last four days.  Counsel should consider themselves attached as of these dates.

3. At the commencement of trial, the parties shall provide the Court with a schedule of exhibits which shall briefly describe each exhibit.  The parties shall also provide the Court with a copy of each exhibit at the time of its first use at trial.

/s/ *Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE