IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARUS LEON HUNTER, et al.,** : | |
| Plaintiffs, : | |
| : | Civil Action |
| v. : | No. 17-889 |
| : | |
| **OFFICER SCHUTTE, et al.,** : | |
| Defendants. : | |
| : | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly withdraw the appearance of Diana P. Cortes as counsel for the Defendants, Officer Robert Schutte and Officer Michael Navedo, in the above entitled matter.

Date: August 24, 2021

*/s/ Diana P. Cortes*
Diana P. Cortes

### NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Meghan E. Claiborne as counsel Defendants, Officer Robert Schutte and Officer Michael Navedo, in the above entitled matter.

Date: August 24, 2021

*/s/ Meghan E. Claiborne*
Meghan E. Claiborne

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARUS LEON HUNTER, et al.,** : | |
| Plaintiffs, : | |
| : | **Civil Action** |
| v. : | **No. 17-889** |
| : | |
| **OFFICER SCHUTTE, et al.,** : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Withdrawal and Entry of Appearance was filed via the Court's electronic filing system and is available for downloading.

Dated: August 24, 2021						Respectfully submitted,

							 /s/ *Meghan E. Claiborne*
							MEGHAN E. CLAIBORNE
							PA Bar No. 315918
							Deputy City Solicitor
							City of Philadelphia Law Department
							Civil Rights Unit
							1515 Arch Street, 14th Floor
							Philadelphia, PA  19102