IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARUS LEON HUNTER, et. al.        :        CIVIL ACTION
      Plaintiff        :
                :
      v.        :
                :
PHILADELPHIA POLICE
DEPARTMENT        :        NO. 17CV889
      Defendant        :

## **C I V I L   J U D G M E N T**

Before the Honorable Timothy R. Rice

        **AND NOW**, this **16th** day of **September, 2021**, in accordance with the jury verdict,

        **IT IS ORDERED** that Judgment is entered in favor of the Defendants.


        BY THE COURT

        ATTEST:


        \s\ Donna Marie Croce
        Donna Marie Croce
        Deputy Clerk to the
        Honorable Timothy R. Rice
        U.S. Magistrate Judge