**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HUNTER et al** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **PHILADELPHIA POLICE DEPARTMENT** | : | **NO.: 17-cv-0889** |

## O R D E R

**AND NOW**, this **16th** day of **OCTOBER 2023**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the U.S. Magistrate Judge Timothy R. Rice to the calendar of the U.S. Magistrate Judge Pamela A. Carlos for further proceedings.

> **FOR THE COURT:**
> **JUAN R. SÁNCHEZ**
> **Chief Judge**
>
> **ATTEST:**
>
> **/s/George Wylesol**
> **GEORGE WYLESOL**
> **Clerk of Court**